*Augusta*
GEORGIA

# Rezoning Application

### An application to amend the official Zoning Map of Augusta, GA.

**Application Date:** JUNE 29, 2018

**Name:** THE HALE FOUNDATION, INC.  **Name:** SAME

**Address:** 402 WALKER ST.  **Address:**

**City:** AUGUSTA  **City:**

**State:** GA  **Zip:** 30909  **State:**  **Zip:**

**Phone:** 706-722-3060  **Phone:**

**Contact Person:** JAMES B. TROTTER  **Phone:** 706-737-3138

**Contact's e-mail:** jim@trotterjones.com

I hereby request a Rezoning for the purpose of: INPATIENT DRUG/ALCOHOL TREATMENT

I hereby request a Variance for:

**Applicant is the:** ☑ Owner ☐ Petitioner ☐ Contractor ☐ Purchaser ☐ Other

**Property Address:** 3042 EAGLE DRIVE

**Present zoning** Z-17-21-SP  **Requested Zoning** SPECIAL EXCEPTION 26-1

**Map/Parcel #:** 109-0-001-00-0

**Proposed Development:** INPATIENT DRUG/ALCOHOL TREATMENT

I certify that I am the legal owner of the property for which this application is being made and that I have identified all individuals and business entities having an ownership interest in the real property in question on the space below.

**Owner's Signature:**  **Date:** 6-28-18

**Petitioner's Signature:**  **Date:** 6-28-18

Subscribed and affirmed before me in the county of RICHMOND , State of Georgia,

this 28 day of JUNE 20 18 .

(Notary's official signature)

8-28-21
(Commission Expiration)

*[Notary seal: JAMES B. TROTTER, NOTARY PUBLIC, My Commission Expires August 28, 2021, RICHMOND COUNTY, GA]*

Revised 12.05.2014

*Augusta*
GEORGIA

**In order to make an application to the Planning Commission you must submit the following:**
**Completed application including all supporting documentation listed in this packet.**

1. The following fees made payable to Augusta Planning and Development Department:

   Prior to March 24, 2014

   | | | |
   |---|---|---|
   | a) | Rezoning A (Agriculture) and R-1 (One-family Residential) Zones | $800.00 |
   | b) | All other Zones for applications under 10 acres | $1000.00 |
   | c) | All other Zones for applications over 10 acres | $1,250.00 |
   | d) | Special Exceptions | $800.00 |
   | e) | Subdivision Variance | $500.00 |
   | f) | Parking Variance | $300.00 |

2. If you are not the property owner you must attach a signed statement of consent from the property owner.

3. The Planning Commission meets on the first Monday of each month at 3:00 p.m. unless otherwise advertised due to a holiday. The calendar dates for 2014 are included in this application packet.

4. The Planning Commission is a recommending body and their decision is forwarded to the Augusta Commission for a final decision. The Augusta Commission meets on the third Tuesday of each month at 2:00 p.m. unless otherwise advertised.

The undersigned below is authorized to make this application. Section 35-8 states if the zoning decision of a local government is for the rezoning of property and the amendment to the Zoning Ordinance to accomplish the rezoning is defeated by the local government, then the same property may not again be considered for rezoning until the expiration of at least six (6) months immediately following the defeat of the rezoning by the local government pursuant to O.C.G.A. 36-66-4-(c) (2012).

_____          6·28·18
Signature of Applicant                                                        Date

CLIFF RICHARDS - EXEC. DIRECTOR
Print Name and Title

### Disclosure of Campaign Contributions

Have you, within the two years immediately preceding the filing of this application, made campaign contributions aggregating $250.00 or more to a local government official who will consider this application.

○ Yes        ⊘ No

Applicant's Name: _____

| | | |
|---|---|---|
| | | |
| | | |

*Augusta*
GEORGIA

**Rezoning Applicant's Response**

Standards Governing the Exercise of the Zoning Power

**Please respond to the following standards in the space provided or use an attachment as necessary:**

a) Whether a proposed rezoning will permit a use that is suitable in view of the use and development of adjacent and nearby property:

SEE ATTACHED RESPONSES

b) Whether a proposed rezoning will adversely affect the existing use or usability of adjacent or nearby property:

c) Whether the property to be affected by a proposed rezoning has reasonable economic use as currently zoned:

d) Whether the proposed rezoning will result in a use which will or could cause an excessive or burdensome use of existing streets, transportation facilities, utilities, or schools:

e) Whether the proposed rezoning is in conformity with the policy and intent of the land Comprehensive Land Use Plan:

f) Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the proposed rezoning:

A.     Whether a proposed rezoning will permit a use that is suitable in a view of the use and development of adjacent and nearby property:

    1.     White the property is behind a residential subdivision, it is located in an area with many mixed uses, including retail. The proposed use will be isolated from all other uses and fully secured.

B.     Whether a proposed rezoning will adversely affect the existing use or usability of adjacent or nearby property:

    The proposed use will not adversely affect adjacent properties because it is isolated, not visible from the adjacent properties, and will be fully secured. It will not adversely affect the existing residential neighborhood.

C.     Whether the property to be affected by a proposed rezoning has reasonably economic use as currently zoned:

    No, it does not. Its use is limited to religious or residential purposes, and it has remained unoccupied for several years now.

D.     Whether the proposed rezoning will result in a use which will or could cause an excessive or burdensome use of existing streets, transportation facilities, utilities, or schools:

    The proposed use will not burden the utility system or school system. The proposed use will only involve vehicles for 20-22 employees and will not burden the streets.

E.     Whether the proposed rezoning is in conformity with the policy and intent of the land Comprehensive Land Use Plan:

    Yes. The current facility on the property existed prior to the 2008 Plan. It is located in a suburban development area, where other similar institutions are located.

F.     Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the proposed rezoning:

    There are no existing or changing conditions affecting the use of the property. It is already fully developed, but has sat vacant for several years now. The area already has a number of mixed uses nearby.



**28 Years of Service**
**1990-2018**

# LETTER OF INTENT

**PROPOSED PROPERTY FOR REZONING:** 3042 Eagle Drive, Augusta, GA. 30906 (formally the St. Helena's Episcopal Convent)

- The purpose of this property is to open an affordable 30-45 day Medical Substance Abuse Treatment Center.
- Patient referral sources will not be from the Courts or criminal justice system, but rather from Hospital ER's, Emergency Medical Clinics, Pain Management Physicians and EPA's (employee assistance programs).
- All patients will be monitored throughout the day in a hospital setting to ensure security and a comfortable detoxification transition.
- Due to the treatment protocol patients will not be allowed off of the property and will be supervised by our medical staff, RN's and Residential Technicians at all times.

**PROPERTY:**

- The St. Helena Convent 13,000 sq. ft facility is ideally designed to fit the needs with; adequate office space, rooms for group meetings, commercial kitchen and dormitory area to support approximately 30 patients.
- Eagle Drive entrance will be permanently closed. Existing gate will be removed and fencing will be installed along the property line.
- No major construction will be needed to start operations.
- No plans to add additional structures at this time.
- Our staff will consist of approximately 20-22 employees: Medical Director, Director, Clinical Director, 4 Certified Substance Abuse Counselor, 2 RN's, Intake Coordinator, Residential Technicians, Maintenance Supervisor, Ground Maintenance, etc.

**Program Details: 3 Components of Treatment Protocol.** Inpatient Detox, Post Detox Treatment and After Care Program:

**Inpatient Detox Services 5-10 Days:** All patients will be placed in the detox section with they arrive. This will be a time when the medical team will monitor their progress daily for the first 5-10 days for the detoxification program.

**Post Detox Treatment 25-35 Days:** Patients will move into the dormitory section of the facility. All male patients will remain in the main building and all female patients will be placed in the detached dormitory adjacent to the main building. During the remainder of the next 25-35 days, all patients will meet with Counselors throughout the day for group meetings and one on one sessions and 12 Step Meeting.

**After Care Program- Long Term Residential Program:**
After Care Coordinators will meet with each Substance Abuse Counselor to discuss an after care plan best suited for each patient. If the Counselors feel a patient needs long term residential program, they will be referred to The Hale Foundation's long term residential program, located at 402 Walker Street, Augusta, GA. 30901, for a 12 month program.

RECORD BOOK **1602** Pg **1002**
**Hattie Holmes Sullivan**
Clerk of Superior Court
Augusta Richmond County,

The Order of St. Helena

Cranston Engineering Group, P.C.
AUGUSTA, RICHMOND COUNTY, GEORGIA

EXHIBIT "B"

Exhibit A            00006

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,

Exhibit A                                                           00007

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,

Exhibit A                                                                    00008

Exhibit A

00009

Exhibit A

00010

2017046590                    WD **1602** Pg **998**

Transfer Tax $550.00

Recording Fee: $18.00

Filed and Recorded:
10/27/2017 9:17:16 AM
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County.

Andrew J. Kilpatrick, II, P.C.
205 Pitcairn Way
Augusta, Georgia 30909
17-1143AK

## WARRANTY DEED

STATE OF GEORGIA       )
                            )

COUNTY OF Richmond     )

      THIS INDENTURE, made this _26th_ day of October, 2017, between THE ORDER OF ST.

HELENA (INC.), a non-profit corporation organized and existing under the laws of Kentucky, as

Party of the First Part, and THE HALE FOUNDATION, INC., a Georgia non-profit corporation

organized and existing under the laws of Georgia, as Party of the Second Part,

      WITNESSETH: that said Party of the First Part, for and in consideration of the sum of

Ten ($10.00) Dollars and other valuable considerations, in hand paid at and before the sealing and

delivery of these presents, receipt whereof is hereby acknowledged, has granted, bargained, sold

and conveyed and by these presents does grant, bargain, sell and convey unto the said Party of the

Second Part, is successors and assigns, the following described real property, to-wit:

      SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

      TO HAVE AND TO HOLD the said bargained premises, together with all and singular

the rights, members and appurtenances thereof, to the same being, belonging or anywise

appertaining, to the only proper use, benefit and behoof of the said Party of the Second Part, it

successors and assigns, forever, in FEE SIMPLE.

Exhibit A                                                00011

RECORD BOOK **1602** Pg **999**

AND the said Party of the First Part, for its successors and assigns, will warrant and forever defend the right and title to the above described property unto the said Party of the Second Part, its successors and assigns, against the lawful claims of all persons and parties whomsoever.

    IN **WITNESS WHEREOF**, the said Party of the First Part has caused these presents to be executed and its seal affixed by its duly authorized official, the day and year first above written.

THE ORDER OF ST. HELENA (INC.)

by: _____

LOIS M. MILLER, As Its: CEO
and Authorized Official

Signed, sealed and delivered in
the presence of:

_____
Unofficial Witness

_____
Notary Public

ANDREW J KILPATRICK II
EXPIRES
GEORGIA
September 26, 2020
PUBLIC
RICHMOND COUNTY

Exhibit A            00012

EXHIBIT 'A'

TRACT ONE: All that lot or parcel of land, with all improvements thereon, situate, lying and being in The 123rd D.G.M. of Augusta-Richmond County, Georgia, a short distance west of Richmond Hill Road, about seven miles from the courthouse, containing eleven and one-half acres, more or less, and being an irregularly shaped parcel of land identified by the legend "11.5 Acres" on a plat made by J.N. Hawes, C.E., dated 16 August 1934, and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Realty Book 13 G, page 31; and being the same property the entire title to which was conveyed by Hal R. Powell and H. Gould Barrett to the party of the first part by deed dated October 4, 1946 and recorded in said Clerk's office in Realty Book 15 Y, page 164; reference being made to said deed and plat for a more particular description of the interest in the property herein conveyed.

ALSO, full rights, together with the owners of other property as shown on the above described plat of J.N. Hawes, C.E., of ingress and egress from the tract hereinabove described to and from the Richmond Hill Road over a twenty foot road shown on said plat. Said road extends in a straight in a line westerly direction along the boundary line between lots four (4) and five (5) of said plat and the southern boundary line between lots nine (9), ten (10), eleven (11) and twelve (12) of said plat with the northern boundary line of the unplatted southwestern portion of said tract to the western limit of said tract, whence it turns at right angles along the westernmost boundary of said lot twelve (12) of said plat in a northerly direction to its northernmost boundary.

TRACT TWO:ALSO, all that tract or parcel of land, with all improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, containing 9.90 acres and being more particularly delineated on a certain plat prepared by Baldwin & Cranston Associates, Inc., dated December 2, 1983, recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Realty Reel 177, page 1443-1444, which plat be specific reference thereto is incorporated herein for a more complete and accurate description of said property and its location.

LESS AND EXCEPTING ROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, with improvements thereon, situate, lying and being in the 89th G.M.D. (formerly the 123rd G.M.D.), being known and designated as 0.54 acre, known as 3038 Eagle Drive, as shown on a plat prepared by George L. Godman and Associates, Georgia Registered Land Surveyor No. 1977, dated July 30, 2003 and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Plat Cabinet C, Slide 66, Plat C, and also recorded in said Clerk's Office in Book 880, page 1631. Said property is subject to an easement in the nature of a right-of-way for ingress and egress over and across the strip of land 30 feet in width extending across the Northeastern portion of the lot herein described as shown on the aforementioned plat, reference being made to a Deed of Gift from the Order of St. Helena to St. Alban's Episcopal Church, Inc., recorded in said Clerk's Office in Realty Book 31-N, pages 529-531, for a more particular description of the easement.

FURTHER LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, with improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, being shown and designated on a plat prepared by Cranston & Associates, dated January 11, 1967 and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia in Realty Book 34-A, page 555. Reference is hereby made to said plat for a more complete and accurate description of said property and its location.

Exhibit A

00013

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: An easement in the nature of a right-of-way for ingress and egress over and across a strip of land 30 feet in width extending across the northern portion of property conveyed by the Order of St. Helena to St. Alban's Episcopal Church, Inc., which property lies immediately west of the property hereinabove described and Eagle Drive; ALSO, an easement in the nature of a right-of-way for the purpose of ingress and egress over and across a strip of land 20 feet in width extending across the dead end of the said Eagle Drive for the same purposes above stated, both of said easements being shown on a plat recorded in said Clerk's Office in Realty Book 31-N, page 531, which plat is incorporated herein by reference for a more complete and accurate description of said easements and their locations.

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, situate, lying and being in Augusta-Richmond County, Georgia, lying adjacent to the Northeast portion of the property first above described on plat recorded in said Clerk's Office in Realty Book 34-A, page 555; the Northwesterly boundary of this lot being 27.00 feet in length and the Southwesterly boundary of this lot being 35.45 feet in length; the Northeasterly boundary is an extension in a Southeasterly direction of the boundary separating the property shown on the said plat in 34-A, page 555 and property of Green Meadows' Estate to its intersection with an extension in a Northeasterly direction to the boundary line separating the property shown on the said plat in Realty Book 34-A, page 555 and the property now or formerly of Diamond, such extension constituting the Southeasterly boundary line of the lot described herein.

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, situate, lying and being in Augusta-Richmond County, Georgia, containing 0.17 acre and being shown on a plat prepared by Billy B. Beazley, dated March 6, 1973, recorded in said Clerk's Office in Realty Reel 52, page 2009, which plat is incorporated herein by reference.

The above described properties are more particularly show on a compiled plat prepared for The Order of St. Helena dated June 17, 2010, a copy of which is on file in the office of Cranston Engineering Group, P.C., located at 452 Ellis Street, Augusta, Georgia 30901, and a copy of which is attached hereto as Exhibit "B".

M&P for the above described properties: 109-0-001-00-0

ALSO, INCLUDED IN THIS CONVEYANCE ARE: All those lots or parcels of land, with any buildings or improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, in a certain subdivision known as Green Meadows Section V, being known and designated as Lots 6 and 7, Block "F", as shown on a certain plat thereof recorded in said Clerk's Office in Realty Book 36-D, pages 425-426. Said plat and the reference are incorporated herein for a more complete and accurate description of sai properties.

M&P: 109-3-035-00-0 & 109-3-036-00-0

The above described properties are conveyed subject to all of the various easements, rights-of-way, covenants, conditions, restriction and reservations of record.

Exhibit A                                                                 00014

## PLANNING & DEVELOPMENT DEPARTMENT

*Augusta*
GEORGIA

www.augustaga.gov

**MELANIE WILSON**
**DIRECTOR**
1815 MARVIN GRIFFIN
P.O. BOX 9270
AUGUSTA, GA 30906

| BUILDING PERMITS | (706)312-5050 | FAX | (706)312-4277 |
| BUSINESS LICENSE | (706)312-5053 | FAX | (706)312-5037 |
| ALCOHOL LICENSE | (706)312-5038 | FAX | (706)821-4253 |
| CODE | (706)312-5049 | FAX | (706)821-4253 |
| ENFORCEMENT | | | |

### RECEIPT OF PAYMENT

**Receipt Number:**   2018182824
**Receipt Date:**   07/03/2018
**Date Paid:**   07/03/2018
**Full Amount:**   $800.00

**Payment Details:**

| Payment Method | Amount Tendered | Check Number |
|---|---|---|
| Check | $800.00 | 9533 |

**Amount Tendered:**   $800.00
**Change / Overage:**   $0.00
**Contact:**   HALE FOUNDATION INC THE, Address:402 WALKER ST

## FEE DETAILS:

| Fee Description | Reference Number | Amount Owing | Amount Paid |
|---|---|---|---|
| PZ41-SE-2 All Other Special Exceptions | MS20180000883 | $800.00 | $800.00 |

Exhibit A                                                                 00015

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,

Exhibit A

00016

## PLANNING & DEVELOPMENT DEPARTMENT

**MELANIE WILSON**
**DIRECTOR**
1815 MARVIN GRIFFIN
P.O. BOX 9270
AUGUSTA, GA 30906

| | | |
|---|---|---|
| BUILDING PERMITS | (706)312-5050 | FAX (706)312-4277 |
| BUSINESS LICENSE | (706)312-5053 | FAX (706)312-5037 |
| ALCOHOL LICENSE | (706)312-5038 | FAX (706)821-4253 |
| CODE ENFORCEMENT | (706)312-5049 | FAX (706)821-4253 |

www.augustaga.gov

### RECEIPT OF PAYMENT

**Receipt Number:** 2018182824
**Receipt Date:** 07/03/2018
**Date Paid:** 07/03/2018
**Full Amount:** $800.00

**Payment Details:**

| Payment Method | Amount Tendered | Check Number |
|---|---|---|
| Check | $800.00 | 9533 |

**Amount Tendered:** $800.00
**Change / Overage:** $0.00
**Contact:** HALE FOUNDATION INC THE, Address:402 WALKER ST

## FEE DETAILS:

| Fee Description | Reference Number | Amount Owing | Amount Paid |
|---|---|---|---|
| PZ41-SE-2 All Other Special Exceptions | MS20180000883 | $800.00 | $800.00 |

Exhibit A



GEORGIA

# NOTICE OF PUBLIC HEARING

A public hearing for the purpose of soliciting comment on the following application will be heard by the Augusta Georgia Planning Commission on Monday, August 6, 2018 in Room 260, the Augusta Commission Chambers, at 3:30 P.M. or the close of the regular Planning Commission Hearing.

A request by The Hale Foundation Inc. to **present information and solicit comments** for the establishment of an In-patient Rehabilitation Center per Section 35-10 of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0. **This public hearing may be followed by a zoning hearing that shall be conducted not less than 6 months and not more than 9 months from the date of this public hearing.**

All persons with an interest in these items is invited to attend. Additional information is available from the Augusta Planning Commission, 535 Telfair Street, Suite 300, Augusta, Georgia 30901 during regular business hours.

2 Notices
Sent
+ Email + normal
list.

GEORGIA

July 27, 2018

Property Owner/ Resident

To Whom It May Concern:

The Augusta, Georgia Planning Commission will hold a public hearing on **Monday, August 6, 2018 at 3:00 P.M.** in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia for the solicitation of comments on the following:

> A request by The Hale Foundation Inc. to present information and solicit comments for the establishment of an In-patient Rehabilitation Center per Section 35-10 of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0. This public hearing may be followed by a zoning hearing that shall be conducted not less than 6 months and not more than 9 months from the date of this public hearing.

**No action will be taken at this public hearing. This is only an informational hearing.**

Sincerely,

Robert Sherman

Robert Sherman
Interim Director

RS/ls

**PLEASE NOTE:** All visitors to the Municipal Building are required to use the **535 Telfair Street** entrance and to pass through security before entering the building. Parking is also at a premium so please allow extra time to park and pass through security

Ahmed Mohamed Maged
511 Cedar Rock Dr
Augusta, GA 30907-4984

Anointed Realty Inc
Po Box 6702
Augusta, GA 30916-6702

Ashley Catherine B
2403 Birdie Dr
Augusta, GA 30906-3322

Augusta
535 Telfair St
Augusta, GA 30901-2379

Augusta/Csra Habitat for Humanity
1002 Walton Way
Augusta, GA 30901-2843

B&d Assets LLC
3957 Hammonds Ferry Rd
Evans, GA 30809-4097

Bedichek Suzanne B
2417 Birdie Dr
Augusta, GA 30906-3322

Bennett Patricia H
2403 Par Dr
Augusta, GA 30906-3332

Black Richard A
2408 Eagle Dr
Augusta, GA 30906-3325

Boddiford McQue
1498 Captola Rd
Sylvania, GA 30467-8120

Bogan Bernice M
3026 Eagle Dr
Augusta, GA 30906-3326

Bradley Florence W
3013 Eagle Dr
Augusta, GA 30906-3328

Brown Clinton O
1349 Aniwaka Ave Sw
Atlanta, GA 30311

Brown George F
102 Shelby Ct
Augusta, GA 30906-3336

Brown Robin E
3013 Hummingbird Ln
Augusta, GA 30906-3346

Bunch Jesse L
3033 Hummingbird Ln
Augusta, GA 30906-3346

Bush Howard S
462 Telfair St
Augusta, GA 30901-2463

Bussey Maria
2407 Eagle Dr
Augusta, GA 30906-3324

Cahoon Lorna
109 Shelby Ct
Augusta, GA 30906-3335

Cain Corey N
2412 Eagle Dr
Augusta, GA 30906

Carter Delbert H
2422 Eagle Dr
Augusta, GA 30906

Carter Victor Ronald
2404 Birdie Dr
Augusta, GA 30906-3323

Chg Holdings LLC
4115 Columbia Rd Ste 5-285
Martinez, GA 30907

Clifton Nancy Ellen
2424 Birdie Dr
Augusta, GA 30906-3323

Cole Alice B
3007 Eagle Dr
Augusta, GA 30906-3356

Cole Myron D
3027 Hummingbird Ln
Augusta, GA 30906-3346

Collins Joyce
2420 Birdie Dr
Augusta, GA 30906-3323

Conrex Residential Property Group
2013-2
3 Cordes St
Charleston, SC 29401-2116

Cook Dennis Lee
2430 Eagle Dr
Augusta, GA 30906-3325

Cowart Gregory Phillip
4821 Fulcher Rd
Hephzibah, GA 30815-4005

Crews Jeanette C
3011 Hummingbird Ln
Augusta, GA 30906-3346

Crockett Floyd A
2409 Par Dr
Augusta, GA 30906-3332

Davis Gwendolyn Crawford
2401 Eagle Dr
Augusta, GA 30906-3324

Davis Oral K
3003 Eagle Dr
Augusta, GA 30906

Dixon Billy G
3006 Hummingbird Ln
Augusta, GA 30906-3331

Duncan Delores T
2424 Eagle Dr
Augusta, GA 30906-3325

Florence Bryan Daniel
108 Shelby Ct
Augusta, GA 30906

Francisco Rowena
16 Bradley Ln
Bridgewater, Nj 08807-2645

Fryer Lizzie M
3006 Eagle Dr
Augusta, GA 30906-3326

Gauldin Harold E
3023 Hummingbird Ln
Augusta, GA 30906-3346

Gibbons Mildred Turner
2427 Eagle Dr
Augusta, GA 30906-3355

Girton Rebekah Paulos
3026 Hummingbird Ln
Augusta, GA 30906

Gordon Clifford D
2418 Birdie Dr
Augusta, GA 30906

Green Meadows Golf Club I
Po Box 5127
Augusta, GA 30916-5127

Haas Gerda A
3020 Eagle Dr
Augusta, GA 30906-3326

Hale Foundation Inc the
402 Walker St
Augusta, GA 30901

Hannah Elliott Jr
3015 Eagle Dr
Augusta, GA 30906-3328

Hardy Eddie Lee
2420 Eagle Dr
Augusta, GA 30906-3325

Harris Doris E
2423 Birdie Dr
Augusta, GA 30906-3322

Hatcher George P
3030 Eagle Dr
Augusta, GA 30906-3326

Hbc Properties LLC
838 Greene St
Augusta, GA 30901-2234

Henderson Sandra Elizabeth Revocable
Tru
3012 Eagle Dr
Augusta, GA 30906-3326

Higgs Brenda D
3038 Eagle Dr
Augusta, GA 30906-3326

Hill Shante A
2407 Par Dr
Augusta, GA 30906

Holmes Bennie Sr
3016 Eagle Dr
Augusta, GA 30906-3326

Hughes Hattie Davis
2406 Par Dr
Augusta, GA 30906-3349

Hunter David A
3004 Eagle Dr
Augusta, GA 30906

Jackson Lionel
3014 Eagle Dr
Augusta, GA 30906

Jones Andrew W
3034 Eagle Dr
Augusta, GA 30906-3326

Jones Gonzalee
3004 Hummingbird Ln
Augusta, GA 30906-3331

Exhibit A

00022

Jones Harold
3031 Hummingbird Ln
Augusta, GA 30906-3346

Jones James
2404 Par Dr
Augusta, GA 30906-3349

Jones Joe Anne H 5/6 Int
3001 Eagle Dr
Augusta, GA 30906-3327

Josey Frances C
3009 Eagle Dr
Augusta, GA 30906-3356

Kablan Berthe N
2413 Eagle Dr
Augusta, GA 30906-3355

Kendrick Joyce
3022 Eagle Dr
Augusta, GA 30906-3326

Kimble Vanessia C
3007 Hummingbird Ln
Augusta, GA 30906-3346

Kirk Harry
3008 Eagle Dr
Augusta, GA 30906

Kyte Francis S
3002 Eagle Dr
Augusta, GA 30906-3326

Lane Joan Pitcher Merton
2403 Eagle Dr
Augusta, GA 30906-3324

Lawson Kenneth P Jr
3024 Eagle Dr
Augusta, GA 30906-3326

Le Kiem P
2419 Eagle Dr
Augusta, GA 30906-3355

Le Phuong Klem Thi
4825 Tanner Oaks Dr
Evans, GA 30809-5130

Maddox Lavonya N
2413 Par Dr
Augusta, GA 30906

Mayberry Juluis E
4825 Storey Mill Rd
Hephzibah, GA 30815-4810

McCoy Thomas A Jr
3005 Eagle Dr
Augusta, GA 30906-3327

McFarlin Ryolia R
2411 Birdie Dr
Augusta, GA 30906

McKinnie John Jr
3009 Hummingbird Ln
Augusta, GA 30906-3346

McZilkey Donald E
2030 Cm Copelan Rd
Madison, GA 30650

Moody Lawanda R
2411 Par Dr
Augusta, GA 30906

Moore Sheril
3558 Jonathan Cir
Augusta, GA 30906-3872

Morris Dorothy C
3032 Eagle Dr
Augusta, GA 30906-3326

Muldrow Paul
3014 Hummingbird Ln
Augusta, GA 30906-3360

Norris James B
2425 Eagle Dr
Augusta, GA 30906-3355

O'neal  George A
3022 Hummingbird Ln
Augusta, GA 30906-3365

Obleton Joseph M II
3025 Hummingbird Ln
Augusta, GA 30906

Orange Shirley S Galamb
1230 Summer St
Augusta, GA 30901

Owens Charlotte A
2417 Eagle Dr
Augusta, GA 30906-3355

Pirtle Barbara C
3045 Hummingbird Ln
Augusta, GA 30906-3346

Prince Angela Yvonne
3018 Eagle Dr
Augusta, GA 30906-3326

Exhibit A

00023

Prince Ricardo
Po Box 16104
Augusta, GA 30919-2104

Rayfield Jo Ann
2409 Eagle Dr
Augusta, GA 30906

Rcboe
864 Broad St
Augusta, GA 30901

Rex Residential Property Owner LLC
3 Cordes St
Charleston, SC 29401-2116

Rhinehart Diane
2406 Eagle Dr
Augusta, GA 30906-3325

Richardson Sandra L
3010 Eagle Dr
Augusta, GA 30906-3326

Roe Tracie Ann 2/3
2408 Par Dr
Augusta, GA 30906

Roselli Vincent R
2416 Eagle Dr
Augusta, GA 30906-3325

Rouse Alton
2414 Birdie Dr
Augusta, GA 30906-3323

Sanders Leon R
106 Shelby Ct
Augusta, GA 30906-3336

Sargent Matthew W
306 Barnsley Dr
Evans, GA 30809-8235

Sistare Rhonda H
3017 Hummingbird Ln
Augusta, GA 30906

Sommers Kathleen
2423 Eagle Dr
Augusta, GA 30906-3355

State of Georgia
3042 Eagle Dr
Augusta, GA 30906-3326

Steed Betty
2422 Birdie Dr
Augusta, GA 30906-3323

Sullivan Debria C
2428 Eagle Dr
Augusta, GA 30906-3325

Thomas Lillian N
3025 Eagle Dr
Augusta, GA 30906-8220

Tucker Mary J
2702 Butler Pl
Augusta, GA 30909-3792

Turner David F
2275 Overton Rd
Augusta, GA 30904

Turner Rosalyn Webb
2421 Birdie Dr
Augusta, GA 30906-3322

Valentine Melody
3011 Eagle Dr
Augusta, GA 30906

Vining David Wayne
2413 Birdie Dr
Augusta, GA 30906-3322

Waldron Cornelia Mae Clarke
2411 Eagle Dr
Augusta, GA 30906-3355

Washington Carl D
3012 Hummingbird Ln
Augusta, GA 30906-3360

Watson Wanda
2410 Par Dr
Augusta, GA 30906

White Ira B Jr
2419 Birdie Dr
Augusta, GA 30906-3322

Whitehead Marion G
2418 Eagle Dr
Augusta, GA 30906-3325

Wiley Annie S
2404 Eagle Dr
Augusta, GA 30906

Williams Leroy Jr
2405 Birdie Dr
Augusta, GA 30906-3322

Williams Ray
2410 Birdie Dr
Augusta, GA 30906-3323

Williams Roselyn
2414 Eagle Dr
Augusta, GA 30906-3325

Wilson William H
Po Box 9621
Augusta, GA 30916-9621

Yarbrough Donald R
2405 Eagle Dr
Augusta, GA 30906-3324

# PUBLIC HEARING MINUTES

A public hearing for the purpose of soliciting comment on the following application will be heard by the Augusta Georgia Planning Commission on Monday, August 6, 2018 in Room 260, the Augusta Commission Chambers, at 3:30 P.M. or the close of the regular Planning Commission Hearing.

> A request by The Hale Foundation Inc. to present information and solicit comments for the establishment of an In-patient Rehabilitation Center per Section 35-10 of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0. This public hearing may be followed by a zoning hearing that shall be conducted not less than 6 months and not more than 9 months from the date of this public hearing.

The public hearing was called to order by Planning Commission Chairperson Mr. Robert Cooks at 3:30 p.m.

Mr. Cooks stated there will be 20 minutes provided to each side. This may be amended as needed but he asked that all participants keep their comments brief and on subject and do not direct them to any individual present in the audience.

Mr. Cooks asked how many of those present were in favor of this use and how many were opposed. A show of hands indicated 81 people in favor and 58 against. (Count done by 3 Planning and Development Dept. staff)

Mr. Howard S. Bush, owner of 3041 Hummingbird Lane asked how many of those counted own property and/or live in the Green Meadows Subdivision. (Count done by 3 Planning and Development Dept. staff)

Mr. Cooks asked for a show of hands. A show of hands indicated 1 person in support and 47 against own and/or live in Green Meadows Subdivision.

Mr. James Trotter, Trotter Jones LLP, 3527 Walton Way Ext., Augusta was present to speak on behalf of The Hale House Foundation Inc.

Mr. Trotter stated the Hale House owns the property at 3042 Eagle Drive and has made a significant investment. Everyone understands the fears expressed – drop in property values, increase in crime and traffic. But this property is an old convent that has been unused for the last few years. Hale House purchased the property in 2016 for a residential substance abuse treatment

1

facility. Hale House has 28 years of experience in the community of working with men with addition to alcohol or opioids. The receive referrals from physicians, hospitals and employers. They do not accept walk-ins and they do not take Court ordered patients. Residents must come voluntarily and must pay for the treatment. They are free to leave at any time. Treatment is for those who want to be there.

Mr. Trotter continued explaining the existing facility is 13, 000 sq. ft. of commercially outfitted living facilities for 30 people. Hale House serves men only. The average stay if 30 to 45 days. The residents are not allowed vehicles but they are allowed to leave whenever they choose. Access is currently from Eagle Drive but Hale House intends to close and remove that entrance and fence all along the neighboring boundary property lines. The plan is to enter an agreement with Augusta Technical College and construct a new entrance through there. The only traffic will be the 18 to 22 employees and they will not go through Green Meadows Subdivision.

Mr. Trotter explained the Hale House is not a new organization or from out of town. The previous potential treatment facility company was from out of town. Hale House has been a local entity for 28 years in Olde Town Augusta. They currently have 4 houses with 35 men in residence. In 28 years there has only been one call to law enforcement due to a fight. Mr. Trotter feels this history of Hale House is important.

Mr. Trotter stated Hale House is not the first facility in Augusta to request this. In 2014 Bluff Plantation was approved on Bennock Mill Road. There has been no increase in crime or law enforcement calls in the area. It is a myth that these facilities create or draw criminal activity. The Eagle Drive property when developed will be fenced and there will be security patrols 24/7.

Mr. Trotter stated that the claim that property values will drop up to 17% use methadone clinics as the scale. But Hale House allows/uses no drugs or alcohol in their treatment program. The property values near Bluff Plantation have actually increased.

Mr. Trotter explained Hale House began in 1990 as a Christian based program and has grown to 5 house with a maximum tenancy of 50 residents. They use a 12-step Bible based program. Completion means a return to family, jobs and the community. All most all residents are from Richmond County or adjoining communities. Hale House is not a church and is not affiliated with any specific church or denomination but is a Christian based ministry for people in need.

"Videotaped testimonial was shown of first resident Charles ?"

Mr. Matt Aitkin, 609 Telfair Street, Augusta stated he helped broker the sale to Hale House and will participate in the zoning action needed to help Hale House establish itself on this property. He has participated in prison ministry for years and believes Hale House is an asset to the

2

community. Any use can affect the property values in an area but proper administration and implantation of zoning is important. Members and donors within the community believe in the Hale House mission. He stated he loves this community and neighborhood but he also loves those who struggle and hopes others feel the same. We need to find a happy medium and embrace those with addictions and help them to heal. He hopes Augusta can find unification on this subject and doesn't turn it into a political football. Look at the facts and benefits to everyone. And assure that tools are available to help people with problems. We need to be a part of the solution not part of continuing the problem.

Mr. Aitken continued that the campus is perfect for this use and he will do what it takes to make the neighbors comfortable.

Debra Rodriguez, 346 Broad Street, Augusta, an Olde Town resident, stated she lives 3 blocks from Hale House and has watched it since it began. She has seen the program grow and has employed the residents. She has had no issues with the use and has found them to be good neighbors. She understands the concerns with something new but this is a good new. She suggested people visit Hale House and see it at work. She feels people will see it as a benefit.

(17 minutes)

State Senator Harold Jones spoke in support of Green Meadows Subdivision. He stated he grew up in Green Meadows and his mother still lives there. He remembers the convent and the nuns who lived there fondly. This is a diverse community of hardworking Augustans who are proud of their neighborhood. This is not about group animus toward Hale House or its mission. Senator Jones, himself, has a record of promoting "second chance legislation". The people who live in Green Meadows are all working class folk who have been affected / targeted by alcohol or drug use much like many of us in America today. They are a sympathetic group and they support rehabilitation. But they have a rational argument for leaving the existing zoning in place and not allow this facility at 3042 Eagle Drive. Green Meadows is a unique community that should be allowed to continue.

Ms. Debbie Bunch, 3033 Hummingbird Ln., Augusta stated she is a 30-year resident of Green Meadows. Three years ago West Care came forward with a similar use for young men (teenagers). The neighborhood was against it then and continues to be against this use. Safety and security are prime issues along with dropping property values. The neighbors have been told Hale House has asked the Board of Education and Board of Regents for access through their property but there is no guarantee that will happen. Augusta Tech Drive and Lumpkin Road intersection is heavily trafficked and there is the school traffic as well. Officials may not want to add more traffic. If approved for Eagle Drive the Green Meadow streets cannot support the extra traffic, including delivery trucks with supplies.

3

Ms. Bunch continued stating the supports claim there will be no increase in crime. That the impact will be no different than for other commercial uses. But this area is residential and they want it to stay that way. The former convent was not a commercial use and as such had no impact on the neighborhood.

Ms. Bunch quoted the Taniguchi and Salvatore Study.

Ms. Bunch continued stating the fact that the residents are free to come and go whether they are clean and sober of not does not instill confidence in the neighbors. There were 2,500 crimes committed in this zone last year, but Green Meadows only had 19 crimes in 3.5 years according to the Augusta Chronicle Crime Statistics.

Ms. Bunch stated the new school construction has caused issue with erosion, traffic and noise from the Bobby Jones Expressway due to the loss of tree cover. She also stated that in her research there could be an 8% to 17% reduction in property values for neighborhoods where opioid centers locate.

Ms. Bunch stated no one disputes there is a need. Everyone has been touched by the drug epidemic in some way. But the owners in Green Meadows believe there is a more suitable location that isn't close to schools and homes. The Green Meadows Subdivision has repeatedly opposed this request. The Augusta Commission and the Planning Commission has refused to allow Personal Care Homes, beauty salons and the like in residential areas please refuse to allow this use on this property.

(A video of testimonials from Green Meadows residents was shown)

Ms. Bunch stated the video is the same they used 3 years ago when they fought West Care but the statements and beliefs are still valuable today.

(18 minutes)

Mr. James Trotter offered a rebuttal. Perhaps non-compatible uses should not be next door to each other. But property rights must be recognized as the State of Georgia recognizes "you may use your property to its highest and best use as you want." Hale House has a 28 year record of being a compatible neighbor. There will be no traffic except for employees as the residents do not have vehicles. Any use that come onto this property will have some traffic. There will be limited to no construction so there will be no impact there. The crime study is misleading as it is often based using methadone clinics as the base. These are open daily to the public. This site will not operate like that. This will not be halfway house, residents will not be coming out of jail for treatment.

4

Rather they will be coming voluntarily seeking treatment. And they will pay for it. The property will be fenced and secured at all times. The Hale House is willing to abide by any restrictions placed on it at the zoning lever if necessary.

Mr. Howard Bush agreed Hale House does already own the property but they bought it with residential zoning in place. They should have requested the rezoning before purchasing. Now they need the zoning to change for their use but the area residents want it to remain residential.

Mr. Trotter agreed Hale House purchased the property with the existing zoning based on their faith and belief that it can be changed.

Mr. Cooks thanked all assembled for their time and comments and concluded the hearing. He reminded all present that a zoning hearing may not be held less than 6 months and not more than 9 months from the date of this public hearing.

PUBLIC HEARING ADJOURNED 4:22 p.m.

Exhibit A                    00030

# PUBLIC HEARING - MONDAY, AUGUST 6, 2018

## HALE HOUSE IN-PATIENT REHABILITATION CENTER

### 3042 EAGLE DRIVE

| | NAME | ADDRESS | CONTACT NUMBER (OPTIONAL) | EMAIL (OPTIONAL) |
|---|---|---|---|---|
| | Rosalyn Turner | 2421 Birdie Dr. | ▮ | |
| 1 | Samecia Smith | " " " | ▮ | |
| 2 | Serranzo Turner, Jr | " " | ▮ | |
| 3 | Sevion Turner, J | " " | ▮ | |
| 4 | Minnie Webb | " " | ▮ | |
| 5 | Betty Surrency | 604 Cavanaugh Way | ▮ | |
| 6 | Terry Surrency | " " | ▮ | |
| 7 | Beth Carter | 458 Creekwalk Dr. | ▮ | |
| 8 | Adam Carter | 458 Creekwalk Dr. | ▮ | |
| 9 | Richard Rhoden | 60 Conifer Cir 30909 | ▮ | |
| 10 | Manhell Brown | 924 Little Oak 30904 | ▮ | |
| 11 | Jeremy Thomas | 2321 Central Ave 30904 | ▮ | |
| 12 | Jason Scherer | 1528 Heath St. 20904 | ▮ | |
| 13 | Wilva Baldwin | 1841 Ohio Ave 30904 | ▮ | |
| 14 | Jessica Hunt | 1223 Winter St. | ▮ | |
| 15 | Peggy Schaffer | 2642 Raymond Ave | ▮ | |
| | Paul Crews | 3611 Hummingbird Ln | ▮ | |

**PUBLIC HEARING - MONDAY, AUGUST 6, 2018**

**HALE HOUSE IN-PATIENT REHABILITATION CENTER**

**3042 EAGLE DRIVE**

| | NAME | ADDRESS | CONTACT NUMBER (OPTIONAL) | EMAIL (OPTIONAL) |
|---|---|---|---|---|
| | John Martin | 1205 Council D. Augusta G | | |
| 1 | Joe Ward | 605 Almond Rd | | |
| 2 | Jim Trotter | 3019 Bransford Rd | | |
| 3 | Cliff Richards | 402 Walker St | | |
| 4 | Michael L. Weintraub | 1590 Broad St | | |
| 5 | Catie Richards | 3484 Conifer Trail Evans | | |
| 6 | William Bennett | 2333 Kings Way 30 | | |
| 7 | Mitzi McCoy | 230 Sherwood Dr. Augusta | | |
| 8 | Nancy Browning | 2024 Glennfield Lane 308 | | |
| 9 | Tamera Wilson | 1214 Belmont Dr. 30909 | | |
| 10 | Pamela C Pope | 3068 Westwood Rd 308 | | |
| 11 | Carrie Garrett | 828 Milledge Rd B | | |
| 12 | Paula Wood | 808 Barrett Lane | | |
| 13 | Gail Ward | 605 Almond Rd | | |
| 14 | Harrison Hickman | 889 Hunting Horn Way E. | | |
| 15 | Trayler Johnson | 619 Stevens Crossing 30907 | | |
| | Kevin Creegan | 944 1/2 Russell St Augusta | | |

## PUBLIC HEARING - MONDAY, AUGUST 6, 2018

## HALE HOUSE IN-PATIENT REHABILITATION CENTER

## 3042 EAGLE DRIVE

| | NAME | ADDRESS | CONTACT NUMBER (OPTIONAL) | EMAIL (OPTIONAL) |
|---|---|---|---|---|
| | Charity Marcus | 3641 Ponyle Ball Dr | | |
| 1 | Steven Sharpe | 311 Bobwhite Trl | | |
| 2 | Andrew Hundley | 3288 Ga Hwy 88 Blyth | | |
| 3 | Brendan O'Connell | 2321 Central Ave | | |
| 4 | Matthew Moore | 2208 Glendale Rd. | | |
| 5 | Richard Inglett | 4045 Rio Pinar Dr. 3098 | | |
| 6 | MARTHA SIBLEY | 2609 HENRY ST. B7 | | |
| 7 | Amanda Fulcher | 111 Four Lakes Dr. Easley SC 2964 | | |
| 8 | Alicia Grantham | 3631 Pebble Beach Dr 30907 | | |
| 9 | Patricia Sims | 2623 Raymond Ave 3090 | | |
| 10 | Chris Shuman | 2206 Joyce St. 30904 | | |
| 11 | Rev. Church Moon | 500 Wendall Ct 30813 | | |
| 12 | Sephra Moon | 500 Wendell Ct 30013 | | |
| 13 | Tladil Okuei | 21 Wexford Pt 9905 | | |
| 14 | STEPHEN DOUGHERTY | 3799 PINE RIDGE RUN 3 | | |
| 15 | Terry Childers | 2010 Pheasent Creek Dr | | |
| | Piney Hamilton | 1004 Bluebird Rd. | | |

## PUBLIC HEARING - MONDAY, AUGUST 6, 2018

### HALE HOUSE IN-PATIENT REHABILITATION CENTER

### 3042 EAGLE DRIVE

| | NAME | ADDRESS | CONTACT NUMBER (OPTIONAL) | EMAIL (OPTIONAL) |
|---|---|---|---|---|
| | Richi Hamilton | 1006 Bluebird Rd. | | |
| 1 | Mary Lemon | 2470 Oxford Rd. | | |
| 2 | Jim Felton | 3814 Inverness Rd. | | |
| 3 | DeKnis M. GRUBA | 325 Westmont Dr 30907 | | |
| 4 | CAREY WALLACE | 1602 Bradley Way 30813 | | |
| 5 | Paul Wheeler | 2819 Dartmouth Rd. 3060 | | |
| 6 | Fred Sims Jr. | 2623 Raymond Ave 30908 | | |
| 7 | Brittoni Coleman | 2382 travis Pines dr | | |
| 8 | Sophie Coleman | 2382 trav's Pines dr | | |
| 9 | Melinda Moone | 323 Sims Ave | | |
| 10 | Brantley Foss | 210 Miramar Dr | | |
| 11 | Walt Abbott | 2637 Raymond Ave 309 | | |
| 12 | Ana Melecio | 249 High Chaparral Rd. | | |
| 13 | Brigy Neaiy | 1102 Derry Avenue | | |
| 14 | Bal Perry | 20 Tall Pine Ci 2098 | | |
| 15 | Matt Aitken | 604 Telfair Street | | |
| | Jeanette Williamson | 746 Bradberry Ck. 7 | | |

Exhibit A

00034

| | PUBLIC HEARING - MONDAY, AUGUST 6, 2018 | | | |
|---|---|---|---|---|
| | **HALE HOUSE IN-PATIENT REHABILITATION CENTER** | | | |
| | **3042 EAGLE DRIVE** | | | |
| **NAME** | **ADDRESS** | **CONTACT NUMBER (OPTIONAL)** | **EMAIL (OPTIONAL)** | |
| Nesbit Dasher | 2349 Williams St #10 | | | |
| 1 Linda Bott | 625 Clinton Way Wst | | | ) |
| 2 Melinda Dansby | 3105 Ramsgate Rd | | | |
| 3 JAMEY DANSBY | 3105 RAMSGATE ROAD | | | |
| 4 JAMIE AYERS | 111 LAKEMONT DR. | | | |
| 5 Rosanne Grubbs | 2630 Chaucer DR. | | | |
| 6 Jacob murphy | 400 Dorchester Dr. | | | |
| 7 Doug Chilton | 2415 Deodara Dr2 | | | |
| 8 Amanda Allgood-Cooper | 1048 Emerald Place | | | |
| 9 Christy Pennington | 241 Hinman Dr | | | |
| 10 FRANK WHITFIELD | 2052 Dayton Way | | | |
| 11 Deborah Rodriguez | 346 Broad St | | | |
| 12 Barry Lui | 346 Broad St | | | |
| 13 | | | | ) |
| 14 | | | | |
| 15 | | | | |

PUBLIC HEARING - MONDAY, AUGUST 6, 2018

HALE HOUSE IN-PATIENT REHABILITATION CENTER

3042 EAGLE DRIVE

| NAME | ADDRESS | CONTACT NUMBER (OPTIONAL) | EMAIL (OPTIONAL) |
|------|---------|---------------------------|------------------|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

Exhibit A

00036

# PUBLIC HEARING
## HALE HOUSE, 3042 EAGLE DRIVE
## AUGUST 6, 2018



| Name | Address | Phone # | Email (Optional) |
|---|---|---|---|
| 1. WILLIAM H. WILSON | P.O. Box 9621 | | |
| 2. Joyce Kendrick | | | |
| 3. Clarence Kendrick | | | |
| 4. JAMES HENDERSON | | EAGLE DR, 3012 - 2401 | |
| 5. SANDRA HENDERSON | | EAGLE DR 3012 - 2401 | |
| 6. Margaret Lett | | | |
| 7. Lavonya Maddox | | | |
| 8. Barbara Pirtle | | | |
| 9. Bill Macuch | 4 Prather Woods Ln | | |
| 10. Kari Martin | 2303 Marvin Place | | |
| 11. Philip Martin | 2303 Marvin Place 30906 | | |
| 12. Jack Watson | 3030 Richmond Hill Rd 30906 | | |
| 13. Donald R. Yarbrough | 2405 Eagle Dr | | |
| 14. Clifford Morris | 3032 Eagle Dr Augusta GA 30906 | | |
| 15. Dorothy C. Morris | 3032 Eagle Dr Augusta 30906 | | |

Exhibit A

# PUBLIC HEARING
## HALE HOUSE, 3042 EAGLE DRIVE
## AUGUST 6, 2018



| | Name | Address | Phone # | Email (Optional) |
|---|---|---|---|---|
| 1. | William Collins | 3040 Eagle Dr | ▮ | ▮ |
| 2. | Joe Anne Jones | 3001 Eagle Dr. | ▮ | ▮ |
| 3. | Clayton Herrington | 3001 Eagle Dr. | ▮ | ▮ |
| 4. | Mildred Milton | 2427 Eagle Dr | ▮ | |
| 5. | Jana Jane Yarbrough | 2405 Eagle Dr | ▮ | |
| 6. | Joann Lane | 2403 Eagle Dr | ▮ | |
| 7. | Sheila C. Nelson | 1010 Grindston Crk Hegh, GA. | | |
| 8. | Malody Valentine-Holliman | 3011 Eagle Dr. Augusta, GA | ▮ | |
| 9. | Vicki A. Banks | 709 Albany Ave. Augusta, Ga. | | |
| 10. | Dolores T. Duncan | 2424 Eagle Drive Augusta GA 30906 | ▮ | |
| 11. | Cheryl Eldridge | 3007 Eagle Dr. Augusta GA 30906 | | ▮ |
| 12. | Nyah Ware | 3007 Eagle Dr. Augusta, GA 30906 | | ▮ |
| 13. | Barbara E Eldridge | 3007 Eagle Dr. Augusta, Ga 30906 | ▮ | |
| 14. | Harold V. Jones | 3551 Stonemong Drive LA Augusta 30906 | ▮ | |
| 15. | Nanda Watson | 241 Por Dr. Augusta GA | ▮ | |

Exhibit A

# PUBLIC HEARING
## HALE HOUSE, 3042 EAGLE DRIVE
## AUGUST 6, 2018



| Name | Address | Phone # | Email (Optional) |
|------|---------|---------|------------------|
| 1. Elosia E. Watson | 2410 Par Drive | ▇▇▇ | ▇▇▇ |
| 2. Floyd A Crockett | 2409 par Dr. | ▇▇▇ | |
| 3. EDith Crockett | 2404 par Dr | ▇▇▇ | |
| 4. Diane Rhinehart | 2406 Eagle Dr. | ▇▇▇ | ▇▇▇ |
| 5. Shirley Orange | 2936 Shelby Dr. | ▇▇▇ | |
| 6. Patsy Scott | 2016 Gibson Dr | ▇▇▇ | |
| 7. Rebekah Martin | 2303 Marvin Pl. | ▇▇▇ | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |

# PUBLIC HEARING
## HALE HOUSE, 3042 EAGLE DRIVE
### AUGUST 6, 2018



| | Name | Address | Phone # | Email (Optional) |
|---|---|---|---|---|
| 1. | EARNEST WASHINGTON | 3013 EAGLE DR | ▮ | ▮ ) |
| 2. | Florence Bradley | 3013 EAGLE Dr | ▮ | ▮ |
| 3. | MARY D. WHITEHEAD | 3015 EAGLE Dr | | |
| 4. | GERDA A. HAAS | 3080 EAGLE DR | ▮ | AUGUSTA GA. 30906 |
| 5. | Teresa Williams | 2440 Birdie Dr | ▮ | |
| 6. | HOWARD S. BUSH | 462 Telfair St | ▮ | own 2911, 3039 2 3041 Hummingbird La |
| 7. | Roberta J. Hatcher | 3036 Eagle Dr. | ▮ | |
| 8. | BERNICE M. BOGAN | 3026 Eagle Dr | ▮ | ▮ |
| 9. | Ethel L. Jones – | 3031 Hummingbird Lo | ▮ | |
| 10. | Dea. Eddie L. Hardy | 2420 Eagle Dr Augusta GA 30906 | | |
| 11. | Mrs. Jessie P. Hardy | 2420 Eagle Dr. Augusta GA 30906 | | |
| 12. | Lawanda Moody | 2411 Par Dr. | ▮ | |
| 13. | Jennette Sales | 1319 MERRY St | | |
| 14. | Kaliver Holloman | 3011 Eagle Dr Aug. GA. 30906 | | |
| 15. | Clayton Herring | 301 Eagle Dr Augs CA 30901 | | |

Exhibit A

# PUBLIC HEARING
# HALE HOUSE, 3042 EAGLE DRIVE
# AUGUST 6, 2018

| | Name | Address | Phone # | Email (Optional) |
|---|---|---|---|---|
| 1. | Senator Harold Jones II | 437 Walke Stret Augusta 30501 | | ████████ |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |



00042

Our Story     About     The Program     Testimonials     FAQ     Contact     News     Hamp Pope Fund

# About The Foundation



The Hale Foundation 2-17-15

SEARCH THE HALE HOUSE SITE

SEARCH THIS WEBSITE...

RECENT POSTS

▸ Lance Barrow to speak at Hale Foundation Dinner
▸ Testimonial: Ronny
▸ Testimonial: David H
▸ Testimonial: Adam
▸ Testimonial: Chris

The Hale House Foundation Inc. is a transitional program to assist men over the age of 18 with substance abuse problems to recover in a safe recovery residence setting until they are ready to assume responsibility by readjusting to society and resume independent living. The Hale House offers programs without restrictions on the length of stay to accommodate individual recovery.

It holds to a strict zero tolerance policy for alcohol or drug use as well as any unwillingness to cooperate with foundation rules beneficial to the entire recovering community.
Started in 1990 with a single house, the Foundation has now expanded to several houses. Three programs were developed to help men in different "stages" of recovery. Each entering person is reviewed by recovering staff members to assess their needs and periodic evaluations are made to mark their progress.

The Hale House is strongly supported by the community and on the 7th Anniversary of its birth, the Hale House was commemorated by Augusta's Mayor Larry Sconyers as he declared September 23, 1998 Hale House Foundation Day.

**Hale House Management:**

**Cliff Richards –** *Executive Director*



- Owned and operated a military aviation contracting co. for 24 years
- Worked in the alcohol and drug addiction field for 36 years
- Training in the field of sales, relationship building and leadership. (Alliance, Dallas, TX. 1989-1990)
- Certified Integrative Life Coach (Ford Institute, San Diego, CA. 1999-2003)

**Laurence Joseph Ward –** *Program Director*



- Management of retail men's clothing stores for 10 years.
- In patient alcohol and drug counselor at University Hospital Alcohol and Drug Unit. Worked with Sam Sibley (founder of The Hale Foundation) at University Hospital A&D Unit. 1986-1993
- Certified A&D counselor from 1988 to present.
- Continuing Care Coordinator for Willingway Hospital, Statesboro, GA. 1998- Present
- Out-patient A&D counselor for Americanworks, Augusta, GA. 2004-Present
- 6 years A&D counselor for State of Georgia.

- Trained in conducting Alcohol and Drug Interventions.

**Vicki Lowe** – *Financial Coordinator*



- CFO of a women's recovery facility and has an extensive knowledge of non-profit organizations.
- Manages all financials for our program to include all residential accounts, accounts payable and accounts receivable and payroll and all fringe benefits for employ
- Conduct financial analysis and prepares detailed financial reports and statements.

**Traylor Johnson** – *Marketing Director*



- 38 years Sales & Marketing experience with several Fortune 500 Information Technology & Telecommunications organization.
- 20+ years in the Recovery Community.
- Georgia Department of Corrections Certified Volunteer.
- Served on State Court Judge's Volunteer Staff for the Burke County Alcohol and Drug Court.

**Board of Directors:**

   

Walter F. Abbott, IV    William L. Bennett, Jr.    W. Marshall Brown, Vice President    George Bush

   

Dr. Nesbit Dasher, Jr    Katherine Ferrara    Edgar L. Perry    Richard L. Rhoden, Treasurer

   


Cliff Richards, President/CEO    Fred M. Sims, Jr.    Patricia Sims    Laura Baugh

 

Pam Pope    Rev. Gary Demore

**Board Members not Pictured**

Alan Brosious

B. Franklin Dolan

### RECOVERY RESIDENCES

Hale House Recovery Residences provide a safe, supportive and structured living environment designed to assist men over the age of 18 with substance abuse problems until they are ready to assume self-responsibility, readjust to society and resume independent living.

### RECENT POSTS

Lance Barrow to speak at Hale Foundation Dinner

Testimonial: Ronny

Testimonial: David H

Testimonial: Adam

Testimonial: Chris

### SEARCH HALE HOUSE FOUNDATION

SEARCH THIS WEBSITE...

RETURN TO TOP OF PAGE

COPYRIGHT © 2018 · EXECUTIVE THEME ON GENESIS FRAMEWORK · WORDPRESS · LOG

Our Story    About    The Program    Testimonials    FAQ    Contact    News    Hamp Pope Fund

# The Program



**SEARCH THE HALE HOUSE SITE**

SEARCH THIS WEBSITE...

**RECENT POSTS**

- Lance Barrow to speak at Hale Foundation Dinner
- Testimonial: Ronny
- Testimonial: David H
- Testimonial: Adam
- Testimonial: Chris

All programs are geared around the philosophy of the 12-step recovery program of Alcoholics Anonymous and all of our programs are centered around the local and in-house "12 step" meetings.

**Phase I**

This program is for men who have been detoxed and includes mandatory Monday through Friday activities, including:

6:00 am: Breakfast

7:00 am: Meditation

8:00 am: Educational videos and lectures

2:00 pm: Educational videos and lectures

5:00 pm: Dinner

11:00 pm: Doors locked, bedtime.

The program also includes three outside AA or NA meetings daily, closed group therapy twice a week, and four in-house AA meetings weekly.

**Phase II**

Upon completion of Phase I program, residents may continue recovery at the foundation by following basic rules of the house including: daily meditation, assigned chores, inside and outside AA and NA meetings and an increased willingness to live by the newfound principles of recovery. Men who have completed an out- side treatment program can qualify for this level of entry following an individual assessment.

**Industry Program**

To support to our local businesses and industries we provide a recovery program for employees in conjunction with the support of their employers. The purpose of this program is to fulfill a community need and encourage recovery in our local community.

Cost of the program varies to Foundation guidelines. The program includes food and shelter in a dormitory setting, along with bedding, laundry facilities and personal hygiene supplies. Residents become responsible for obtaining employment and paying rent as a part of their recovery process as they become financially accountable for themselves. More information is freely available by calling the foundation during regular business hours.

Hale House in a non-profit organization and receives minimal fees from the residents which covers living expenses. Hale House provides many amenities free of charge to its residents to ensure they are on the right path to full recovery. These include:

- A partnership with American Works to help further the resident's productive acclimation into society and the workplace.
- Nursing Assessments from RN's and labs drawn to ensure the health of the residents
- Physical Clinical Evaluations are also provided
- Transportation is provided for $3 each way or $30 per week
- All meals – breakfast, lunch and dinner
- Washers and Dryers

**Resident Fees:**

Phase I: $500

This program is for men who have been detoxed and includes mandatory Monday through Friday activities, including 6:00 a.m. breakfast, 7 a.m. meditation, 8 a.m. and 2 p.m. educational videos and lectures on the disease of addiction and the recovery process, 3 outside AA or NA meetings daily, closed group therapy twice a week, 4 in-house AA meetings weekly, 5:00 p.m. dinner, 11:00 p.m. doors locked, bedtime.

Phase II: $175 per week

Upon completion of Phase I program, residents may continue recovery at the foundation by following basic rules of the house including: daily meditation, assigned chores, inside and outside AA and NA meetings and an increased willingness to live by the newfound principles of recovery. Men who have completed an outside treatment program can qualify for this level of entry following an individual assessment.

**RECOVERY RESIDENCES**

Hale House Recovery Residences provide a safe, supportive and structured living environment designed to assist men over the age of 18 with substance abuse problems until they are ready to assume self-responsibility, readjust to society and resume independent living.

**RECENT POSTS**

Lance Barrow to speak at Hale Foundation Dinner

Testimonial: Ronny

Testimonial: David H

Testimonial: Adam

Testimonial: Chris

**SEARCH HALE HOUSE FOUNDATION**

SEARCH THIS WEBSITE .

COPYRIGHT © 2018 · EXECUTIVE THEME ON GENESIS FRAMEWORK · WORDPRESS · LOG

http://thehalefoundation.com/sample-page/program/

Exhibit A

4/12/2018
00047

Our Story    About    The Program    Testimonials    FAQ    Contact    News    Hamp Pope Fund

# FAQ

1. *Where is Hale House located?*
   We are located in the historic Olde Town section of Augusta, GA at 402 Walker Street.



   View Larger Map

2. *Can I bring my car to Hale House?*
   Yes, cars are allowed but not used in Phase I.

3. *Can I have a cell phone while at Hale House?*
   Yes, phones will be allowed once you have obtained employment.

4. *Are visits from friends and family allowed during my stay?*
   Visits are allowed in Phase II and must be approved by our staff.

## SEARCH THE HALE HOUSE SITE

SEARCH THIS WEBSITE...

## RECENT POSTS

▸ Lance Barrow to speak at Hale Foundation Dinner
▸ Testimonial: Ronny
▸ Testimonial: David H
▸ Testimonial: Adam
▸ Testimonial: Chris

## RECOVERY RESIDENCES

Hale House Recovery Residences provide a safe, supportive and structured living environment designed to assist men over the age of 18 with substance abuse problems until they are ready to assume self-responsibility, readjust to society and resume independent living.

## RECENT POSTS

Lance Barrow to speak at Hale Foundation Dinner

Testimonial: Ronny

Testimonial: David H

Testimonial: Adam

Testimonial: Chris

## SEARCH HALE HOUSE FOUNDATION

SEARCH THIS WEBSITE...

RETURN TO TOP OF PAGE

COPYRIGHT © 2018 · EXECUTIVE THEME ON GENESIS FRAMEWORK · WORDPRESS · LOG

Exhibit A

Our Story     About     The Program     Testimonials     FAQ     Contact     News     Hamp Pope Fund

# Our Story



Hale House Promo 2012

In 1990, two Augusta businessmen and friends, Sam Sibley and Hampton Walker, had a dream to establish a recovery residence for adult men challenged with alcoholism and drug addiction. Years later, this vision continues to provide an opportunity for these men to have a better life and chance to heal. This has become the core purpose of Hale House Foundation.

As a result of this compassion and vision...It all started with a single house and one recovery residence tenant. Since then, Hale House has grown to 5 houses and 48 residents. The Foundation uses a proven program, which combines education and adherence to the 12-step program within the supportive residential environment Hale House provides. Each man who completes the program is returned to society sober, independent and ready to assume the responsibilities of employment and family relationships.

The recovery success stories are powerful and inspiring. The men see themselves in each other and the transformation and rebirth of their sense of self as they go through the program together.

### RECOVERY RESIDENCES

Hale House Recovery Residences provide a safe, supportive and structured living environment designed to assist men over the age of 18 with substance abuse problems until they are ready to assume self-responsibility, readjust to society and resume independent living.

### RECENT POSTS

Lance Barrow to speak at Hale Foundation Dinner

Testimonial: Ronny

Testimonial: David H

Testimonial: Adam

Testimonial: Chris

### SEARCH HALE HOUSE FOUNDATION

SEARCH THIS WEBSITE...

**Lois Schmidt**

| | |
|---|---|
| **From:** | Cliff Richards <crichards@thehalefoundation.com> |
| **Sent:** | Tuesday, April 10, 2018 12:47 PM |
| **To:** | City Administrator; telam@augustatech.edu; padgeja@boe.richmond.k12.ga.us; minchhe@boe.richmond.k12.ga.us; fletcpe@boe.richmond.k12.ga.us; harold.jones@senate.ga.gov; Planning Commission; Robert H. Sherman; pdecamp@augustaga.gov; dgrantham@forestsalescorp.com; paul@paulsterett.com |
| **Subject:** | The Hale Foundation Site Visit with Congressman Allen |

Hello Everyone,

I wanted to extend an invitation for you to attend a site visit for our newly acquired property located at 3042 Eagle Drive, Augusta, GA. 30906 ( the former Order of St. Helena's Episcopal Convent).

This 20 acre property will serve as a 30 bed Medical Substance Abuse Treatment Center, provided we can acquire the proper zoning.

Congressman Rick Allen is supporting our efforts to fight the growing epidemic of substance abuse issues in our community and will be in town April 23rd from 10:00-11:00 am for this site visit.

This site visit has been scheduled as a means to give our community leaders an opportunity to see this facility first hand and answer any questions and or concerns they may have for this facility.

Over the last 28 years The Hale Foundation has been actively and successfully involved in the day to day  support and treatment of substance abuse in our community. This newly acquired property will allow us to serve and help men and women in our community who struggle with addiction.

We need the support of our community leaders, as we move forward  with the zoning process for this property. I hope you are able to  attend.

Please RSVP by 4/18/18

If you need any additional information please give me a call.

Sincerely,

**Cliff Richards**
*President/CEO*

*The Hale Foundation, Inc*

P.O. Box 2843
Augusta, Ga. 30914-2843
Office: (706) 722-3060
Cell: (706) 294-5692
Email: crichards@thehalefoundation.com

Exhibit A                                                    00050

## Lois Schmidt

**From:**    Kevin Boyd
**Sent:**    Wednesday, April 25, 2018 10:45 AM
**To:**    Martin Laws; Edward Morrow; Lois Schmidt
**Cc:**    Terri Turner
**Subject:**    Follow up - The Hale Foundation Site Visit with Congressman Allen

All,

I participated the Hale Foundation event / site visit on Monday. Here are the highlights.

- Event began at 10:00 am, at the former St. Helena's Episcopal Convent located at 3042 Eagle Drive.
- The event was a mainly standing room only, there were a couple speakers including representatives of Hale along with Congressman Allen.
- Congressman Allen did not endorse the group, he indicated that he was invited by a local constituent. Mr. Allen noted that the location appeared to be a great place for a treatment center but also noted that he was not familiar with the area or neighborhood sentiments on the nature of this request.
- One of Hale's representatives spoke of this childhood experiences as his parents started a treatment center in their home in Statesboro, GA. They later established a treatment center in which he became the President and served over 20 years. He spoke about the Hell House facility downtown and attempted to counter some of the social stigmas associated with these facilities. One the noted things that was emphasized was that there's a myth that this would increase crime in the area. The facility will focus on spiritual treatment and teachings of abstaining over the conventional drug rehabilitation.
- The neighborhood was very organized during the event. Towards the end of the speech, a couple residents were able to express in conveying concerns over crime, property values and nearby educational institutions. The Hale group asserted that this was not the proper venue to have this discussion and indicated that they were willing to sit down with the community to resolve some of the issues presented. The group also noted that they intend to provide a separate entrance to the facility, one that is not through the neighborhood.
- Finally visitors had the opportunity to explore the space. The facility is quite expansive and include a full size kitchen area, several common areas and numerous room and bath rooms for staff, clients and visitors. The condition of the buildings appear to be in good condition and more cosmetic improvements needed.
- The community was quite organized. Neighborhoods were generally opposed to the request. There were sign displayed on nearly every parcel and a large size banner placed over the street leading to the facility. They also protested at the event with signs and had a table with flyers and such at the entrance of property.

Thank you!

**Kevin Thomas Boyd,**
Zoning Administrator – Planner III

1

Augusta Planning & Development Dept.
535 Telfair St., Suite 300
Augusta, GA 30901
Main: 706-821-1796
Direct: 706-828-7173
Fax: 706-821-1806
kboyd@augustaga.gov

Please consider the environment before printing this email.

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED:104.1

Exhibit A

**Lois Schmidt**

| | |
|---|---|
| From: | |
| Sent: | Friday, April 27, 2018 7:24 PM |
| To: | Mayor Davis; Commissioner William Fennoy; Commissioner Ben Hasan; Commissioner Dennis Williams; Commissioner Sean Frantom; Commissioner Mary Davis; Commissioner Wayne Guilfoyle; Commissioner Sammie Sias; Commissioner Marion Williams; Commissioner Andrew Jefferson; Commissioner Grady Smith; barnema@boe.richmond.k12.ga.us; atkinji@boe.richmond.k12.ga.us; cainve@boe.richmond.k12.ga.us; fdolan@eagleproducts.us; hannach@boe.richmond.k12.ga.us; howardal@boe.richmond.k12.ga.us; minchhe@boe.richmond.k12.ga.us; padgeja@boe.richmond.k12.ga.us; fraziwa@boe.richmond.k12.ga.us; scottpa@boe.richmond.k12.ga.us; fletcpe@boe.richmond.k12.ga.us; clarkme@boe.richmond.k12.ga.us; moorean@boe.richmond.k12.ga.us; Planning Commission |
| Cc: | Jones, Ethel; Roe, Tracie |
| Subject: | Proposed Substance Abuse Treatment Facility at 3042 Eagle Drive |
| Attachments: | 755098; undefined; 692934; undefined |

April 27, 2018

Dear Community Leader:

My husband and I own a home in Green Meadows Estates and I'd like to bring something to your attention that you may, or may not, be aware of.

The Hale Foundation has acquired the property at 3042 Eagle Drive (formerly St. Helena's Convent) and they propose to open a 30-bed treatment facility for ADULT substance abusers. This property borders my home on two sides…it is literally just over my back and side fence.

We are vehemently opposed to the granting of the zoning exception that would be required to open this facility! Given the marked increase in opioid addiction in recent years, we can appreciate the importance of such facilities. I know that there are probably few families in this country that have not been affected by this epidemic in some way. However, we do NOT feel that inside a subdivision filled with elderly residents and in CLOSE proximity to a High School is an appropriate location.

What you might not already realize is that the main residential building on this property is only slightly over 800 FEET from the nearest academic building of the Richmond County Technical Career Magnet High School (it's less than 250 feet from the parking lot)!!



Richmond County Technical Career Magnet High School

3042 Eagle Drive – Site ⟨
Substance Abuse Treatm
for 30 ADULT patients

Following is a description of this High School from the Richmond County Board of Education website:   ( https://www.rcboe.org/magnet#calendar30096/20180425/month)

2

## Richmond County Technical Career Magnet School

RCTCM is a public magnet school in the Richmond County School System serving 420 students in Grades 6-12. Students are admitted on selective criteria based upon prior school record, academic testing, and an interest in Cyber Security, Culinary Arts, Networking, Energy (Engineering), Audio/Video Technology & Film, Business, or Robotics. RCTCM is located adjacent to Augusta Technical College, where almost 20% of our students participate in *More On When Ready*

These students are academically gifted and will be future Cyber Security Analysts, Energy or Robotics Engineers, Business Leaders or will serve in any number of other important roles. They are some of our best and brightest! TCM is the newest school in Richmond County and has been achieving awards and recognition since opening its' doors. The average graduation rate is 97.9%! That is a graduation rate to be envied by any high school, anywhere. It is, without a doubt, one of the best schools in Richmond County.

Georgia Code (2017) Title 16, Chapter 13, Article 2, Part 1 establishes a 1,000 foot "Drug-free Zone" surrounding schools:
ource: https://law.justia.com/codes/georgia/2017/title-16/chapter-13/article-2/part-1/section-16-13-32.4/

**Universal Citation:** GA Code § 16-13-32.4 (2017)

(a) It shall be unlawful for any person to manufacture, distribute, dispense, or possess with intent to distribute a controlled substance or marijuana in, on, or within 1,000 feet of any real property owned by or leased to any public or private elementary school, secondary school, or school board used for elementary or secondary education.

Since the patients at this facility will be getting TREATED for substance abuse, it is realistic to anticipate that not all of them will have completely succeeded in conquering their addiction. That being the case, it would not be unreasonable to expect that some illegal substances could find their way onto that property....which is WELL within the 1000 feet Drug Free Zone required by law. We do not feel that this is an acceptable risk!

There are numerous reasons that the property owners of Green Meadows Estates oppose the establishment of this facility but the vulnerability of the young students at the Technical Career Magnet High School and the equally vulnerable aging residents in our neighborhood are the most disturbing to us. Many of us have owned our homes for 30+ years. We have raised our children here and now enjoy spending time with our grandchildren here. It is a serene, low-crime neighborhood and we have worked very hard to keep it that way. It is patently unfair for our peace to be disturbed in our "golden years" and we beg for your support in opposing the zoning exception that will be required for this facility to open.

Before you make a final decision on how you feel about this issue, please take a moment to examine how you'd feel about this facility if it was to be opened in YOUR back yard...or your MOTHER's...or within just a few feet of YOUR child's school! There are many other more appropriate properties in Richmond County where this treatment center could be located!

Thank you for your time and attention to this very important matter.

3

Sincerely,
Deborah Bunch
Green Meadows Estates
3033 Hummingbird Lane
Augusta, GA 30906

4

**Universal Citation:** GA Code § 16-13-32.4 (2017)

(a) It shall be unlawful for any person to manufacture, distribute, dispense, or possess with intent to distribute a controlled substance or marijuana in, on, or within 1,000 feet of any real property owned by or leased to any public or private elementary school, secondary school, or school board used for elementary or secondary education.

Exhibit A
00058

**Universal Citation:** GA Code § 16-13-32.4 (2017)

(a) It shall be unlawful for any person to manufacture, distribute, dispense, or possess with intent to distribute a controlled substance or marijuana in, on, or within 1,000 feet of any real property owned by or leased to any public or private elementary school, secondary school, or school board used for elementary or secondary education.

Exhibit A

00059

## Richmond County Technical Career Magnet School

RCTCM is a public magnet school in the Richmond County School System serving 420 students in Grades 6-12. Students are admitted on selective criteria based upon prior school record, academic testing, and an interest in Cyber Security, Culinary Arts, Networking, Energy (Engineering), Audio/Video Technology & Film, Business, or Robotics. RCTCM is located adjacent to Augusta Technical College, where almost 20% of our students participate in *More On When Ready*.

Exhibit A

00060

## Richmond County Technical Career Magnet School

RCTCM is a public magnet school in the Richmond County School System serving 420 students in Grades 6-12. Students are admitted on selective criteria based upon prior school record, academic testing, and an interest in Cyber Security, Culinary Arts, Networking, Energy (Engineering), Audio/Video Technology & Film, Business, or Robotics. RCTCM is located adjacent to Augusta Technical College, where almost 20% of our students participate in *More On When Ready*.

Exhibit A

00001

# UPDATE | Addiction treatment facility faces opposition before final plans



*By Lindsay Tuman, Staff* | Posted: Tue 11:30 AM, Apr 24, 2018

Monday, April 23, 2018
News 12 at 11



AUGUSTA, Ga. (WRDW/WAGT) -- "My life today, I never would have imagined it would be as good as it is."

Six years ago Adam Carter's life was upside down.

"I'd been struggling with drug addiction since I was 12 years old. I was 33 when I went there."

David Hunter says three years ago he couldn't hold down a job he cut ties with friends and family.

"At that point in my life, I was lost. I didn't really know what I wanted out of life, I didn't know who I was."

Both of them found their way to Hale House.

"May 16th, 2012. When I got there I was bankrupt, morally and spiritually, emotionally, and financially as well."

The Hale House offers a four to six-week program it's supposed to be an affordable option for anyone who needs it.

"They wanted to provide an abstinence use program. A safe place for men to come who are suffering from substance abuse disorder" said John Martin, Hale Foundation Treatment Center Clinical Director.

Both of these men credit their turn around with the program here.
"Five years later, I'm married, I have two little girls, I'm a functioning member of society."

"What I thought would be the worst day of my life, going down to the Hale Foundation and admitting I needed help, wound up being the best day of my life."

A change these men and the Hale House hope to see in many others.
So the issue here isn't the program everyone agrees it's a great program. But neighbors are concerned ⊗ about their property values safety and the schools nearby.

Hale house leaders say they plan to meet with neighbors to address those concerns and find some compromises.

Exhibit A                    00063

(News 12 at 6 O'Clock)

AUGUSTA, Ga. (WRDW/WAGT) – Neighbors in one Augusta community are battling against an addiction treatment facility.

This is a battle similar to one the Green Meadows neighborhood faced three years ago at the same property. Back then it was supposed to be a rehab facility for teens, and now it's a rehab facility for adults.

Both sides spoke up at a meeting Monday. It was meant to be a simple tour for supporters of Hale House, but neighbors came out with signs and questions.

School board members, commissioners and a congressman were all in attendance.

"I don't have much longer to live, and I just want to live in peace for the rest of my days," said one person living in Green Meadows.

Others living in Green Meadows are also making it loud and clear that they do not want a drug and alcohol treatment center in their neighborhood.

"You have to think about it - our property values are going to drop."

The Hale Foundation is the group trying to move into the old convent on Eagle Drive.

John Martin, the would-be clinical director at Hale Foundation Treatment Center, spoke to News 12 at the meeting.

"Having a treatment center that can be affordable, and can be an asset to this community I believe," said Martin.

Martin also said they didn't realize how much opposition the facility would face.

"I think we really want to talk to them. We really want to hear them. We really want them to be a part of this discussion."

Congressman Rick Allen was at the meeting as well. He's supported the Hale House with his own money in the past, and says with the opioid epidemic people need help.

"I certainly understand their concerns. And I said this, the beautiful thing is, you have that right, the personal property right," said Congressman Allen.

Those are rights the Hale House want to keep in mind as they try to create a space to help those who need it.

⊗

Exhibit A    00064

## This Week's Circulars



"People in recovery, you wouldn't know, they're just like you and me," said Martin. "We want to talk to them so that we can come up with a compromise that helps both parties interests."

The Hale House group says they're looking at blocking off a driveway that leads into the neighborhood, and having a separate entrance.

They're also considering building a barrier to help people feel safer. This is not a done deal. There still needs to be a lot of work done inside, as well as licensing and rezoning.





Exhibit A

000066

**Field Visit**  **3042 Eagle Drive**

**Monday, April 16, 2018**

**Martin Laws**  **Kevin Boyd**
**Edward Morrow**  **Lois Schmidt**

Former convent purchased by Hale Foundation

Proposed use – rehabilitation facility for alcohol and drug

Approached property from only current access point through Green Meadows Subdivision. Green Meadows is a Single Family Residential Subdivision (R-1A).

Currently property is surrounded by 4-ft. chain link fence.

Entry is gated and locked but pedestrian traffic is possible.

Winding asphalt drive leads to buildings.

Grass is cut and basic property maintenance is being conducted.

Buildings are secure and in relatively sound condition.

Permanent buildings consist of a chapel, offices, kitchen, living quarters (?) and guest house.

A mobile unit is also located on the property

Corner of chapel measures approx. 117-ft. from nearest property line on Hummingbird Ln. at farthest point buildings measure approx. 259-ft. to property line on Hummingbird Ln.

At the closest point the corner of building measures approx. 90-ft. from the property line of RCBOE Magnet Technical High School

Mobile unit measures approx. 41-ft. from nearest property line on Hummingbird Ln.

A footpath w/ gate leads to the rear of residential properties located on 3039 and 3041 Hummingbird Ln.

Hale Foundation owns two vacant lots at 3035 and 3037 Hummingbird Ln. (the pedestrian gate does not access those lots)

A dirt driveway appears on the GIS maps on the southwest side of the buildings that intersects with the asphalt drive at the entry point. (Condition unknown)

The property is bordered by Green Meadows Sub. to the east, the Green Meadows Golf Course to the south, I-520 to the west, and RCBOE and Augusta Technical College to the north.

Augusta Tech Dr., a private roadway within the campus of Augusta Technical College also serves RCBOE Technical Magnet High School. The possibility exists of creating an entry point from Augusta Tech. Dr. to the subject buildings but permission would need to be granted from both education entities.

There is no floodplain or wetlands on the property

Topography of property slopes down from I-520 from a max. of 36-ft. at the northwest corner to 16-ft. at the southwest corner. At northernmost point of Augusta Tech. Dr. and the subject the property slopes toward Augusta Tech Dr. approx. 36-ft. Along Augusta Tech Dr. on the RCBOE property at the closest point to the structures the land is virtually level.



## General Staff Observations

Property is not conducive to proposed use but if to be given adequate consideration the following is needed.

Hale Foundation needs to provide a plan for the property including but not limited to:

- Type of client – i.e. sex, median age, court mandated (lock down) or volunteer, vehicle access, attendance requirements (work release or full time attendance)

- Number of employees and other staff/volunteers

- Schedule of programs

- Security

- Access points and estimated daily traffic

- Schedule of visitors

- Expansion of facility/structures

Security would need to include a minimum 8 ft. solid, concrete wall on the sides bounded by golf course, homes, and school properties. The wall will have no openings, pedestrian or vehicle except for one entry point.

Security measures – lighting, personnel, etc.

Manufactured unit must be removed or relocated farther from rear property line of residences on Hummingbird Ln. Unit must be inspected by building dept. to determine if it meets code for occupancy/proposed use

No new construction or expansion may be located within 250-ft of shared property line w/ Hummingbird Ln. residences or 100-ft. from the RCBOE property

New construction will be limited to two-stories in height

Entry road from Augusta Tech Dr. must be constructed at Hale Foundation expense and must be in place before accepting clients.

Gated and manned security entrance at the new entry point from Augusta Tech Dr.

The entry from Eagle Dr. must be closed except if needed as a secondary emergency access point only. To be determined by Augusta Fire and Sheriff Dept. Gate will be locked w/ emergency access only by Augusta Fire and Sheriff Dept.

**Staff Suggestions for other Uses**

City Park w/ retro-fit of structures for offices and rental facility for events.

Special Event Venue – rental for weddings and other events.

Purchase by Augusta Technical College for use in College programs.

Private School or club not involved in rehab. programs

Notes compiled by Lois Schmidt

## Augusta, GA



Disclaimer: While every effort is made to keep information provided over the internet accurate and up-to-date, Augusta does not certify the authenticity or accuracy of such information. No warranties, express or implied, are provided for the records and/or mapping data herein, or for their use or interpretation by the User

Map Scale
1 inch = 400 feet
7/3/2018

## Augusta, GA



B-2

Z-68-50

Z-08-67

Z-98-63

R-1A

Z-00-17

B-2

Z-92-54

Z-86-214

*Disclaimer: While every effort is made to keep information provided over the internet accurate and up-to-date, Augusta does not certify the authenticity or accuracy of such information. No warranties, express or implied, are provided for the records and/or mapping data herein, or for their use or interpretation by the User*

**Map Scale**
**1 inch = 400 feet**
7/3/2018

# PUBLIC HEARING MINUTES

A public hearing for the purpose of soliciting comment on the following application will be heard by the Augusta Georgia Planning Commission on Monday, August 6, 2018 in Room 260, the Augusta Commission Chambers, at 3:30 P.M. or the close of the regular Planning Commission Hearing.

> A request by The Hale Foundation Inc. to present information and solicit comments for the establishment of an In-patient Rehabilitation Center per Section 35-10 of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0. This public hearing may be followed by a zoning hearing that shall be conducted not less than 6 months and not more than 9 months from the date of this public hearing.

The public hearing was called to order by Planning Commission Chairperson Mr. Robert Cooks at 3:30 p.m.

Mr. Cooks stated there will be 20 minutes provided to each side. This may be amended as needed but he asked that all participants keep their comments brief and on subject and do not direct them to any individual present in the audience.

Mr. Cooks asked how many of those present were in favor of this use and how many were opposed. A show of hands indicated 81 people in favor and 58 against. (Count done by 3 Planning and Development Dept. staff)

Mr. Howard S. Bush, owner of 3041 Hummingbird Lane asked how many of those counted own property and/or live in the Green Meadows Subdivision. (Count done by 3 Planning and Development Dept. staff)

Mr. Cooks asked for a show of hands. A show of hands indicated 1 person in support and 47 against own and/or live in Green Meadows Subdivision.

Mr. James Trotter, Trotter Jones LLP, 3527 Walton Way Ext., Augusta was present to speak on behalf of The Hale House Foundation Inc.

Mr. Trotter stated the Hale House owns the property at 3042 Eagle Drive and has made a significant investment. Everyone understands the fears expressed – drop in property values, increase in crime and traffic. But this property is an old convent that has been unused for the last few years. Hale House purchased the property in 2016 for a residential substance abuse treatment

1

facility. Hale House has 28 years of experience in the community of working with men with addition to alcohol or opioids. The receive referrals from physicians, hospitals and employers. They do not accept walk-ins and they do not take Court ordered patients. Residents must come voluntarily and must pay for the treatment. They are free to leave at any time. Treatment is for those who want to be there.

Mr. Trotter continued explaining the existing facility is 13, 000 sq. ft. of commercially outfitted living facilities for 30 people. Hale House serves men only. The average stay if 30 to 45 days. The residents are not allowed vehicles but they are allowed to leave whenever they choose. Access is currently from Eagle Drive but Hale House intends to close and remove that entrance and fence all along the neighboring boundary property lines. The plan is to enter an agreement with Augusta Technical College and construct a new entrance through there. The only traffic will be the 18 to 22 employees and they will not go through Green Meadows Subdivision.

Mr. Trotter explained the Hale House is not a new organization or from out of town. The previous potential treatment facility company was from out of town. Hale House has been a local entity for 28 years in Olde Town Augusta. They currently have 4 houses with 35 men in residence. In 28 years there has only been one call to law enforcement due to a fight. Mr. Trotter feels this history of Hale House is important.

Mr. Trotter stated Hale House is not the first facility in Augusta to request this. In 2014 Bluff Plantation was approved on Bennock Mill Road. There has been no increase in crime or law enforcement calls in the area. It is a myth that these facilities create or draw criminal activity. The Eagle Drive property when developed will be fenced and there will be security patrols 24/7.

Mr. Trotter stated that the claim that property values will drop up to 17% use methadone clinics as the scale. But Hale House allows/uses no drugs or alcohol in their treatment program. The property values near Bluff Plantation have actually increased.

Mr. Trotter explained Hale House began in 1990 as a Christian based program and has grown to 5 house with a maximum tenancy of 50 residents. They use a 12-step Bible based program. Completion means a return to family, jobs and the community. All most all residents are from Richmond County or adjoining communities. Hale House is not a church and is not affiliated with any specific church or denomination but is a Christian based ministry for people in need.

"Videotaped testimonial was shown of first resident Charles ?"

Mr. Matt Aitkin, 609 Telfair Street, Augusta stated he helped broker the sale to Hale House and will participate in the zoning action needed to help Hale House establish itself on this property. He has participated in prison ministry for years and believes Hale House is an asset to the

2

community. Any use can affect the property values in an area but proper administration and implantation of zoning is important. Members and donors within the community believe in the Hale House mission. He stated he loves this community and neighborhood but he also loves those who struggle and hopes others feel the same. We need to find a happy medium and embrace those with addictions and help them to heal. He hopes Augusta can find unification on this subject and doesn't turn it into a political football. Look at the facts and benefits to everyone. And assure that tools are available to help people with problems. We need to be a part of the solution not part of continuing the problem.

Mr. Aitken continued that the campus is perfect for this use and he will do what it takes to make the neighbors comfortable.

Debra Rodriguez, 346 Broad Street, Augusta, an Olde Town resident, stated she lives 3 blocks from Hale House and has watched it since it began. She has seen the program grow and has employed the residents. She has had no issues with the use and has found them to be good neighbors. She understands the concerns with something new but this is a good new. She suggested people visit Hale House and see it at work. She feels people will see it as a benefit.

(17 minutes)

State Senator Harold Jones spoke in support of Green Meadows Subdivision. He stated he grew up in Green Meadows and his mother still lives there. He remembers the convent and the nuns who lived there fondly. This is a diverse community of hardworking Augustans who are proud of their neighborhood. This is not about group animus toward Hale House or its mission. Senator Jones, himself, has a record of promoting "second chance legislation". The people who live in Green Meadows are all working class folk who have been affected / targeted by alcohol or drug use much like many of us in America today. They are a sympathetic group and they support rehabilitation. But they have a rational argument for leaving the existing zoning in place and not allow this facility at 3042 Eagle Drive. Green Meadows is a unique community that should be allowed to continue.

Ms. Debbie Bunch, 3033 Hummingbird Ln., Augusta stated she is a 30-year resident of Green Meadows. Three years ago West Care came forward with a similar use for young men (teenagers). The neighborhood was against it then and continues to be against this use. Safety and security are prime issues along with dropping property values. The neighbors have been told Hale House has asked the Board of Education and Board of Regents for access through their property but there is no guarantee that will happen. Augusta Tech Drive and Lumpkin Road intersection is heavily trafficked and there is the school traffic as well. Officials may not want to add more traffic. If approved for Eagle Drive the Green Meadow streets cannot support the extra traffic, including delivery trucks with supplies.

Ms. Bunch continued stating the supports claim there will be no increase in crime. That the impact will be no different than for other commercial uses. But this area is residential and they want it to stay that way. The former convent was not a commercial use and as such had no impact on the neighborhood.

Ms. Bunch quoted the Taniguchi and Salvatore Study.

Ms. Bunch continued stating the fact that the residents are free to come and go whether they are clean and sober of not does not instill confidence in the neighbors. There were 2,500 crimes committed in this zone last year, but Green Meadows only had 19 crimes in 3.5 years according to the Augusta Chronicle Crime Statistics.

Ms. Bunch stated the new school construction has caused issue with erosion, traffic and noise from the Bobby Jones Expressway due to the loss of tree cover. She also stated that in her research there could be an 8% to 17% reduction in property values for neighborhoods where opioid centers locate.

Ms. Bunch stated no one disputes there is a need. Everyone has been touched by the drug epidemic in some way. But the owners in Green Meadows believe there is a more suitable location that isn't close to schools and homes. The Green Meadows Subdivision has repeatedly opposed this request. The Augusta Commission and the Planning Commission has refused to allow Personal Care Homes, beauty salons and the like in residential areas please refuse to allow this use on this property.

(A video of testimonials from Green Meadows residents was shown)

Ms. Bunch stated the video is the same they used 3 years ago when they fought West Care but the statements and beliefs are still valuable today.

(18 minutes)

Mr. James Trotter offered a rebuttal. Perhaps non-compatible uses should not be next door to each other. But property rights must be recognized as the State of Georgia recognizes "you may use your property to its highest and best use as you want." Hale House has a 28 year record of being a compatible neighbor. There will be no traffic except for employees as the residents do not have vehicles. Any use that come onto this property will have some traffic. There will be limited to no construction so there will be no impact there. The crime study is misleading as it is often based using methadone clinics as the base. These are open daily to the public. This site will not operate like that. This will not be halfway house, residents will not be coming out of jail for treatment.

4

Rather they will be coming voluntarily seeking treatment. And they will pay for it. The property will be fenced and secured at all times. The Hale House is willing to abide by any restrictions placed on it at the zoning lever if necessary.

Mr. Howard Bush agreed Hale House does already own the property but they bought it with residential zoning in place. They should have requested the rezoning before purchasing. Now they need the zoning to change for their use but the area residents want it to remain residential.

Mr. Trotter agreed Hale House purchased the property with the existing zoning based on their faith and belief that it can be changed.

Mr. Cooks thanked all assembled for their time and comments and concluded the hearing. He reminded all present that a zoning hearing may not be held less than 6 months and not more than 9 months from the date of this public hearing.

PUBLIC HEARING ADJOURNED 4:22 p.m.

Z.19.08

SPECIAL EXCEPTION

# ~~REZONING~~

# APPLICATION

*Augusta*

## G E O R G I A

**Department of Planning and Development**

Planning Division

535 Telfair Street, Suite 300

Augusta, GA. 30901

706.821.1796

**Only Completed Applications will be accepted**

Revised 12.05.2014

# Rezoning Application

_Augusta_
GEORGIA

## An application to amend the official Zoning Map of Augusta, GA.

**Application Date:** _____

| | |
|---|---|
| **Name:** The Hale Foundation, Inc. | **Name:** Same |
| **Address:** 402 Walker Street | **Address:** |
| **City:** Augusta | **City:** |
| **State:** Georgia **Zip:** 30909 | **State:** **Zip:** |
| **Phone:** (706) 722-3060 | **Phone:** |

**Contact Person:** James B. Trotter     **Phone:** (706) 737-3138

**Contact's e-mail:** Jim@TrotterJones.com

**I hereby request a Rezoning for the purpose of:** Inpatient Drug/Alcohol Treatment

**I hereby request a Variance for:** _____

**Applicant is the:** [X] Owner  ☐ Petitioner  ☐ Contractor  ☐ Purchaser  ☐ Other

**Property Address:** 3042 Eagle Drive

**Present zoning** Z-17-21-SP     **Requested Zoning** Special Exception 26-1

**Map/ Parcel #:** 109-0-001-8-0

**Proposed Development:** Inpatient Drug/Alcohol Treatment

I certify that I am the legal owner of the property for which this application is being made and that I have identified all individuals and business entities having an ownership interest in the real property in question on the space below.

**Owner's Signature:** _[signature]_     **Date:** 1/31/19

**Petitioner's Signature** _[signature]_     **Date:** 1/31/19

Subscribed and affirmed before me in the county of     Richmond     , State of Georgia,

this 31 day of January , 20 19 .

_[signature]_
(Notary's official signature)

3/21/2021
(Commission Expiration)

_[Notary seal: JENNIFER NORLAND, NOTARY PUBLIC, COLUMBIA COUNTY GEORGIA, MY COMMISSION EXPIRES MARCH 21, 2021]_

Revised 12.05.2014

*Augusta*
GEORGIA

In order to make an application to the Planning Commission you must submit the following:
Completed application including all supporting documentation listed in this packet.

1. The following fees made payable to Augusta Planning and Development Department:
   Prior to March 24, 2014

| | | |
|---|---|---|
| a) | Rezoning A (Agriculture) and R-1 (One-family Residential) Zones | $800.00 |
| b) | All other Zones for applications under 10 acres | $1000.00 |
| c) | All other Zones for applications over 10 acres | $1,250.00 |
| d) | Special Exceptions | $800.00 |
| e) | Subdivision Variance | $500.00 |
| f) | Parking Variance | $300.00 |

2. If you are not the property owner you must attach a signed statement of consent from the property owner.
3. The Planning Commission meets on the first Monday of each month at 3:00 p.m. unless otherwise advertised due to a holiday. The calendar dates for 2014 are included in this application packet.
4. The Planning Commission is a recommending body and their decision is forwarded to the Augusta Commission for a final decision. The Augusta Commission meets on the third Tuesday of each month at 2:00 p.m. unless otherwise advertised.

The undersigned below is authorized to make this application. Section 35-8 states if the zoning decision of a local government is for the rezoning of property and the amendment to the Zoning Ordinance to accomplish the rezoning is defeated by the local government, then the same property may not again be considered for rezoning until the expiration of at least six (6) months immediately following the defeat of the rezoning by the local government pursuant to O.C.G.A. 36-66-4-(e) (2012).

_____        6-28-TB 1-31-2019
Signature of Applicant                              Date

CLIFF RICHARDS - EXEC. DIRECTOR
Print Name and Title

### Disclosure of Campaign Contributions

Have you, within the two years immediately preceding the filing of this application, made campaign contributions aggregating $250.00 or more to a local government official who will consider this application.

◯ Yes      ⊘ No

Applicant's Name: _____

*Augusta*
GEORGIA

**Rezoning Applicant's Response**

Standards Governing the Exercise of the Zoning Power

**Please respond to the following standards in the space provided or use an attachment as necessary:**

a) Whether a proposed rezoning will permit a use that is suitable in view of the use and development of adjacent and nearby property:

SEE ATTACHED RESPONSES

b) Whether a proposed rezoning will adversely affect the existing use or usability of adjacent or nearby property:

c) Whether the property to be affected by a proposed rezoning has reasonable economic use as currently zoned:

d) Whether the proposed rezoning will result in a use which will or could cause an excessive or burdensome use of existing streets, transportation facilities, utilities, or schools:

e) Whether the proposed rezoning is in conformity with the policy and intent of the land Comprehensive Land Use Plan:

f) Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the proposed rezoning:

*Augusta*
GEORGIA

**If necessary attach additional sheets to disclose or describe all contributions.**

## Rezoning and Special Exception Checklist

**The following is a checklist of information required for submission of a Rezoning application. The Planning and Development Department on behalf of the Planning Commission reserves the right to reject any incomplete applications.**

- ⬯ Application Form
- ⬯ Deed (Legal Description)
- ⬯ Recorded Plat or Recorded Boundary Survey
- ⬯ (4) Four Site Plans or concept plans and (1) one 8 ½ x 11" reduction (when necessary)
- ⬯ Standards governing exercise of the Zoning Power
- ⬯ Letter of Intent
- ⬯ Conflict of Interest Certification/ Campaign Contributions
- ⬯ Application Fee–payable to Augusta Planning and Development Department

**Additional Exhibits that may be required (as necessary):**

- ⬯ Additional site plan requirements (where necessary)
- ⬯ Traffic Study
- ⬯ Review Form for Development of Regional Impact
- ⬯ Building Compliance Inspection

**Please bring this checklist when filing for a Rezoning**

**If an applicant is submitting a request as (petitioner) and not owner to WITHDRAW an application – it is necessary to have agreement/signature of the property owner to WITHDRAW the application.**

____ **Withdraw Application**          ____ **Postpone Application**

**Reason:**

_____

_____

_____

**Signature of Applicant:** _____     **Date:** _____

**Signature of Property Owner:** _____     **Date:** _____

A.    Whether a proposed rezoning will permit a use that is suitable in a view of the use and development of adjacent and nearby property:

   1.    White the property is behind a residential subdivision, it is located in an area with many mixed uses, including retail. The proposed use will be isolated from all other uses and fully secured.

B.    Whether a proposed rezoning will adversely affect the existing use or usability of adjacent or nearby property:

      The proposed use will not adversely affect adjacent properties because it is isolated, not visible from the adjacent properties, and will be fully secured. It will not adversely affect the existing residential neighborhood.

C.    Whether the property to be affected by a proposed rezoning has reasonably economic use as currently zoned:

      No, it does not. Its use is limited to religious or residential purposes, and it has remained unoccupied for several years now.

D.    Whether the proposed rezoning will result in a use which will or could cause an excessive or burdensome use of existing streets, transportation facilities, utilities, or schools:

      The proposed use will not burden the utility system or school system. The proposed use will only involve vehicles for 20-22 employees and will not burden the streets.

E.    Whether the proposed rezoning is in conformity with the policy and intent of the land Comprehensive Land Use Plan:

      Yes. The current facility on the property existed prior to the 2008 Plan. It is located in a suburban development area, where other similar institutions are located.

F.    Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the proposed rezoning:

      There are no existing or changing conditions affecting the use of the property. It is already fully developed, but has sat vacant for several years now. The area already has a number of mixed uses nearby.



**28 Years of Service**
**1990-2018**

# LETTER OF INTENT

**PROPOSED PROPERTY FOR REZONING:** 3042 Eagle Drive, Augusta, GA. 30906 (formally the St. Helena's Episcopal Convent)

- The purpose of this property is to open an affordable 30-45 day Medical Substance Abuse Treatment Center.
- Patient referral sources will not be from the Courts or criminal justice system, but rather from Hospital ER's, Emergency Medical Clinics, Pain Management Physicians and EPA's (employee assistance programs).
- All patients will be monitored throughout the day in a hospital setting to ensure security and a comfortable detoxification transition.
- Due to the treatment protocol patients will not be allowed off of the property and will be supervised by our medical staff, RN's and Residential Technicians at all times.

**PROPERTY:**

- The St. Helena Convent 13,000 sq. ft facility is ideally designed to fit the needs with; adequate office space, rooms for group meetings, commercial kitchen and dormitory area to support approximately 30 patients.
- Eagle Drive entrance will be permanently closed. Existing gate will be removed and fencing will be installed along the property line.
- No major construction will be needed to start operations.
- No plans to add additional structures at this time.
- Our staff will consist of approximately 20-22 employees: Medical Director, Director, Clinical Director, 4 Certified Substance Abuse Counselor, 2 RN's, Intake Coordinator, Residential Technicians, Maintenance Supervisor, Ground Maintenance, etc.

**Program Details: 3 Components of Treatment Protocol.** Inpatient Detox, Post Detox Treatment and After Care Program:

**Inpatient Detox Services 5-10 Days:** All patients will be placed in the detox section with they arrive. This will be a time when the medical team will monitor their progress daily for the first 5-10 days for the detoxification program.

**Post Detox Treatment 25-35 Days:** Patients will move into the dormitory section of the facility. All male patients will remain in the main building and all female patients will be placed in the detached dormitory adjacent to the main building. During the remainder of the next 25-35 days, all patients will meet with Counselors throughout the day for group meetings and one on one sessions and 12 Step Meeting.

**After Care Program- Long Term Residential Program:**

After Care Coordinators will meet with each Substance Abuse Counselor to discuss an after care plan best suited for each patient. If the Counselors feel a patient needs long term residential program, they will be referred to The Hale Foundation's long term residential program, located at 402 Walker Street, Augusta, GA. 30901, for a 12 month program.

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,



Exhibit A            00085

2017046590

WD **1602** Pg **998**

Transfer Tax $550.00

Recording Fee: $18.00

Filed and Recorded:
10/27/2017 9:17:15 AM
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,

Andrew J. Kilpatrick, II, P.C.
205 Pitcairn Way
Augusta, Georgia 30909
17-1143AK

## WARRANTY DEED

STATE OF GEORGIA      )
                               )
COUNTY OF Richmond    )

      THIS INDENTURE, made this 26th day of October, 2017, between THE ORDER OF ST. HELENA (INC.), a non-profit corporation organized and existing under the laws of Kentucky, as Party of the First Part, and THE HALE FOUNDATION, INC., a Georgia non-profit corporation organized and existing under the laws of Georgia, as Party of the Second Part,

      WITNESSETH: that said Party of the First Part, for and in consideration of the sum of Ten ($10.00) Dollars and other valuable considerations, in hand paid at and before the sealing and delivery of these presents, receipt whereof is hereby acknowledged, has granted, bargained, sold and conveyed and by these presents does grant, bargain, sell and convey unto the said Party of the Second Part, is successors and assigns, the following described real property, to-wit:

      SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

      TO HAVE AND TO HOLD the said bargained premises, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging or anywise appertaining, to the only proper use, benefit and behoof of the said Party of the Second Part, it successors and assigns, forever, in FEE SIMPLE.

Exhibit A                                                                                    00086

RECORD BOOK **1602** Pg **999**

AND the said Party of the First Part, for its successors and assigns, will warrant and forever

defend the right and title to the above described property unto the said Party of the Second Part, its

successors and assigns, against the lawful claims of all persons and parties whomsoever.

IN WITNESS WHEREOF, the said Party of the First Part has caused these presents to be

executed and its seal affixed by its duly authorized official, the day and year first above written.

THE ORDER OF ST. HELENA (INC.)

by: _____
LOIS M. MILLER, As Its: CEO
and Authorized Official

Signed, sealed and delivered in
the presence of:

_____
Unofficial Witness

_____
Notary Public

Exhibit A                                      00087

RECORD BOOK  1602 Ps 1000

## EXHIBIT 'A'

TRACT ONE: All that lot or parcel of land, with all improvements thereon, situate, lying and being in The 123rd D.G.M. of Augusta-Richmond County, Georgia, a short distance west of Richmond Hill Road, about seven miles from the courthouse, containing eleven and one-half acres, more or less, and being an irregularly shaped parcel of land identified by the legend "11.5 Acres" on a plat made by J.N. Hawes, C.E., dated 16 August 1934, and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Realty Book 13 G, page 31; and being the same property the entire title to which was conveyed by Hal R. Powell and H. Gould Barrett to the party of the first part by deed dated October 4, 1946 and recorded in said Clerk's office in Realty Book 15 Y, page 164; reference being made to said deed and plat for a more particular description of the interest in the property herein conveyed.
ALSO, full rights, together with the owners of other property as shown on the above described plat of J.N. Hawes, C.E., of ingress and egress from the tract hereinabove described to and from the Richmond Hill Road over a twenty foot road shown on said plat. Said road extends in a straight in a line westerly direction along the boundary line between lots four (4) and five (5) of said plat and the southern boundary line between lots nine (9), ten (10), eleven (11) and twelve (12) of said plat with the northern boundary line of the unplatted southwestern portion of said tract to the western limit of said tract, whence it turns at right angles along the westernmost boundary of said lot twelve (12) of said plat in a northerly direction to its northernmost boundary.

TRACT TWO: ALSO, all that tract or parcel of land, with all improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, containing 9.90 acres and being more particularly delineated on a certain plat prepared by Baldwin & Cranston Associates, Inc., dated December 2, 1983, recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Realty Reel 177, page 1443-1444, which plat be specific reference thereto is incorporated herein for a more complete and accurate description of said property and its location.

LESS AND EXCEPTING ROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, with improvements thereon, situate, lying and being in the 89th G.M.D. (formerly the 123rd G.M.D.), being known and designated as 0.54 acre, known as 3038 Eagle Drive, as shown on a plat prepared by George L. Godman and Associates, Georgia Registered Land Surveyor No. 1977, dated July 30, 2003 and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Plat Cabinet C, Slide 66, Plat C, and also recorded in said Clerk's Office in Book 880, page 1631. Said property is subject to an easement in the nature of a right-of-way for ingress and egress over and across the strip of land 30 feet in width extending across the Northeastern portion of the lot herein described as shown on the aforementioned plat, reference being made to a Deed of Gift from the Order of St. Helena to St. Alban's Episcopal Church, Inc., recorded in said Clerk's Office in Realty Book 31-N, pages 529-531, for a more particular description of the easement.

FURTHER LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, with improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, being shown and designated on a plat prepared by Cranston & Associates, dated January 11, 1967 and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia in Realty Book 34-A, page 555. Reference is hereby made to said plat for a more complete and accurate description of said property and its location.

Exhibit A                                                                      00088

RECORD BOOK 1602 Ps 1001

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: An easement in the nature of a right-of-way for ingress and egress over and across a strip of land 30 feet in width extending across the northern portion of property conveyed by the Order of St. Helena to St. Alban's Episcopal Church, Inc., which property lies immediately west of the property hereinabove described and Eagle Drive; ALSO, an easement in the nature of a right-of-way for the purpose of ingress and egress over and across a strip of land 20 feet in width extending across the dead end of the said Eagle Drive for the same purposes above stated, both of said easements being shown on a plat recorded in said Clerk's Office in Realty Book 31-N, page 531, which plat is incorporated herein by reference for a more complete and accurate description of said easements and their locations.

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, situate, lying and being in Augusta-Richmond County, Georgia, lying adjacent to the Northeast portion of the property first above described on plat recorded in said Clerk's Office in Realty Book 34-A, page 555; the Northwesterly boundary of this lot being 27.00 feet in length and the Southwesterly boundary of this lot being 35.45 feet in length; the Northeasterly boundary is an extension in a Southeasterly direction of the boundary separating the property shown on the said plat in 34-A, page 555 and property of Green Meadows' Estate to its intersection with an extension in a Northeasterly direction to the boundary line separating the property shown on the said plat in Realty Book 34-A, page 555 and the property now or formerly of Diamond, such extension constituting the Southeasterly boundary line of the lot described herein.

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, situate, lying and being in Augusta-Richmond County, Georgia, containing 0.17 acre and being shown on a plat prepared by Billy B. Beazley, dated March 6, 1973, recorded in said Clerk's Office in Realty Reel 52, page 2009, which plat is incorporated herein by reference.

The above described properties are more particularly shown on a compiled plat prepared for The Order of St. Helena dated June 17, 2010, a copy of which is on file in the office of Cranston Engineering Group, P.C., located at 452 Ellis Street, Augusta, Georgia 30901, and a copy of which is attached hereto as Exhibit "B".

M&P for the above described properties: 109-0-001-00-0

ALSO, INCLUDED IN THIS CONVEYANCE ARE: All those lots or parcels of land, with any buildings or improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, in a certain subdivision known as Green Meadows Section V, being known and designated as Lots 6 and 7, Block "F", as shown on a certain plat thereof recorded in said Clerk's Office in Realty Book 36-D, pages 425-426. Said plat and the reference are incorporated herein for a more complete and accurate description of sai properties.

M&P: 109-3-035-00-0 & 109-3-036-00-0

The above described properties are conveyed subject to all of the various easements, rights-of-way, covenants, conditions, restriction and reservations of record.

Exhibit A                                                             00089

RECORD BOOK 1602 Ps 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,



EXHIBIT "B"

Exhibit A                                                          00090

**HAROLD V. JONES II**
District 22
323-A Coverdell Legislative Office Building
18 Capitol Square, SW
Atlanta, Georgia 30334
Phone: (404) 463-3942
E-mail: harold.jones@senate.ga.gov



**COMMITTEES:**

Economic Development and Tourism
Judiciary
Public Safety
Special Judiciary

# The State Senate
Atlanta, Georgia 30334

To:  Augusta Georgia Planning Commission

535 Telfair Street Suite 300

Augusta Ga. 30901

From: State Senator Harold Jones II (D-22)

      Representative Sheila Nelson, (D-125)

Dear Mr. Cooks,

As the elected representatives of Green Meadows Neighborhood, we wish to express our strong opposition to the proposed zoning request by Hale House Foundation Inc.

It is our understanding that Hale House Foundation Inc. has requested a special zoning exception to establish an inpatient drug and alcohol treatment facility. We stand in opposition to the proposed special exception.

It is also our understanding that most of the affected residents are opposed to this measure. In keeping with our strong tradition of supporting those persons directly affected by zoning exceptions we stand in support of the residents who have expressed opposition to the measure.

We understand and empathize with the goals of the Hale House Foundation Inc., but do not believe those goals fit within the current character and integrity of the neighborhood.

We would be present at the hearing today but are currently unable to attend due to legislative commitments.  We hope this letter adequately expresses our opposition to the proposed exception. We thank you in advance for your time and cooperation and if you have any questions or concerns please feel free to contact us.

Sincerely

Senator Harold Jones II

State Representative Sheila Nelson



**TROTTER JONES** LLP
ATTORNEYS AT LAW

William A. Trotter, III
James B. Trotter
David C. Jones
James S. V. Weston

March 4, 2019

_**Via Hand-Delivery to each member of the Augusta Planning Commission**_

Augusta Planning Commission
Commission Chambers
Richmond County Municipal Building
530 Greene Street
Augusta, Georgia 30901

**Re:** **NOTICE OF INTENT TO ASSERT CONSTITUTIONAL CLAIMS**

> Z-19-08 Petition on behalf of The Hale Foundation, Inc. to establish an In-Patient Drug and Alcohol Treatment Facility per Section 26-1(g) of the Comprehensive Zoning Ordinance for Augusta, Georgia
> Tax Map & Parcel No.: 109-0-001-00-0 **(the "Property")**

Members of the Augusta Planning Commission:

On behalf of The Hale Foundation, Inc. ("Hale Foundation"), we respectfully urge the Augusta Planning Commission to vote to re-zone the Property for the establishment of an In-Patient Drug and Alcohol Treatment Facility per Section 26-1(g) of the Comprehensive Zoning Ordinance. This re-zoning will not negatively impact the public health, safety and general welfare of the area surrounding the Property.

The Property, in its current state, is ideal for the establishment of a facility to combat this area's growing alcohol and opiate addiction problem. This is not a "half-way house" for criminals, but a voluntary treatment facility to treat addictions. It will be isolated from the adjacent neighborhood, and secure. It will not lead to increased traffic through the Green Meadows subdivision because, if the rezoning is approved, the Hale House will obtain an alternate entrance through the adjacent property.

In the absence of a proper exercise by Augusta, Georgia of its police power, zoning legislation denying the use of the Property as a treatment facility is not only confiscatory but arbitrary and capricious as well. Constitutional claims will be asserted by the Hale Foundation, including an inverse condemnation claim based on Article I, Section III, Paragraph I of the Georgia Constitution of 1983, together with claims based on the due process and equal protection clauses in Article I, Section I, Paragraph I of the Georgia Constitution and claims based on the United States Constitution.

3527 Walton Way Ext.
Augusta, Georgia 30909
p.(706)737-3138  f.(706)738-3973
www.trotterjones.com

Moreover, zoning legislation denying the use of the Property as a treatment facility violates the Federal Fair Housing Act ("FHA") and the American's with Disabilities Act ("ADA") because it results in disparate, or discriminatory, treatment of disabled persons in need of this facility. Disability, as defined by the FHA and the ADA includes persons recovering from substance abuse. The FHA is also clear in stating that a home or facility for the disabled cannot be denied the opportunity to locate in a residential neighborhood based solely on neighbor perceptions. The Hale Foundation seeks a reasonable accommodation to allow the establishment of its facility with minimal impact on the adjacent neighborhood.

Sincerely,

James B. Trotter

cc:    Mr. Wayne Brown
       Augusta-Richmond County Law Department

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,

Exhibit A                                                                                          00094

# Lois Schmidt

**From:** Mary Burgess
**Sent:** Monday, March 18, 2019 4:09 PM
**To:** Lois Schmidt
**Subject:** FW: [EXTERNAL] RE: Hale House Rezoning - Eagle Drive

For the record

**From:** Patrick J. Rice <PRice@hullbarrett.com>
**Sent:** Monday, March 18, 2019 3:46 PM
**To:** Mayor Davis <MayorDavis@augustaga.gov>; Commissioner William Fennoy <Fennoy@augustaga.gov>; Commissioner Dennis Williams <DennisWilliams@augustaga.gov>; Commissioner Mary Davis <MFDavis@augustaga.gov>; Commissioner Sammie Sias <SSias@augustaga.gov>; Commissioner Johnny Few <CFew@augustaga.gov>; Commissioner Ben Hasan <BHasan@augustaga.gov>; Commissioner Sean Frantom <SFrantom@augustaga.gov>; Commissioner Brandon Garrett <BGarrett@augustaga.gov>; Commissioner Marion Williams <MFWilliams@augustaga.gov>; Commissioner John E. Clarke <JClarke@augustaga.gov>
**Cc:** 'Jim Trotter' <jim@trotterjones.com>; Cliff Richards <crichards@thehalefoundation.com>; Andrew G. Mackenzie <AMackenzie@augustaga.gov>; Robert H. Sherman <rsherman@augustaga.gov>; Mary Burgess <MBurgess@augustaga.gov>; Patrick J. Rice <PRice@hullbarrett.com>
**Subject:** [EXTERNAL] RE: Hale House Rezoning - Eagle Drive

**Dear Mayor Davis and Commissioners,**

I greatly appreciate the time and consideration you have given the Hale House Rezoning request on Eagle Drive. I fully understand the many issues and challenges with which you have wrestled in considering this request. On a personal level, I want you to know that I have had relatives and close friends avail themselves of the wonderful help afforded at Hale House. I also have come to know many others who have experienced that help. I have even temporarily employed several of these individuals to assist with odd jobs around my home. In addition to my wife, several of my grown children and my very young grandchildren have been in their presence. On occasion, I have had the opportunity to host a few of those Hale House residents at a local restaurant. Each and every one of them has been a perfect gentleman. I, always, have found them to be great human beings who are committed to overcoming their problems and dedicated to returning to a productive life.

As you know, this goal has been achieved by scores of young men who have found significant success and new life following their experience at the Hale House.

In connection with this zoning request, I have endeavored to determine whether any of the present neighbors of the existing Hale House in downtown Augusta have experienced any problems or if the Sheriff's office is aware of any problems. Those inquiries have produced no unfavorable disclosures. I am confident you have made that same finding.

1

I urge you to give a favorable vote to the Hale House request. I am convinced that time will prove this to be a very positive decision and one which will be a credit to your leadership.

Thanking you for all you do for our community, I am

Very truly yours,

*Patrick J. Rice*

**Patrick J. Rice**, Attorney
801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-722-4481 • F: 706-722- 9779
https://hullbarrett.com/attorneys/patrick-j-rice/



**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient at a trusted and independently verified phone number, and verifying the wire instructions.**

Confidentiality Notice: This message (and any attachments) may be confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same

[**NOTICE:** This message originated outside of the City of Augusta's mail system -- **DO NOT CLICK** on **links**, open **attachments** or respond to **requests for information** unless you are sure the content is safe.]

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED:104.1

Exhibit A

00096

**HAROLD V. JONES II**
District 22
323-A Coverdell Legislative Office Building
18 Capitol Square, SW
Atlanta, Georgia 30334
Phone: (404) 463-3942
E-mail: harold.jones@senate.ga.gov



## The State Senate
### Atlanta, Georgia 30334

To: Augusta Georgia Planning Commission

535 Telfair Street Suite 300

Augusta Ga. 30901

From: State Senator Harold Jones II (D-22)

      Representative Sheila Nelson, (D-125)

Dear Mr. Cooks,

As the elected representatives of Green Meadows Neighborhood, we wish to express our strong opposition to the proposed zoning request by Hale House Foundation Inc.

It is our understanding that Hale House Foundation Inc. has requested a special zoning exception to establish an inpatient drug and alcohol treatment facility. We stand in opposition to the proposed special exception.

It is also our understanding that most of the affected residents are opposed to this measure. In keeping with our strong tradition of supporting those persons directly affected by zoning exceptions we stand in support of the residents who have expressed opposition to the measure.

We understand and empathize with the goals of the Hale House Foundation Inc., but do not believe those goals fit within the current character and integrity of the neighborhood.

We would be present at the hearing today but are currently unable to attend due to legislative commitments. We hope this letter adequately expresses our opposition to the proposed exception. We thank you in advance for your time and cooperation and if you have any questions or concerns please feel free to contact us.

Sincerely

Senator Harold Jones II

State Representative Shelia Nelson

| | |
|---|---|
| **From:** | Robert H. Sherman |
| **Sent:** | Thursday, March 21, 2019 1:26 PM |
| **To:** | Carla Delaney; Mary Burgess; Kevin Boyd; Lois Schmidt |
| **Subject:** | RE: Hale House |

Also, we need to mail notice to the Board of Ed / Superintendent BOE and copy BOE attorney Pete Fletcher; and mail notice to the principal at the BOE school and Augusta Tech. We also need to publish in the paper. And, expand the mailing list to residences that border Augusta Tech Drive.
Thanks

**From:** Robert H. Sherman
**Sent:** Wednesday, March 20, 2019 10:50 AM
**To:** Carla Delaney (CDelaney@augustaga.gov) <CDelaney@augustaga.gov>; mary burgess (MBurgess@augustaga.gov) <MBurgess@augustaga.gov>; Kevin Boyd <KBoyd@augustaga.gov>; Lois Schmidt (lschmidt@augustaga.gov) <lschmidt@augustaga.gov>
**Subject:** Hale House

To All; Jim Trotter will submit the new proposed access to the Hale House property mid next week. The case is scheduled to be heard at the Special Called Meeting on April 30th, at 11 AM in the Commission Chamber. Will you post the placards late next week at the same locations we posted before, and at several locations on the Augusta Tech drive and the BOE road (Kevin has map). We also need to mail the notices to the same mail list we used last time, maybe 10 days before the meeting.

Thanks

**ROBERT SHERMAN**

PLANNING AND DEVELOPMENT DIRECTOR
535 Telfair Street · Suite 300
Augusta, Georgia 30901
Phone (706) 312-5162 · Fax (706) 821-1806
Email: rsherman@augustaga.gov · Website: www.augustaga.gov

PLANNING & DEVELOPMENT DEPARTMENT

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED:104.1

**APPROVED**

HISTORIC PRESERVATION   DATE
COMMISSION

# NOTICE OF PUBLIC HEARING

A public hearing will be held by the Augusta Georgia Commission on Tuesday, April 30, 2019 in Room 260, the Augusta Commission Chambers, at 11:00 A.M.

> Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

All persons interested in these petitions are requested to be present at the hearing. Please take notice that any opponent to an application for a rezoning action who has made campaign contributions aggregating $250.00 or more to a local government official within two years of the rezoning application must file a disclosure report with the governing authority at least five (5) calendar days before the hearing date listed above.

Robert Sherman, Director

## AUGUSTA-RICHMOND COUNTY PLANNING COMMISSION
## STAFF REPORT

**Case Number:** Z-19-08

**Hearing Date:** March 4, 2019 (Public Hearing August 6, 2018)

**Prepared By:** Mary Elizabeth Burgess, Development Services Manager

---

**Applicant:** The Hale House Foundation Inc.

**Property Owner:** The Hale Foundation Inc., 402 Walker Street, Augusta, GA 30901

**Address of Property:** 3042 Eagle Drive, Augusta, GA 30906

**Tax Parcel #:** 109-0-001-00-0

**Present Zoning:** R1-A (One Family Residential

**Neighborhood or Subdivision:** Windsor Spring

**Commission District:** 6 (B. Hasan)     **Super District:** 10 (J. Clarke)

| Request | Use | Applicable Ordinance Section |
|---|---|---|
| Special Exception | Inpatient Drug/Alcohol Treatment | Section 21-1(g) Section 35-9.1 |

## 1. Summary of Request:

The applicant requests a special exception to operate an inpatient drug/alcohol treatment center on a 20.65 acre lot located at 3042 Eagle Drive. The existing property consists of a 1,616 sq. ft. church with foyer and adjacent 2,706 sq.ft. and 1,040 sq. ft. dormitories.

## 2. Zoning History:

The site was previously used as an abbey (convent) for over 40 years by the Order of St. Helena and then in 2017, the Monks of Mount Tabor utilized the property briefly as a monastery. The subject parcel was granted a Special Exception for the previous use and is currently zoned R-1A (one-Family Residential). However, the property has not been utilized since the Order moved to North Augusta, SC. A previous rezoning request, Z-88-21 to permit B-2 (General Business) was denied by the Augusta Commission.

## 3. Compatibility:

| Adjacent Land Uses | | |
|---|---|---|
| *Direction* | *Zoning Classification* | *Land Use* |
| North | R-1A (One-family Residential) | Single-family homes |
| East | R-1A (One-family Residential) | Single-family homes |
| South | B-2 (General Business) | Recreation- Golf Course |
| West | R-1A (One-family Residential) | Single-family homes |

### Ordinance Considerations for Request

Section 26-1 specifically states: The following Special Exceptions may be permitted in any Zone where such uses are deemed essential or desirable to the public convenience or welfare and are in harmony with the various elements or objectives of the Master Plan/Planning Document in effect. *At this time, this proposed use is not identified as essential or desirable to the public convenience or welfare and the Master Plan does not identify this use as in harmony with this district. This use is allowed by right in a B-1 Neighborhood Business District where there is an infrastructure in place to support the needs of the possible clientele.*

Within the zoning ordinance, it identifies inpatient drug/alcohol treatment centers as "Transition Housing." The following criteria are reviewed when deciding suitability.

1. Transition housing may not be established within twelve hundred (1200) feet of a lawfully existing family personal care home, family day care home, adult day care facility, or other transition housing in A, R or P zones. *These uses do not exist within 1,200 ft of the proposed property.*
2. Transition housing shall not be located in areas where the health, safety, and welfare of the residents would be compromised. Examples of such areas would be those near industrial sites or other sites where environmental quality would be poor, and also areas where law enforcement records indicate that the incidence of crime is high. *The project area is located within a residential development that does not have a high incidence of crime.*
3. The Planning Commission shall determine that the foregoing requirements have been satisfied, and further, that the benefits of the proposed transition housing are greater than any possible depreciating effects and damages to neighboring properties. In conducting this balancing test, the merit of the specific proposal shall be determined by evaluating the nature of the clientele (i.e. elderly, mentally retarded, halfway home for recovering

addicts, etc.) the proposed number of occupants, and the nature of the operators of the facility (homeowners, professional staff, or untrained supervisory staff, etc.). *This section asks to weigh the benefits of 30 patients against the value of over 500 dwelling units. It has been made expressly clear by the residents, that their property values will drop dramatically and that a higher incidence of crime against the residents will occur if this project locates within this neighborhood. These are valid unquantifiable issues.*

4. Approval, if granted shall be for a specific proposal, and any change in the nature of the clientele or increase in the number of occupants shall require another special exception.

## 4. Impact and Suitability:

4.1 Public Utilities: There appears to be sewer and water to the property however the property card indicates that they are not utilized. The subject parcel is served by public water, but is not yet connected to sewer. The rules of the *Georgia Department of Public Health* require that uses within 200 feet of public sewer connect to the system. If such a connection is not available, an appropriately designed septic tank and absorption field must be accommodated within the parcel boundaries. The County Health Department must certify that the criteria for installation of an on-site septic management system have been met before a permit for construction can be issued.

4.2 Transportation and Transit: The closest Transit route is .4 miles at Augusta Tech Dr. This property is set in the rear of a 500 unit subdivision which utilizes several small feeder roads. The proposed project estimates 20-22 employees which would create minimal trip generation if broken up to 2 to 3 shifts per day. The patients will not be able to come and go therefore not generating a daily contribution to the traffic count. The applicant has indicated that the Eagle Drive access will be closed and fenced but has not provided an alternative access point.

4.3 Hydrology: The subject parcel contains no wetlands, floodplains, or other environmental concerns. No expansion is expected.

4.4 Community Development: As the area consists largely of single-family home subdivisions, the pace of change has been relatively slow. The property is set deep within a subdivision and is abutted by both Augusta Technical and Route 520. The subdivision in question is off of Lampkin which has seen sporadic growth and is banded by the higher B-2 developments on Peach Orchard and Deans Bridge.

## 5. Comprehensive Plan Consistency:

The property is adjacent to the Green Meadows Estates subdivision. The Comprehensive Plan encourages suburban development with appropriate zoning. The current R-1A zoning is in accordance with the plan. While new housing is encouraged, there is also a request for more public services and facilities along with commercial activity.

6. **Findings:**

1. The subject property is approximately 20.65 ac in area and is currently zoned for one family residential use.
2. The proposal is to create an approximate 30 bed inpatient drug and alcohol 30-45 day treatment facility within the existing convent/monastery.
3. It is not clear if the property utilizes the public water and sewer.
4. This use is allowed by right in the B-1, Neighborhood business and by special exception is P, R and A zones.
5. The property is adjacent to Augusta Technical College and bound by Route 520.
6. The subject property is located within an existing single family subdivision.
7. The applicant indicated that the Eagle Drive entrance will be permanently closed and fenced by does not offer an alternative access.
8. All state and local mandates have been met regarding publication and public hearings.

**Preliminary Staff Recommendation:**

The Planning Commission recommends <u>denial</u> of this special exception request.

As stated above, it is the recommendation that this site doesn't meet the requirements of a special exception, specifically a preliminary development plan showing the location of all proposed ingress/egress sites was not presented. And that this use is not in harmony with the surrounding land uses and this use would not benefit the existing residents as a whole.

<u>Note:</u> The staff report includes the information available approximately two weeks prior to the Planning Commission hearing. It represents an evaluation of the facts presented by the applicant, research done by the staff, and consideration of the relevant factors in the Comprehensive Zoning Ordinance of Augusta, Georgia. New facts may emerge and staff reserves the right to make an oral recommendation at the hearing based on all the information available at that time.

April 5, 2019

Mr. James Trotter
3527 Walton Way Ext.
Augusta GA 30909

To Whom It May Concern:

At its meeting on Tuesday, March 19, 2019 the Augusta Commission considered the following:

> Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception
> to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g)
> of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property
> containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map
> 109-0-001-00-0

It was the decision of the Augusta Commission to CONTINUE your petition to a special called meeting to
be held on Tuesday, April 30, 2019 at 11:00 a.m. The Commission will meet in the Commission
Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street,
Augusta, Georgia.

You or a representative must attend this meeting.

Sincerely,

*Robert Sherman*

Robert Sherman
Director

Sent corrected
4/22/19

Exhibit A                                                      00104

April 5, 2019

Mr. James Trotter
3527 Walton Way Ext.
Augusta GA  30909

To Whom It May Concern:

At its meeting on Tuesday, March 19, 2019 the Augusta Commission considered the following:

Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

It was the decision of the Planning Commission to CONTINUE your petition to a special called meeting to be held on Tuesday, April 30, 2019 at 11:00 a.m. The Commission will meet in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia.

You or a representative must attend this meeting.

Sincerely,

*Lois Schmidt for Robert Sherman*
Robert Sherman
Director

Exhibit A                                    00105

**Augusta**
GEORGIA

March 11, 2019

Mr. James Trotter
3527 Walton Way Ext.
Augusta GA  30909

To Whom It May Concern:

At its meeting on Monday, March 4, 2019 the Augusta, Georgia Planning Commission held a public hearing to consider the following the petition:

> Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

It was the decision of the Planning Commission to DENY your petition.

This decision will be forwarded to the Augusta Commission for a final decision. The Commission will meet on Tuesday, March 19 , 2019 at 2:00 P.M. in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia.

It is in your best interest to attend this meeting.

Sincerely,

Robert Sherman

Robert Sherman
Director

RS/ls

**PLEASE NOTE:**  All visitors to the Municipal Building are required to use the **535 Telfair Street** entrance and to pass through security before entering the building. Parking is also at a premium so please allow extra time to park and pass through security.

*Augusta*
GEORGIA

PLANNING & DEVELOPMENT DEPARTMENT

535 Telfair Street • Suite 300
Augusta, Georgia 30901

1803 Marvin Griffin Road
Augusta, Georgia 30906

February 21, 2019

Mr. James Trotter
3527 Walton Way Ext.
Augusta GA 30909

To Whom It May Concern:

## CERTIFIED LETTER

The Augusta, Georgia Planning Commission will hold a public hearing on **Monday, March 4, 2019 at 3:00 P.M.** in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia to consider the following petition:

> Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

In order for the Planning Commission to consider your petition, it is necessary that you or your representative be present at the hearing.

Sincerely,


Robert Sherman
Director

RS/ls

**PLEASE NOTE:** All visitors to the Municipal Building are required to use the **535 Telfair Street** entrance and to pass through security before entering the building. Parking is also at a premium so please allow extra time to park and pass through security.

Exhibit A                                                                    00107

March 29, 2019

Property Owner/ Resident

To Whom It May Concern:

The Augusta, Georgia Commission will hold a Special Called hearing on **Tuesday April 30, 2019 at 11:00 A.M.** in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia on the following:

> Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0 CONTINUED from the March 19, 2019 hearing.

Your comments are important to the Commission, please contact the Clerk of Commission office to inquire about providing public comment 706-821-1823 or 706-821-1820.

Sincerely,


Robert Sherman
Director

RS/ls

**PLEASE NOTE:**  All visitors to the Municipal Building are required to use the **535 Telfair Street** entrance and to pass through security before entering the building. Parking is also at a premium so please allow extra time to park and pass through security.

**PLANNING & DEVELOPMENT DEPARTMENT**

GEORGIA

535 Telfair Street • Suite 300
Augusta, Georgia 30901

1803 Marvin Griffin Road
Augusta, Georgia 30906

February 21, 2019

To Whom It May Concern:

The Augusta, Georgia Planning Commission will hold a public hearing on **Monday, March 4, 2019 at 3:00 P.M.** in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia to consider the following petition:

> Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

Sincerely,

Robert Sherman
Director

RS/ls

**PLEASE NOTE:** All visitors to the Municipal Building are required to use the **535 Telfair Street** entrance and to pass through security before entering the building. Parking is also at a premium so please allow extra time to park and pass through security.

| Owner Name | Owner's Address | Owner's Address |
|---|---|---|
| A & C HOME INVESTMENTS INC | 440 EIGHTH ST | AUGUSTA, GA 30901-2249 |
| AHMED MOHAMED MAGED | 511 CEDAR ROCK DR | AUGUSTA, GA 30907-4984 |
| AKESON PHILIP | 2931 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| ALEXANDER DAVID ALLEN | 1164 PINEY GROVE RD | AUGUSTA, GA 30906 |
| ALL PRO GUTTERS & SCREENROOMS | 2565 WHEELESS RD | AUGUSTA, GA 30906 |
| ALL PRO GUTTERS & SCREENROOMS | 2565 WHEELESS RD | AUGUSTA, GA 30906 |
| ALLEN EARNESTINE | 2015 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| ALLEN ELROY L | 3002 BURGESS ST | AUGUSTA, GA 30909-0660 |
| ALLEN RUTH ADELAIDE NORT | 2013 NOTTINGHAM DR | AUGUSTA, GA 30906-4729 |
| ALREAD GRADY W | 2921 SHELBY DR | AUGUSTA, GA 30906-3369 |
| ALZHEIMER STEPHEN J | 2346 RUBY DR | AUGUSTA, GA 30906-3089 |
| AMERICAN LEGION POST 178 | PO BOX 5402 | AUGUSTA, GA 30916-5402 |
| ANDERSON BETTI L | 2303 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| ANDERSON GLORIA J | 2016 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| ANOINTED REALTY INC | PO BOX 6702 | AUGUSTA, GA 30916-6702 |
| ANTLEY LINDY L | 1249 OAKRIDGE PLANTATION R | HEPHZIBAH, GA 30815 |
| ANTLEY PROPERTIES LLC | 1249 OAKRIDGE PLANTATION R | HEPHZIBAH, GA 30815 |
| ARNETT KAREN B | 4545 OLD WAYNESBORO RD | HEPHZIBAH, GA 30815-4349 |
| ASHLEY CATHERINE B | 2403 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| AUGUSTA TECHNICAL INSTITU | 3116 DEANS BRIDGE RD | AUGUSTA, GA 30906-3375 |
| AUGUSTA/CSRA HABITAT FOR HUM, | 1002 WALTON WAY | AUGUSTA, GA 30901-2843 |
| AVERY JAMES E | 2023 NOTTINGHAM DR | AUGUSTA, GA 30906-4772 |
| B&D ASSETS LLC | 3957 HAMMONDS FERRY RD | EVANS, GA 30809-4097 |
| BALDERSON RAYMOND | 2960 SHELBY DR | AUGUSTA, GA 30906-3367 |
| BEAZLEY CHARLES H | 603 SUNSET DR | WAYNESBORO, GA 30830 |
| BECK JOSEPH P | 2923 SHELBY DR | AUGUSTA, GA 30906-3369 |
| BEDICHEK SUZANNE B | 2417 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| BELSER ANDREW SR | 2953 HUMMINGBIRD LN | AUGUSTA, GA 30906-3359 |
| BENNETT PATRICIA H | 2403 PAR DR | AUGUSTA, GA 30906-3332 |
| BENNETT SOFIE AKA | 3623 BARBADOS DR | AUGUSTA, GA 30909-2601 |
| BENTLEY SUSAN B | 2301 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| BERRY DIANE W | 3402 NOTTING DR | AUGUSTA, GA 30906-4745 |
| BLACK RICHARD A | 2408 EAGLE DR | AUGUSTA, GA 30906-3325 |
| BODDIFORD MCQUE | 1498 CAPTOLA RD | SYLVANIA, GA 30467-8120 |
| BOGAN BERNICE M | 3026 EAGLE DR | AUGUSTA, GA 30906-3326 |
| BOWDRE B OTIS | 3403 LUCIE ST | AUGUSTA, GA 30906-4725 |
| BOWMAN JOHNELL | 1406 SPRINGVIEW DR | AUGUSTA, GA 30909-2809 |
| BRADLEY FLORENCE W | 3013 EAGLE DR | AUGUSTA, GA 30906-3328 |
| BROOKS WILLIAM S III | PO BOX 2172 | AUGUSTA, GA 30903-2172 |
| BROTHERSVILLE DEVELOPMENT | PO BOX 6805 | AUGUSTA, GA 30916-6805 |
| BROWN CLINTON O | 1349 ANIWAKA AVE SW | ATLANTA, GA 30311 |
| BROWN ERIC FRANKLIN | 2360 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| BROWN GEORGE F | 102 SHELBY CT | AUGUSTA, GA 30906-3336 |
| BROWN MYNETTE B (ROFS) | 2975 SHELBY DR | AUGUSTA, GA 30906 |
| BROWN ROBIN E | 3013 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| BUNCH JESSE L | 3033 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| BURCH LAVERNE R | 2927 WHISTLER LN | AUGUSTA, GA 30906-3339 |

| Name | Address | City/State/ZIP |
|---|---|---|
| BURNS LENNIE M | 2974 SHELBY DR | AUGUSTA, GA 30906-3367 |
| BURNS MEMORIAL CHURCH | 2372 LUMPKIN RD | AUGUSTA, GA 30906-5372 |
| BURROUGHS JACQUELINE | 2926 HUMMINGBIRD LN | AUGUSTA, GA 30906-3357 |
| BUSH HOWARD S | 462 TELFAIR ST | AUGUSTA, GA 30901-2463 |
| BUSH HOWARD S | 462 TELFAIR ST | AUGUSTA, GA 30901-2463 |
| BUSH HOWARD S | 462 TELFAIR ST | AUGUSTA, GA 30901 |
| BUSSEY MARIA | 2407 EAGLE DR | AUGUSTA, GA 30906-3324 |
| C S R A ELECTRICAL JOINT | 1248 REYNOLDS ST | AUGUSTA, GA 30901-1102 |
| C'DEBACA GEORGE JACOB | 2031 NOTTINGHAM DR | AUGUSTA, GA 30906-4772 |
| CAHOON LORNA | 109 SHELBY CT | AUGUSTA, GA 30906-3335 |
| CAIN COREY N | 2412 EAGLE DR | AUGUSTA, GA 30906 |
| CALLAWAY LAND CO | 5307 FAIRFIELD W | DUNWOODY, GA 30338-3227 |
| CARRIER MARY A | 3702 AVENUE Q | GALVESTON, TX 77550-7439 |
| CARTER DELBERT H | 2422 EAGLE DR | AUGUSTA, GA 30906 |
| CARTER NADINE L | 2313 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| CARTER VICTOR RONALD | 2404 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| CASTLE JUDY RICHARDS | 517 CAMBRIDGE RD | AUGUSTA, GA 30909-0333 |
| CENTRAL BAPTIST CHURCH | PO BOX 9772 | AUGUSTA, GA 30916-9772 |
| CGM PROPERTIES LLC | 1767 WASHINGTON RD | THOMSON, GA 30824-7206 |
| CHAMBLISS RUBY | 3229 HAMPTON CIR | AUGUSTA, GA 30906 |
| CHAPPELL TOMMY RAY SR | 103 COLONIAL RD | MARTINEZ, GA 30907-9387 |
| CHASTAIN RAMON D | 3147 FLOYD DR | AUGUSTA, GA 30906 |
| CHESANI SANDRA KAYE PERRY | 2918 WHISTLER LN | AUGUSTA, GA 30906-3340 |
| CHG HOLDINGS LLC | 4115 COLUMBIA RD STE 5-285 | MARTINEZ, GA 30907 |
| CLIFTON NANCY ELLEN | 2424 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| COBBS RICKY N | 714 ERIKA LN | GROVETOWN, GA 30813-8304 |
| COE DEMETRIA C | 1071 HWY 88 | BLYTHE, GA 30805 |
| COGLE WILLIAM S | 3404 NOTTING DR | AUGUSTA, GA 30906-4745 |
| COLE ALICE B (ROFS) | 3007 EAGLE DR | AUGUSTA, GA 30906-3356 |
| COLE RUSSELL WALKER | 3027 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| COLLINS WILLIAM G | 3040 EAGLE DR | AUGUSTA, GA 30906-3326 |
| COLSON ALBERTA | 165 COMMUNITY HOUSE RD | SOUTHBURY, CT 06488-2311 |
| CONCORD HILL INVESTMENTS | PO BOX 40099 | AUGUSTA, GA 30909 |
| CONREX RESIDENTIAL PROPERTY GR | 3 CORDES ST | CHARLESTON, SC 29401-2116 |
| COOK DENNIS LEE | 2430 EAGLE DR | AUGUSTA, GA 30906-3325 |
| CORL CASSIE H | 2915 HAMILTON DR | AUGUSTA, GA 30906-2347 |
| CORLEY MIRIAM A | 2332 HARDING RD | AUGUSTA, GA 30906-3457 |
| COVINGTON JESSICA B | 105 SHELBY CT | AUGUSTA, GA 30906-3335 |
| COWART GREGORY PHILLIP | 4821 FULCHER RD | HEPHZIBAH, GA 30815-4005 |
| CREWS JEANETTE C ROFS | 3011 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| CRICK PAUL O JR | 995 WINDMILL LN | EVANS, GA 30809-6649 |
| CROCKETT FLOYD A ROFS | 2409 PAR DR | AUGUSTA, GA 30906-3332 |
| CROPPER JOHN M | 1402 ASHWOOD DR | EVANS, GA 30809-5006 |
| CROPPER JOHN M | 1402 ASHWOOD DR | EVANS, GA 30809-5006 |
| CUMMINGS RAYMOND | 3153 WINDY HILL DR | AUGUSTA, GA 30906-3432 |
| CURRY RENITA C | 2319 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| DANIEL MARK A | 3006 HUMMINGBIRD LN | AUGUSTA, GA 30906-3331 |
| DARNELL DAVID J | 3019 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |

| | | |
|---|---|---|
| DAVIS ORAL K | 3003 EAGLE DR | AUGUSTA, GA 30906 |
| DENSMORE FRANK | 2456 NORTON DR | AUGUSTA, GA 30906-5364 |
| DEVEAUX ENOCH J | 3017 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| DILL CHARLENE | 3145 FLOYD DR | AUGUSTA, GA 30906-3454 |
| DINKINS MITCHEL W | 3021 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| DIXON SHARI A | 2022 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| DLP ENTERPRISES LLC | 607 RONALD REAGAN DR UNIT | EVANS, GA 30809-7736 |
| DOMAN ERIKA W | 2990 SHELBY DR | AUGUSTA, GA 30906-3367 |
| DUFFIE KENNETH MICHAEL | 4820 LONG LN | EVANS, GA 30809-5832 |
| DUKE PATRICIA WILDER | 3034 RICHMOND HILL RD | AUGUSTA, GA 30906-3354 |
| DUNBAR HATTIE HAMILTON | 2332 SHILO ST | AUGUSTA, GA 30906-4732 |
| DUNBAR LARRY M ROFS | 3212 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| DUNCAN DELORES T | 2424 EAGLE DR | AUGUSTA, GA 30906-3325 |
| DUNN ARTHUR JR | 2308 RUTHERFORD AVE | AUGUSTA, GA 30906-4749 |
| EASTON VALERIE T | 2337 LORY CT | AUGUSTA, GA 30906-4744 |
| EL MATRERO LLC | 2944 SHELBY DR | AUGUSTA, GA 30906 |
| ELAM HATTIE | 3204 LEEDS CT | AUGUSTA, GA 30906-4724 |
| ELLIOTT SONS FUNERAL HOME | 1929 ALLEN PKWY | HOUSTON, TX 77019-2506 |
| ENGLISH JAMES B | 2027 NOTTINGHAM DR | AUGUSTA, GA 30906-4772 |
| EQUITY TRUST CO CUSTODIAN FBO | PO BOX 80277 | CHATTANOOGA, TN 37414-7277 |
| ERONDU KENNETH | 1414 AYLESBURY DR | EVANS, GA 30809-8215 |
| ESPIRITU RANDALL E ROFS | 1523 JOY RD | HARLEM, GA 30814-4117 |
| FAKHOURI GRACE S | 5074 WHEELER LAKE RD | AUGUSTA, GA 30909-5774 |
| FARLEY NAKIA P | P O BOX 1521 | WAYNESBORO, GA 30830-2521 |
| FARLEY RANSOM LEE JR | 2915 HUMMINGBIRD LN | AUGUSTA, GA 30906-3329 |
| FENNELL WILLIAM | 3025 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| FERGUSON MAXINE | 3445 STONELEIGH WALK | LITHONIA, GA 30038-3298 |
| FERRIS ALFREIDA B | PO BOX 6752 | AUGUSTA, GA 30916-6752 |
| FERRON JOSEPH R (ROFS) | 2211 WINDSOR SPRING RD | AUGUSTA, GA 30906-4735 |
| FISHER PRIMROSE | 3005 BRANSFORD RD | AUGUSTA, GA 30909 |
| FISHMON JAMES A SR | 2721 WILLIS FOREMAN RD | HEPHZIBAH, GA 30815 |
| FITCH WAYNE O | 2334 SHILO ST | AUGUSTA, GA 30906-4732 |
| FLEMING LIONS CLUB INC | 3704 INVERNESS WAY | AUGUSTA, GA 30907-9543 |
| FLORENCE BRYAN DANIEL | 108 SHELBY CT | AUGUSTA, GA 30906 |
| FOGLE HERMAN J | 2302 LEBAUM CT | AUGUSTA, GA 30906-3319 |
| FOLSOM WALTER L | 889 SW F P FOLSOM SR RD | MAYO, FL 32066-3931 |
| FORTUNE HERMAN L | 2316 RUTHERFORD AVE | AUGUSTA, GA 30906-4750 |
| FOSTER CIANAN | 1157 OAKTON TRL | EVANS, GA 30809-5224 |
| FOUR G HOLDINGS LLC | 4115 COLUMBIA RD STE 5-285 | MARTINEZ, GA 30907 |
| FOWLER MUHENI FKA | 2331 SHILO ST | AUGUSTA, GA 30906-4731 |
| FRANCISCO ROWENA | 16 BRADLEY LN | BRIDGEWATER, NJ 08807-2645 |
| FREEMAN PATRICIA A | 2338 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| FRYER LIZZIE M | 3006 EAGLE DR | AUGUSTA, GA 30906-3326 |
| FURSE JERRY | 2540 SANDRA DR | AUGUSTA, GA 30906-2883 |
| GABI REALTY LLC | 310 BUSSEY AVE | THOMSON, GA 30824 |
| GADSON PAMALA | 3874 OLD WAYNESBORO RD | AUGUSTA, GA 30906 |
| GARNER GARY W | 2333 NORTON DR | AUGUSTA, GA 30906 |
| GARVIN DANNY B | 2932 WHISTLER LN | AUGUSTA, GA 30906-3340 |

| | | |
|---|---|---|
| GAULDIN HAROLD E | 3023 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| GAYLE MICHAEL G | 1510 CENTURION DR | HEPHZIBAH, GA 30815 |
| GERMANN DAVID R | 2438 NORTON DR | AUGUSTA, GA 30906-5362 |
| GIBBONS FREDERICK | 3948 ELLEN ST | HEPHZIBAH, GA 30815-6013 |
| GIBBONS MILDRED TURNER | 2427 EAGLE DR | AUGUSTA, GA 30906-3355 |
| GIBBS CATHY D | 5138 PARNELL WAY | MARTINEZ, GA 30907-8894 |
| GILES W RODGER | PO BOX 3596 | AUGUSTA, GA 30914-3596 |
| GIRTON REBEKAH PAULOS | 3026 HUMMINGBIRD LN | AUGUSTA, GA 30906 |
| GIVENS CHADWICK DION | 3513 REDD DR | AUGUSTA, GA 30906 |
| GIVENS LUCILLE J | 2959 SHELBY DR | AUGUSTA, GA 30906-3370 |
| GLADNEY LYNN DENISE | 2925 WHISTLER LN | AUGUSTA, GA 30906 |
| GODLEY TIMOTHY ROFS | 1922 HEATHERS CT | AUGUSTA, GA 30906-8124 |
| GOOD FAITH MANAGEMENT LLC | PO BOX 32 | STAPLETON, GA 30823-0032 |
| GORDON CLIFFORD D | 2418 BIRDIE DR | AUGUSTA, GA 30906 |
| GOWDY GEORGE HARRIS JR | 2982 SHELBY DR | AUGUSTA, GA 30906-3367 |
| GRANT JACQUELINE CAROL | 3026 RICHMOND HILL RD | AUGUSTA, GA 30906-3311 |
| GRANT TIMOTHY C | 2925 HUMMINGBIRD CT | AUGUSTA, GA 30906-3387 |
| GRAY V DIANE | 3001 HUMMINGBIRD LN | AUGUSTA, GA 30906 |
| GRAYBEAL RHONDA ESTATE OF | 550 BLACKBURN DR | MARTINEZ, GA 30907 |
| GREEN MEADOWS GOLF CLUB I | PO BOX 5127 | AUGUSTA, GA 30916-5127 |
| GREEN-DOE SHARON R | 3036 RICHMOND HILL RD | AUGUSTA, GA 30906-3354 |
| GREENE TOMMY | 2304 MARVIN PL | AUGUSTA, GA 30906-3321 |
| GREENFISH PROPERTIES LLC | 3005 BRANSFORD RD | AUGUSTA, GA 30909-3089 |
| GRIFFIN DIANNE BATTLE | 2924 SHELBY DR | AUGUSTA, GA 30906-3338 |
| GRIFFITH ALAN A | 2020 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| GRISWOLD C EUGENIA | 2305 MARVIN PL | AUGUSTA, GA 30906-3320 |
| GUEITS HUMURTO J | 2317 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| HAAS GERDA A | 3020 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HALE FOUNDATION INC THE | 402 WALKER ST | AUGUSTA, GA 30901 |
| HANDY GERRY ROFS | 3206 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| HANDY MICHAEL J ROFS | 2512 LUMPKIN RD | AUGUSTA, GA 30906-5334 |
| HANNAH ELLIOTT JR | 3015 EAGLE DR | AUGUSTA, GA 30906-3328 |
| HARDY EDDIE LEE | 2420 EAGLE DR | AUGUSTA, GA 30906-3325 |
| HARRIS DORIS E | 2423 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| HARRIS JOHNNIE MAE | 3205 CHESHIRE DR | AUGUSTA, GA 30906-4717 |
| HARRIS LINDA | 2325 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| HARVEY DAVID A | 4303 SERPENTINE RD | MIDDLETOWN, MD 21769-7518 |
| HATCHER GEORGE P | 3030 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HBC PROPERTIES LLC | 838 GREENE ST | AUGUSTA, GA 30901-2234 |
| HENDERSON JAMES B ROFS | 2401 EAGLE DR | AUGUSTA, GA 30906 |
| HENDERSON SANDRA ELIZABETH RE | 3012 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HENDRIX DAVID BERNARD ROFS | 2983 SHELBY DR | AUGUSTA, GA 30906-3370 |
| HENSLEY MARGARET RADFORD EST/ | 3202 LEEDS CT | AUGUSTA, GA 30906-4724 |
| HENSON YONG CHA | 3170 FLOYD DR | AUGUSTA, GA 30906-3453 |
| HERNANDEZ EDITH V | 5316 BENTBROOK RD | CROSS LANES, WV 25313-1723 |
| HICKS JOSHUA | 11202 OAKS HIKE | SAN ANTONIO, TX 78245 |
| HIGGS BRENDA D | 3038 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HILL SHANTE A | 2407 PAR DR | AUGUSTA, GA 30906 |

| | | |
|---|---|---|
| HITCHCOCK JOHN HARVEY | 3118 RICHMOND HILL RD | AUGUSTA, GA 30906-4754 |
| HITCHCOCK KATHY | 60 CORBIN HITCHCOCK RD | MIDVILLE, GA 30441 |
| HOGUES ROBIN D ROFS | 2308 MARVIN PL | AUGUSTA, GA 30906-3321 |
| HOLDEN ERIC D'ANTE | 2229 WINDSOR SPRING RD | AUGUSTA, GA 30906 |
| HOLMES BENNIE SR | 3016 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HOLMES WADE H | 2328 SHILO ST | AUGUSTA, GA 30906-4732 |
| HOME INVESTMENT FUND II LP | 23041 AVENIDA DE LA CARLOT/ | LAGUNA HILLS, CA 92653 |
| HOMES2CASH LLC | 3358 WRIGHTSBORO RD | AUGUSTA, GA 30909-2816 |
| HOSCH WILLIE M | 3149 FLOYD DR | AUGUSTA, GA 30906-3454 |
| HOWARD ALEXANDER C (ROFS) | 2965 SHELBY DR | AUGUSTA, GA 30906 |
| HOWARD ALEXANDER C SR | PO BOX 6772 | AUGUSTA, GA 30916-6772 |
| HOWARD CEDRIC D | 2024 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| HOWARD WANDA | 3009 YELLOWWOOD CT | HEPHZIBAH, GA 30815-7079 |
| HOWELL CHARLES D | 1386 SEA WAY NE | TOWNSEND, GA 31331-3224 |
| HUDSON A'MEN ALEXANDER | 3202 CHESHIRE DR | AUGUSTA, GA 30906-4718 |
| HUDSON SHERYL M | 3468 BYRON PL | AUGUSTA, GA 30906-4619 |
| HUGHES HATTIE DAVIS | 2406 PAR DR | AUGUSTA, GA 30906-3349 |
| HUGHES MARY L | 3166 FLOYD DR | AUGUSTA, GA 30906-3453 |
| HUGHES STACY | 2352 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| HUNTER DAVID A ROFS | 3004 EAGLE DR | AUGUSTA, GA 30906 |
| HUSTEAD DOLORES B | 2307 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| INGLETT JUDITH V | 2988 SHELBY DR | AUGUSTA, GA 30906-3367 |
| J S BROOKS PROPERTIES LLC | 411 STONE ST | WRENS, GA 30833 |
| JACKSON LIONEL | 3014 EAGLE DR | AUGUSTA, GA 30906 |
| JARRETT BASIL V | 3404 RUTHERFORD CT | AUGUSTA, GA 30906-4747 |
| JEFFERSON ELEC MEMBERSHIP | PO BOX 457 | WRENS, GA 30833-0457 |
| JENNINGS ETHEL J | 2302 MARVIN PL | AUGUSTA, GA 30906 |
| JK3 LLC | 3944 WILLOWOOD RD | MARTINEZ, GA 30907-3902 |
| JOHNS BARBARA SUE | 2992 SHELBY DR | AUGUSTA, GA 30906-3367 |
| JOHNSON BEVERLY J | 2971 SHELBY DR | AUGUSTA, GA 30906-3370 |
| JOHNSON MAE S | 3133 FLOYD DR | AUGUSTA, GA 30906 |
| JOHNSON VICTOR A 2/3 INT | 698 CHAMBLIN RD | GROVETOWN, GA 30813 |
| JOHNSON VICTOR A 2/3 INT | 698 CHAMBLIN RD | GROVETOWN, GA 30813 |
| JONES AMON LEE | 1514 DADE ST | AUGUSTA, GA 30904-4038 |
| JONES ANDREW W | 3034 EAGLE DR | AUGUSTA, GA 30906-3326 |
| JONES BRENDA | 3204 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| JONES GONZALEE | 3004 HUMMINGBIRD LN | AUGUSTA, GA 30906-3331 |
| JONES HAROLD | 3031 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| JONES HENRY A JR | 3033 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| JONES JAMES | 2404 PAR DR | AUGUSTA, GA 30906-3349 |
| JONES JAMES | 2401 LUMPKIN RD | AUGUSTA, GA 30906-3041 |
| JONES JOE ANNE H 5/6 INT ROFS | 3001 EAGLE DR | AUGUSTA, GA 30906-3327 |
| JONES PETER EDWARD | 2520 LUMPKIN RD | AUGUSTA, GA 30906-5335 |
| JOSEY FRANCES C | 3009 EAGLE DR | AUGUSTA, GA 30906-3356 |
| JOURNET JUAN A | 2010 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| JOYCE COOP LLC | 160-50 CROSSBAY BLVD #557 | HOWARD BEACH, NY 11414 |
| KABLAN BERTHE N | 2413 EAGLE DR | AUGUSTA, GA 30906-3355 |
| KAMGA WILLIAM ABRAHAM | 2919 SHELBY DR | AUGUSTA, GA 30906-3369 |

| | | |
|---|---|---|
| KAN YON SUK | 2354 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| KEEGAN PROPERTIES LLC | 2307 YOUNG DR | AUGUSTA, GA 30906 |
| KEEL DAVID CURTIS L/EST | 3137 RICHMOND HILL RD | AUGUSTA, GA 30906-4755 |
| KEEL WOODROW W JR | 2008 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| KELLER AMY D | 2442 LUMPKIN RD | AUGUSTA, GA 30906-3081 |
| KELLER JEFF III | 3944 WILLOWOOD RD | MARTINEZ, GA 30907-3902 |
| KELLER JEFF W JR | 2969 SHELBY DR | AUGUSTA, GA 30906-3370 |
| KELLY MICHAEL T SR ROFS | 2149 MIMS RD | HEPHZIBAH, GA 30815 |
| KENDRICK JOYCE | 3022 EAGLE DR | AUGUSTA, GA 30906-3326 |
| KENNEDY REATHER | 2423 EAGLE DR | AUGUSTA, GA 30906 |
| KENNEDY WILLIAM | 2330 SHILO ST | AUGUSTA, GA 30906-4732 |
| KIERATH MARGARET | 2961 SHELBY DR | AUGUSTA, GA 30906-3370 |
| KILLIPS DENNIS J | 2434 NORTON DR | AUGUSTA, GA 30906-5362 |
| KIMBLE VANESSIA C ROFS | 3007 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| KIRK HARRY | 3008 EAGLE DR | AUGUSTA, GA 30906 |
| KIRKLAND BENITA C | 2933 HUMMINGBIRD LN | AUGUSTA, GA 30906-3358 |
| KRAUSE JUDITH H | 3210 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| KYTE FRANCIS S | 3002 EAGLE DR | AUGUSTA, GA 30906-3326 |
| LAMBERTH SHERMAN A | 4818 SHARON DR | EVANS, GA 30809-6206 |
| LANDRUM CURTIS | 1284 COUNTRY LINE RD | HARLEM, GA 30814 |
| LANE JOAN PITCHER MERTON | 2403 EAGLE DR | AUGUSTA, GA 30906-3324 |
| LARRY TYRONE T | P O BOX 5179 | AUGUSTA, GA 30916-5179 |
| LATTIMORE JOHNNY | P O BOX 6734 | AUGUSTA, GA 30916 |
| LAWSON KENNETH P JR | 3024 EAGLE DR | AUGUSTA, GA 30906-3326 |
| LAWSON TIMOTHY E | 3156 WINDY HILL DR | AUGUSTA, GA 30906 |
| LE KIEM P | 4825 TANNER OAKS DR | EVANS, GA 30809-5130 |
| LE PHUONG KLEM THI | 4825 TANNER OAKS DR | EVANS, GA 30809-5130 |
| LE THANH V | 3028 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| LEACH ALEXIS | 3018 RICHMOND HILL RD | AUGUSTA, GA 30906-3311 |
| LEE HERMAN JR | 329 OAK LAKE DR | AUGUSTA, GA 30907-8805 |
| LEE JERRY L | 3207 CHESHIRE DR | AUGUSTA, GA 30906 |
| LEONARD SYLVIA J | 2915 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| LEVERETT HOMER | 2918 HUMMINGBIRD LN | AUGUSTA, GA 30906-3357 |
| LEWALLEN PAMELA H | 2305 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| LEWIS ANNE G | 3157 FLOYD DR | AUGUSTA, GA 30906-3454 |
| LOCKHART IRIS | 2930 HUMMINGBIRD LN | AUGUSTA, GA 30906-3330 |
| LOCKWOOD PAUL R | 2148 BALFOUR ST | AUGUSTA, GA 30906-4806 |
| LONG PATRICIA B | 2306 LEBAUM CT | AUGUSTA, GA 30906 |
| LYNCH JEAN B | 2335 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| MACK CHRISTOPHER M 50% INT | 4230 WHITE PINE CT | AUGUSTA, GA 30906 |
| MADDOX LAVONYA N | 2413 PAR DR | AUGUSTA, GA 30906 |
| MAHONEY JAMES B JR | 3153 FLOYD DR | HEPHZIBAH, GA 30815 |
| MAKERSON RICHARD | 46 PARK PLACE CIR | AUGUSTA, GA 30909-6050 |
| MALCOM JEFFREY M | 3024 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| MARTIN CHARLES B | P O BOX 6345 | AUGUSTA, GA 30916 |
| MARTIN JOE B | 3039 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| MARTIN LEONARD T L/EST | 2018 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| MARTIN PATRICIA A | 2904 SHELBY DR | AUGUSTA, GA 30906-3338 |

| | | |
|---|---|---|
| MARTIN PATRICIA M | 2908 SHELBY DR | AUGUSTA, GA 30906-3338 |
| MARTIN PHILIP A | 2303 MARVIN PL | AUGUSTA, GA 30906 |
| MATTES DENNIS | 2923 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| MAXEY LEONARD C | 3031 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| MAXWELL RICHMOND HILL RD | 479 2ND ST | MACON, GA 31201-2733 |
| MAYBERRY JULUIS E LIVING TRUST | 4825 STOREY MILL RD | HEPHZIBAH, GA 30815-4810 |
| MAYS CHARLES E | 4199 PEACH ORCHARD RD | HEPHZIBAH, GA 30815-4700 |
| MCCLELLAN STEPHEN M | 2149 BALFOUR ST | AUGUSTA, GA 30906-4805 |
| MCCOY CHARLOTTE MEADOWCROF | 1960 NEPTUNE DR | AUGUSTA, GA 30906-5703 |
| MCCOY THOMAS A JR | 3005 EAGLE DR | AUGUSTA, GA 30906-3327 |
| MCFARLIN RYOLIA R | 2411 BIRDIE DR | AUGUSTA, GA 30906 |
| MCKELLER ALEXIS B | 2026 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| MCKINNIE JOHN JR ROFS | 3009 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| MCZILKEY DONALD E | 2030 CM COPELAN RD | MADISON, GA 30650 |
| MDA11 LLC | 7040 AVENIDA ENCINAS STE 10 | CARLSBAD, CA 92011-4653 |
| MILLER BRENDA | 2967 SHELBY DR | AUGUSTA, GA 30906 |
| MILLER LAURA | 3072 DEANS BRIDGE RD | AUGUSTA, GA 30906 |
| MILLER LOUIS | 2463 WRIGHTSBORO RD | AUGUSTA, GA 30904-6244 |
| MITCHELL ANNIE LEE | 2973 SHELBY DR | AUGUSTA, GA 30906-3370 |
| MOODY LAWANDA R | 2411 PAR DR | AUGUSTA, GA 30906 |
| MOODY RICHARD E | 3474 BYRON PL | AUGUSTA, GA 30906-4619 |
| MOORE CAROLYN D | 3204 CHESIIRE DR | AUGUSTA, GA 30906-4718 |
| MOORE SHERIL | 3558 JONATHAN CIR | AUGUSTA, GA 30906-3872 |
| MOORE THOMAS L | 3200 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| MOORE THOMAS L | 3200 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| MOORE WALTER B | 2930 SHELBY DR | AUGUSTA, GA 30906-3338 |
| MORRIS DOROTHY C | 3032 EAGLE DR | AUGUSTA, GA 30906-3326 |
| MOSTELLER CATHERINE SWEAT | 4560 PEACH ORCHARD RD | HEPHZIBAH, GA 30815 |
| MOUNTAIN MAGGIE M | 2343 SHILO ST | AUGUSTA, GA 30906-4775 |
| MSE SUB I LLC | 1303 AVOCADO AVE STE 200 | NEWPORT BEACH, CA 92660-7849 |
| MUHR WILIAM J TR | 3208 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| MULDROW PAUL | 3014 HUMMINGBIRD LN | AUGUSTA, GA 30906-3360 |
| MURRAY DEBORAH A | 2329 SHILO ST | AUGUSTA, GA 30906-4731 |
| NETTLES HOMES INC | 5111 WINDMILL PL | EVANS, GA 30809-6606 |
| NEWMAN JACKIE | 3137 FLOYD CIR | AUGUSTA, GA 30906 |
| NGUYEN BAO NGOC ROFS | 506 AUMOND RD | AUGUSTA, GA 30909-3306 |
| NGUYEN VY A | 527 THOROUGHBRED LN | EVANS, GA 30809-4115 |
| NIXON JOHN MADDOX | PO BOX 40099 | AUGUSTA, GA 30909-3784 |
| NORRIS JAMES B | 2425 EAGLE DR | AUGUSTA, GA 30906-3355 |
| NORTON DEBORAH L | 2140 CHADWICK RD | AUGUSTA, GA 30906 |
| O K PARK INC | 2502 LUMPKIN RD | AUGUSTA, GA 30906-3020 |
| O'NEAL GEORGE A | 3022 HUMMINGBIRD LN | AUGUSTA, GA 30906-3365 |
| OATMAN LENTON L | 2978 SHELBY DR | AUGUSTA, GA 30906-3367 |
| ODELL EVELYN D | 2938 WHISTLER LN | AUGUSTA, GA 30906-3340 |
| ORANGE SHIRLEY S GALAMB | 1230 SUMMER ST | AUGUSTA, GA 30901 |
| OWENS CHARLOTTE A | 2417 EAGLE DR | AUGUSTA, GA 30906-3355 |
| PEACOCK ELIZABETH ANNE | 2972 SHELBY DR | AUGUSTA, GA 30906-3367 |
| PEEL JOE M | 2914 HUMMINGBIRD LN | AUGUSTA, GA 30906-3330 |

| Name | Address | City, State ZIP |
|---|---|---|
| PENSCO TRUST COMPANY CUSTODIA | P O BOX 173859 | DENVER, CO 80217 |
| PETSCH BRIAN | 604 16TH ST E | TIFTON, GA 31794-3606 |
| PIRTLE BARBARA C | 3045 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| PORTER DENNIS M | 3473 BYRON PL | AUGUSTA, GA 30906-4618 |
| PRINCE ANGELA YVONNE | 3018 EAGLE DR | AUGUSTA, GA 30906-3326 |
| PRINCE RICARDO | PO BOX 16104 | AUGUSTA, GA 30919-2104 |
| PRITRIJ MANAGEMENT LLC | 1370 GORDON HWY | AUGUSTA, GA 30901-3867 |
| PRYOR BRENDA MARIE | 2935 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| PUGH EVELYN W | 2356 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| QUICK SHARON L | 3159 FLOYD DR | AUGUSTA, GA 30906-3454 |
| QUILLER CASSANDRA | 3404 LUCIE ST | AUGUSTA, GA 30906-4726 |
| R&R PROPERTY MGT LLC | P O BOX 8273 | AUGUSTA, GA 30905 |
| RATCLIFF CLAUDIA GAIL | 2029 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| RAYFIELD JO ANN | 2409 EAGLE DR | AUGUSTA, GA 30906 |
| RCBOE | 864 BROAD ST | AUGUSTA, GA 30901 |
| RCBOE | 864 BROAD ST | AUGUSTA, GA 30901 |
| REAL ESTATE 4 U LLC | 1118 CRESTVIEW DR | NORTH AUGUSTA, SC 29841 |
| REX RESIDENTIAL PROPERTY OWNER | 1505 KING STREET EXT SUITE 10 | CHARLESTON, SC 29405-9442 |
| REYNOLDS THOMAS T JR | 694 CHAPPELL RD | WAYNESBORO, GA 30830-6305 |
| RHINEHART DIANE | 2406 EAGLE DR | AUGUSTA, GA 30906-3325 |
| RHYMER GLENORE M | 2910 SHELBY DR | AUGUSTA, GA 30906 |
| RICHARDSON SANDRA L | 3010 EAGLE DR | AUGUSTA, GA 30906-3326 |
| RIGGIN CHRISTOPHER C | 241 STONINGTON DR | MARTINEZ, GA 30907-1498 |
| RITCH PERRY HOLMES IV | 3908 LOBLOLLY TRL | AUGUSTA, GA 30907-3355 |
| ROBERSON ANN THIGPEN LES | 103 SHELBY CT | AUGUSTA, GA 30906-3335 |
| ROBERTS BETTY M | 3027 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| ROBERTS LOLITA M | 2332 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| ROBERTSON RHONDA | 2955 HUMMINGBIRD LN | AUGUSTA, GA 30906-3359 |
| ROE TRACIE ANN 2/3 | 2408 PAR DR | AUGUSTA, GA 30906 |
| ROSE SHAUN | 2976 SHELBY DR | AUGUSTA, GA 30906 |
| ROSELLI VINCENT R ROFS | 2416 EAGLE DR | AUGUSTA, GA 30906-3325 |
| ROULHAC ELMIRA | 3856 WOODLAKE DR | HEPHZIBAH, GA 30815 |
| ROUSE ALTON | 2414 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| RW HONEYCUTT INC | 4011 BRADDOCK ST | MARTINEZ, GA 30907-2183 |
| SAEZ-CARDONA SANTOS J | 2350 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| SAFFORD ARTHUR | 2233 WINDSOR SPRING RD | AUGUSTA, GA 30906-4776 |
| SALTER LINDA H | 123 NORTH BELAIR RD | EVANS, GA 30809 |
| SANDERS KAYE E | 100 SHELBY CT | AUGUSTA, GA 30906-3336 |
| SANDERS LEON R | 106 SHELBY CT | AUGUSTA, GA 30906-3336 |
| SARGENT MATTHEW W | 306 BARNSLEY DR | EVANS, GA 30809-8235 |
| SAUNDERS ANDREA ROSEBERRY | 3402 RUTHERFORD CT | AUGUSTA, GA 30906-4747 |
| SCENIC LAND HOMES LLC | PO BOX 80277 | CHATTANOOGA, TN 37414-7277 |
| SCHLEY CEMETERY | 3104 RICHMOND HILL RD | AUGUSTA, GA 30906-4741 |
| SCONYERS LARRY EASLEY | 3052 RICHMOND HILL RD | AUGUSTA, GA 30906-3354 |
| SCOPA ROBERT J | 2304 LEBAUM CT | AUGUSTA, GA 30906-3319 |
| SEAFORT LLC | 1200 BRICKELL BAY DR APT 3400 | MIAMI, FL 33131-3270 |
| SEAGO VIRGINIA | 2012 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| SEALEY ANTHONY YATES | 4498 LUKES FERRY RD | CLARKS HILL, SC 29821-2844 |

| Name | Address | City/State/Zip |
|---|---|---|
| SFR MT LLC | 1209 ORANGE ST | WILMINGTON, DE 19801 |
| SFR MT LLC | 1209 ORANGE ST | WILMINGTON, DE 19801 |
| SHADOWOOD APTS LTD | SUITE410 | ATLANTA, GA 30305 |
| SILAREK CHIN XAY | 2311 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| SIMPKINS CECIL | 2333 LORY CT | AUGUSTA, GA 30906-4744 |
| SIMPKINS EARLINE ROFS | 2336 SHILO ST | AUGUSTA, GA 30906-4732 |
| SINGLETARY MARIE K | 3157 WINDY HILL DR | AUGUSTA, GA 30906-3432 |
| SISTARE RHONDA H | 3017 HUMMINGBIRD LN | AUGUSTA, GA 30906 |
| SKINNER LEVINE SULESTINE | 2346 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| SMITH FRANKLIN D | 2306 RUTHERFORD AVE | AUGUSTA, GA 30906-4749 |
| SMITH IZIAH | 3008 HOLLINS DR | HEPHZIBAH, GA 30815-6177 |
| SMITH JAMES D | 2348 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| STATE OF GEORGIA | 1800 CENTURY PL NE STE 400 | ATLANTA, GA 30345-4304 |
| STATE OF GEORGIA | 3042 EAGLE DR | AUGUSTA, GA 30906-3326 |
| STATE OF GEORGIA | 1860 CENTURY PL NE STE 400 | ATLANTA, GA 30345 |
| STATE OF GEORGIA | 3042 EAGLE DR | AUGUSTA, GA 30906-3326 |
| STATE OF GEORGIA | 47 TRINITY AVE | ATLANTA, GA 30334 |
| STATE OF GEORGIA | 1860 CENTURY PL NE STE 400 | ATLANTA, GA 30345 |
| STATE OF GEORGIA | 1800 CENTURY PL NE STE 400 | ATLANTA, GA 30345-4304 |
| STEED BETTY | 2422 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| STEWART NAPOLEON | 315 SMITHVILLE CHURCH RD | WARNER ROBINS, GA 31088-3101 |
| STEWART WILLIAM H JR | 2977 SHELBY DR | AUGUSTA, GA 30906-3370 |
| STILLE KEITH E | 3163 FLOYD DR | AUGUSTA, GA 30906-3455 |
| STORY CARLETON A | 3154 WINDY HILL DR | AUGUSTA, GA 30906 |
| STRAIT GATE APOSTOLIC CHU | 3201 RICHMOND HILL RD | AUGUSTA, GA 30906-4713 |
| SULLIVAN DEBRIA C | 2428 EAGLE DR | AUGUSTA, GA 30906-3325 |
| SZAKACS CHARLES | 220 GARDNERS MILL RD | AUGUSTA, GA 30907-3720 |
| TAB HOLDINGS LLC | P O BOX 3783 | AUGUSTA, GA 30914-3783 |
| TATE OLIVIA | 3265 LEXINGTON WAY | AUGUSTA, GA 30909 |
| TAYLOR RUTH F 33.33% INT | 3159 WINDY HILL DR | AUGUSTA, GA 30906-3432 |
| THOMAS CHARLES J JR | 2358 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| THOMAS LILLIAN N | 3025 EAGLE DR | AUGUSTA, GA 30906-8220 |
| THOMAS NICHOLAS AMADEO | 3405 LUCIE ST | AUGUSTA, GA 30906-4725 |
| THOMPSON ALBERT C | 3135 RICHMOND HILL RD | AUGUSTA, GA 30906-4755 |
| TIETSORT MATTHEW | 2344 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| TUCKER MARY J | 2702 BUTLER PL | AUGUSTA, GA 30909-3792 |
| TURNER DAVID F | 2275 OVERTON RD | AUGUSTA, GA 30904 |
| TURNER MORRIS L | 3408 LUCIE ST | AUGUSTA, GA 30906-4726 |
| TURNER ROSALYN WEBB | 2421 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| TURNER YUN OK | 2336 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| TUTT SAMUEL E | 2921 HUMMINGBIRD CT | AUGUSTA, GA 30906-3387 |
| UTLEY MICHAEL G | 8 BELMONT CT | NORTH AUGUSTA, SC 29841-4436 |
| VALENTINE MELODY | 3011 EAGLE DR | AUGUSTA, GA 30906 |
| VARNADO REGGIE A | 2454 WINDSOR SPRING RD | AUGUSTA, GA 30906-4646 |
| VARNADO REGGIE A | 2571 PINEVIEW DR | AUGUSTA, GA 30906-3380 |
| VENTURA JESUS ANTONIO CALLES R | 2941 HUMMINGBIRD LN | AUGUSTA, GA 30906-3358 |
| VERMONG LARYSSA A | 2306 MARVIN PL | AUGUSTA, GA 30906-3321 |
| VINER ANGELES | 2940 SHELBY DR | AUGUSTA, GA 30906 |

| | | |
|---|---|---|
| VINING DAVID WAYNE | 2413 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| W RODGER GILES INC | PO BOX 3596 | AUGUSTA, GA 30914-3596 |
| WALDRON CORNELIA MAE CLARKE | 2411 EAGLE DR | AUGUSTA, GA 30906-3355 |
| WALKER OSCAR | 2954 SHELBY DR | AUGUSTA, GA 30906-3367 |
| WALKER OSCAR H | 629 CLINTON WAY W | AUGUSTA, GA 30907-4410 |
| WALKER ROBERT E JR | 1120 CRESTVIEW DR | NORTH AUGUSTA, SC 29841-3369 |
| WALKER ROBERT EDGAR JR | 1120 CRESTVIEW DR | NORTH AUGUSTA, SC 29841-3369 |
| WALKER ROGER H | 2914 SHELBY DR | AUGUSTA, GA 30906-3338 |
| WALTERS NELLIE | 2943 SHELBY DR | AUGUSTA, GA 30906-3369 |
| WALTON RONALD SR | 3403 RUTHERFORD CT | AUGUSTA, GA 30906-4748 |
| WASHINGTON CARL D | 3012 HUMMINGBIRD LN | AUGUSTA, GA 30906-3360 |
| WATSON FRONTIS JACK JR | 3030 RICHMOND HILL RD | AUGUSTA, GA 30906-3388 |
| WATSON WANDA | 2410 PAR DR | AUGUSTA, GA 30906 |
| WEBB JOHN H | 2933 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| WEEKS THADEUS C | 2924 HUMMINGBIRD LN | AUGUSTA, GA 30906-3357 |
| WEIGLE EDITH A | 3133 RICHMOND HILL RD | AUGUSTA, GA 30906-4755 |
| WELCH KERRY | 2326 SHILO ST | AUGUSTA, GA 30906-4732 |
| WESCOM JUDE J | 2306 MARVIN PL | AUGUSTA, GA 30906-3321 |
| WEST JENNIFER | 469 CALLOWAY ROAD EXT | EVANS, GA 30809-7022 |
| WEST WILMA MOLLEY (ROFS) | 11036 W WINDSOR DR | SUN CITY, AZ 85351-3339 |
| WHITAKER GLENN S | 101 RED EAGLE TRL | MACON, GA 31210 |
| WHITE IRA B JR | 2419 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| WHITE-CLARK REGINA | 2338 SHILO ST | AUGUSTA, GA 30906-4732 |
| WHITEHEAD MARION G | 2418 EAGLE DR | AUGUSTA, GA 30906-3325 |
| WIDGEON ROBERT T | 2563 PINEVIEW DR | AUGUSTA, GA 30906-3380 |
| WIETERS TODD D | 758 WINDING CREEK CT | EVANS, GA 30809-4843 |
| WIGGS RUBY D | 2926 SHELBY DR | AUGUSTA, GA 30906-3338 |
| WILEY ANNIE S ROFS | 2404 EAGLE DR | AUGUSTA, GA 30906 |
| WILKERSON VIRGIL B | 2328 HARDING CT | AUGUSTA, GA 30906-3410 |
| WILKINS BEAURINE | 2514 LUMPKIN RD | AUGUSTA, GA 30906-5334 |
| WILLIAMS ANN W | 3174 FLOYD DR | AUGUSTA, GA 30906-3453 |
| WILLIAMS JOHN L | 3029 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| WILLIAMS JOHNNIE JR | PO BOX 2051 | AUGUSTA, GA 30903-2051 |
| WILLIAMS LEROY JR | 2405 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| WILLIAMS RAY | 2410 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| WILLIAMS ROSELYN | 2414 EAGLE DR | AUGUSTA, GA 30906-3325 |
| WILLIAMS SYLVIA C | 2953 SHELBY DR | AUGUSTA, GA 30906-3370 |
| WILLIAMS TAKIEYA SHACOLA ROFS | 4302 BRANDON CT | MARTINEZ, GA 30907-4260 |
| WILLINGHAM ERIC | 2310 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| WILSON WILLIAM H | PO BOX 9621 | AUGUSTA, GA 30916-9621 |
| WINGROVE BARBARA ESTATE OF | PO BOX 212621 | MARTINEZ, GA 30917 |
| WOMACK JACK L | 3126 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| WOO TRUMAN T | 114 SPRINGLAKES DR | AUGUSTA, GA 30907-1608 |
| WREN JAMES EARL JR | 3172 FLOYD DR | AUGUSTA, GA 30906-3453 |
| WRIGHT TERESA | 3130 RICHMOND HILL RD | AUGUSTA, GA 30906-4754 |
| YARBROUGH DONALD R | 2405 EAGLE DR | AUGUSTA, GA 30906-3324 |
| YOUNG FREDERICK L JR | 1805 JENKINS ST | AUGUSTA, GA 30904 |
| YOUNGBLOOD ANTON A | 3102 RICHMOND HILL RD | AUGUSTA, GA 30906 |

YOUNGBLOOD ANTON A          3100 RICHMOND HILL RD      AUGUSTA, GA 30906-4741
ZIPS INTERPRISES III LLC     3008 HOLLINS DR            HEPHZIBAH, GA 30815-6177

Leonard Fletcher            Fletcher Harley Fletcher LP    Augusta GA 30907
Angela Pringle              RCBOE Superintendent
Principal, BOE Magnet Technical School
President, Augusta Tech
Shadowood Apts.



# Proposed Layout Plan

amended plan
presented to AC   4.30-19

Exhibit A

00121

Z-19-08



Shails inc. amended
plan presented 4-3 ½ 19



# Site Photo & Existing Layout

Exhibit A



Site Photo & Plan

Exhibit A



# Proposed Layout Plan

Richmond Co Tech Career Magnet School

Augusta Technical College

Entrance Route

Entrance Route

Green Meadows Estates subdivision

Existing Entrance Permanently Closed

Proposed Entrance

Treatment Facility 3042 Eagle Dr

774 ft

Augusta Tech Drive (Pvt)

To: Augusta Tech Drive (Pvt)

Interstate 520

Shelby Dr

Eagle Dr

Augusta
georgia
Planning & Development Department

00125

# Findings

- The subject property is approximately 20.65 ac in area and is currently zoned for one family residential use.

- The proposal is to create an approximate 30 bed inpatient drug and alcohol 30-45 day treatment facility within the existing convent/monastery.

- This use is allowed by right in the B-1, Neighborhood business and by special exception is P, R and A zones.

- The property is adjacent to Augusta Technical College and bound by Route 520.

- The subject property is located within an existing single family subdivision.

- The applicant indicated that the Eagle Drive entrance will be permanently closed and fenced and proposes an alternative access utilizing Augusta Tech Drive.

- The alternative access would need an access easement from the Richmond Board of Education.

- All state and local mandates have been met regarding publication and public hearings.

**AUGUSTA GEORGIA PLANNING COMMISSION**
**ROOM #260, AUGUSTA, GEORGIA MUNICIPAL BUILDING**
**535 TELFAIR ST., AUGUSTA, GEORGIA**
**MARCH 4, 2019 AT 3:00 P.M.**
**(Pre-Meeting will be in the Room #291 at 2:00 P.M.)**

**Those Attending:**

David Hogg, Chairman                    James O'Neal, Vice-Chairman
Moses McCauley                          Bill Wright
Melvin Ivey                             Cleonard (Sonny) Pittman
Gary Trammell                           Robert Cooks
Mike Owens                              Debra Spencer
Patricia Jefferson

**Those Absent:**

**Others Attending:**

Robert Sherman, Director Planning & Development
Mary Elizabeth Burgess, Development Services Manager
Commissioner Marion Williams, (Ex-officio Commissioner)
Wayne Brown, City Attorney
Kevin Boyd, Zoning Administrator
Patsy Scott (Ex-officio RCBOE)
Lois Schmidt, Recording Secretary

Chairman Mr. Hogg called the meeting to order.

Lois Schmidt read the following: The Augusta, Georgia Planning Commission is a recommending Body. The Augusta Commission on Tuesday, March 19, 2019 at 2:00 P.M., in Room 281, of the Municipal Building, will make the final decision on all zoning matters coming before it. The Planning Commission makes the final decision on all variances including subdivision regulations. A handout describing the Zoning procedures from which these cases are decided is available upon request. These procedures also require that any opponent to an application for a rezoning action who has made contributions aggregating $250.00 or more to a local government official within two years of the rezoning application is required to file a

Mr. Joe Edge, Sherman and Hemstreet Realty, 624 Ellis Street, Augusta was present on behalf of the petition.

Mr. Edge stated he has worked out the sewer issue and stormwater detention will be adapted underground. The site will meet the standards of the Tree Ordinance and all other codes and regulations. B-1 zoning will allow a larger range of uses and thereby make the site more leasable. There will be added tax revenue for the City, some new jobs and support Fort Gordon which is nearby. He met with the neighborhood delegation and they would like input on what uses will be allowed. Mr. Edge will not refuse any tenant that meets the B-1 uses. There is also the possibility of acquiring some land from the City but nothing has been done yet. The zoning needs to be in place.

There were 4 concerned citizens present.

Mr. Eugene Lowery, 3946 Owens Street, Augusta stated he represents the Neighborhood Alliance which is comprised of 30 area neighborhoods. He agreed a delegation did meet with Mr. Edge and it was a good meeting even if they did not reach an agreement on all points. Ingress/egress is a concern due to the size of the tract. The delegation feels the issue should be left in the hands of the Planning Commission but still feels development of this tract is not feasible.

Mr. Charles Utley, 3417 Sutton Place, Augusta stated he supports the comments made by Mr. Lower.

Commissioner Mr. McCauley stated he attended the meeting and about 12 neighbors were present.

Chairman Hogg asked for the staff recommendation.

Director Sherman stated staff is recommended denial. The location does not lend itself to B-1 zone. There is Professional zoning directly across Tobacco Road and staff feels this is a more compatible zoning for the area.

A MOTION was made by Commissioner Mr. Trammell that Z-19-06 be DENIED; seconded by Commissioner Mr. Owens. MOTION carried unanimously

2. Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

Director Sherman presented Z-19-08 and asked that the staff report be entered into the record.

Ms. Burgess presented the following findings:

1. The subject property is approximately 20.65 ac in area and is currently zoned for one family residential use.
2. The proposal is to create an approximate 30 bed inpatient drug and alcohol 30-45 day treatment facility within the existing convent/monastery.
3. It is not clear if the property utilizes the public water and sewer.
4. This use is allowed by right in the B-1, Neighborhood business and by special exception is P, R and A zones.
5. The property is adjacent to Augusta Technical College and bound by Route 520.
6. The subject property is located within an existing single family subdivision.
7. The applicant indicated that the Eagle Drive entrance will be permanently closed and fenced by does not offer an alternative access.
8. All state and local mandates have been met regarding publication and public hearings

There were 95 people in attendance for this issue.

Mr. James Trotter, 3527 Walton Way Ext., Augusta was present on behalf of the petition.

Chairman Mr. Hogg stated a public hearing in accordance with Georgia Law was held on August 8, 2016 with input from the petitioner and others. No position or decision was given at that time. Today's action will fulfill the petition.

Mr. Trotter stated The Hale Foundation came forward in August and was required to return in 6 to 9 months for a decision. The petition was duly filed and we are here today for a resolution to this petition. He will address a few key points:

- The existing facility is owned by The Hale Foundation, a local organization.
- The 20 + acre facility is perfect as is for their purposes.
- The Hale Foundation has made a $500,000 investment in the property.
- The Hale House has be in existence on Walker Street for 30 years with an excellent record of helping men with addiction problems.
- The Olde Town Neighborhood Association supports The Hale House and state they are good neighbors.
- The existing facility has rooms and grounds for their proposed use.
- The property also comes with two lots on Hummingbird Lane and we will donate those to the Green Meadows Subdivision and build a park for their use.
- This is not a halfway house and no one will be involved with the judicial system.
- This is a voluntary, paid for treatment, facility.

- We understand access is an issue with the neighbors and will agree to close off Eagle Drive with a wall and plantings but we need to secure access from Augusta Tech Drive. There is no commitment in place yet.
- We have spoken with the attorney for the Richmond County School Board of Education (RCBOE) and they want the zoning in place before they will considered allowing access. It is a "chicken or egg" issue but this is the order the RCBOE wants.

Mr. Trotter continued successful zoning often comes with considerations that are often related to access. The petitioner will accept conditional approval contingent upon obtaining a new access and closing off Eagle Drive. That puts the onus on the petitioner.

Mr. Trotter stated crime statistics and property values have been brought up as problem issues. A similar approval for a facility on Bennock Mill Road has not resulted in an increase in crime and there has been no loss in property values.

He stated the Hale House is a local organization with many local supporters.
(At this time Mr. Trotter presented a short video)

Commissioner Mr. Bill Fennoy, 1027 Dugas Street, Augusta stated that this issue takes him back 30 years when he went to University Hospital a broken man with no future. He had become a person he never wanted to be. The impact of alcohol and drugs has on people, including myself, is tremendous. Hale House helped us. I voted on the Federal Transition Center in the area. The need is there but people say "Not in my backyard". The State center has been in place for 20 years and the Federal for 5 with no incidents of trouble. If this is approved it will provide opportunities to people like me. Once people leave recovery they are returning to the area and our neighborhoods as productive people. Give us the opportunity to save lives.

Mr. Trotter read a letter from an addict supporting recovery programs.

Mr. Charles Lyons, 336 Telfair Street, and Ms. Catrelle Nash, 437 Walker Street, Augusta spoke against the petition.

Ms. Nash presented a letter and a video from State Senator Harold Jones. Senator Jones stated the impact on this long time, successful, South Augusta neighborhood would be devastating. This use will let in the homeless and probationary citizens and will not be useful or safe. The opposing side has said there will be no impact but he asks the Commission to use their eyes and common sense to understand the impact this use will have on the neighborhood and South Augusta. These facilities always say they are "great" but we can get proof of stories and studies of issues and problems associated with these facilities. Horror stories are still true stories. These are hardworking Augusta property owners who have lived in Green Meadows for years and want

their neighborhood to stay the same. The petitioner is asking for change and the residents are asking for it to stay the same. They should not be told they must change.

Ms. Tracey Roe, 2408 Parr Drive, Green Meadows Sub., Augusta and Ms. Deborah Bunch, 3033 Hummingbird Lane, Green Meadows Sub., Augusta spoke against the petition.

Ms. Roe corrected the presentation and explained Green Meadows has 114 homes and Shelby Subdivision has 232 homes.

Ms. Roe stated among other concerns is if land is disturbed on the subject property the runoff will be damaging to properties in Green Meadows. Recent construction on the Magnet School has caused damage to adjacent properties that are downhill.

Ms. Roe also stated these will be private patients who can come and go at will. They are not confined to this facility. She stated the Bennock Mill facility is located in the middle of 195 acres with 19 beds and professional doctors and staff to treat the clients.

Ms. Roe stated she is proud of Mr. Fennoy's success as she grew up with an alcoholic mother and sister. But after all that she doesn't want to live with it in my backyard. No neighborhood is happy if forced to accept such a use. Cliff Richards said they got this property and want to use it because it's convenient. That is not a valid reason. Where they are located now is a transitional area with professional zoning and police very near.

Ms. Roe concluded by stated they fought this in 2015 and will continue to fight it as the use just doesn't belong here.

Ms. Bunch presented a slide presentation.

Ms. Bunch stated they were told at the initial meeting with representatives of Hale House that they would not proceed unless the neighborhood agreed but here they are. They told us they were going to invest in improving the property but now they say it's "turn key". These people may not be criminals but putting drug addicted people near a school for 6 to 12 graders and move the access to enter through the school property is asking for trouble. The school property is 350 ft. from the existing building. 800 ft. from building to building.

Ms. Bunch stated property owners stand to lose $.15 million in property value. People have worked their whole lives for their homes and are begging to preserve the sanctity of their neighborhood.

Commissioner Mr. Pittman asked if the petitioner has obtained another access point to the property rather than through Green Meadows Subdivision.

Mr. Trotter stated Augusta Tech Drive is adjacent on the northwest side and they propose to cut in a new access to connect with an easement from the RCBOE.

Commissioner Mr. Pittman asked if RCBOE has granted that easement.

Mr. Trotter said RCBOE wants the zoning in place first and then will consider the easement. If the Commission conditions the zoning as such the responsibility will be ours to obtain another access point.

Commissioner Mr. Marion Williams stated he supports the neighborhood but is reminded of the story of the "Prodigal Son". Hale House is trying to help those who get messed up and it takes a strong person to return from the depths and you need help. If there is a way to go through Augusta Tech he will support the petition. But not is their access remains through Eagle Drive. Then he will vote to deny.

Commissioner Mr. Cooks asked staff what the Ordinance says about access being included in the submission of an application.

Director Sherman read the Ordinance section:

**26-1** **The following Special Exceptions may be permitted** in any Zone where such uses are deemed essential or desirable to the public convenience or welfare and are in harmony with the various elements or objectives of the Master Plan/Planning Document in effect. All applications for a Special Exception under this subsection shall be accompanied by a preliminary development plan that shows the location of all buildings associated with the proposed use and the number of stories contained in each building. The preliminary development plan must also show the location of all curb cuts, driving lanes, parking areas, and the location of all walls, fences and screen plantings that exist or are planned.

Director Sherman stated in this case a drawing showing where a new proposed driveway will be is required so staff feels this is not something that can be considered today.

Commissioner Mr. Marion Williams asked if the Commission conditions it so then they have time to provide the new plan.

Commissioner Mr. O'Neal stated the petitioner referenced the intention of the School Board but has any staff spoken with RCBOE officials to get their position.

Director Sherman said no, staff has not contacted them and they have not contacted the department.

Commissioner Mr. Ivey stated there is a great need for this facility but is this a good fit for this neighborhood. What kind of impact will it have? Safety issues, regardless of access, are an issue. Anytime you bring new people into an area it can be problematic. He cannot support this request at this time.

Commissioner Ms. Spencer asked if the 20 acres is self-contained by a wall or fence.

Mr. Trotter stated it will be part of the use if approved and will accept a condition for this requirement. Some chain link fencing exists but we will complete it around the property as a solid fence.

Chairman Hogg asked for the staff recommendation.

Director Sherman stated the staff recommends DENIAL as stated as the petition doesn't meet the requirements of a special exception, specifically a preliminary development plan showing the location of all proposed ingress/egress sites was not presented. And that this use is not in harmony with the surrounding land uses and this use would not benefit the existing residents as a whole.

A MOTION was made by Commissioner Mr. O'Neal that Z-19-08 be DENIED; seconded by Commissioner Ms. Spencer.

A SUBSTITUTE MOTION was made by Commissioner Mr. Trammell that Z-19-08 be APPROVED with the condition that access from Augusta Tech Drive, and approved by the Richmond County Board of Education, must be obtained and the Eagle Drive access must be closed and area fenced or walled; seconded by Commissioner Mr. Pittman.

Commissioners Trammell, Pittman and Wright vote for. Commissioners Owens, O'Neal, Ivey, McCauley, Cooks, Spencer and Jefferson voted against.

Chairman Hogg called for a vote on the original MOTION to deny.

Commissioners Owens, O'Neal, Ivey, McCauley, Cooks, Spencer, Pittman, Wright and Jefferson Commissioner Trammell voted against. MOTION to DENY carries.

3. Z-19-09 – A petition by The Foundation for EDS Inc. requesting a Special Exception to add additional property to the campus for EDS that was approve for a Special Exception in 2017 (Z-

# PLANNING COMMISSION
## MARCH 4, 2019

Z-19-08
Special Exception
The Hale Foundation
3042 Eagle Dr.
In-patient Drug and Alcohol Treatment Facility (additional pages for signing available)

| Name | Address | Phone # | Email (Optional) |
|------|---------|---------|------------------|
| 1. Betty Reece | | | |
| 2. | | | |
| 3. Deborah Bunch | | | |
| 4. | | | |
| 5. FRANKLIN WILLIAMSON | | | |
| 6. Roselyn Williamson | | | |
| 7. Jack Watson | | | |
| 8. | | | |
| 9. | | | |
| 10. Dorothy C. | | | |
| 11. DENNIE Holmes | | | |
| 12. Willie Jackson | | | |
| 13. Leonard E. Syms | | | |
| 14. Eugene Lowry | | | |
| 15. Roberta Hatcher | | | |
| 16. | | | |
| 17. Preston Watson | | | |
| Eugene L. Stenger | | | |

00134

18.
19. DANIEL BUSSEY        2407 EAGLE DR
20. MARIA BUSSEY
21. JEFF KELLER III       2448 Lumpkin Rd
22. JEFF KELLER Jr.        2969 SHELBY Dr
23. JAMES HENDERSON 2401 EAGLE DR.
24. SANDRA HENDERSON 3012 EAGLE DR.
25. Alton Rowe        2414 Birdie
26. Victor Carter      2404 Birdie
27. Joe Hush            "
28. [illegible]         3031 Hummingbird La
29. [illegible] Eldridge 3117 Eagle Drive Augusta GA
30. Sherry Eldridge     3007 Eagle Dr  Augusta, GA
31. Gwendolyn Oliver    3236 Eagle Dr. Augusta GA
32. Ola Lowe            3236 Eagle Dr. Augusta, GA
33. Rev. R.E. Donaldson      Eagle Dr. Augusta, GA
34. Annie Wiley         2404 Eagle Dr. Augusta, GA
35. Alex King           2404 Eagle Dr. Augusta, GA
36. Michael G. Weintraub 1590 Broad St  "  "
37. DRULATRA Dirthe     3045 Hummingbird La  30906
38. Clarence Kendrick   3022 Eagle Dr Augusta GA 30906
39. Joyce Kendrick      3022 Eagle Dr Augusta GA 30906

Exhibit A

00135

# PLANNING COMMISSION
## MARCH 4, 2019

**Name**     **Address**     **Phone**

63. Rosanne Grubbs — 2630 Chancee Dr., Augusta GA 30909
64. ROSEMARY MOTSINGER — 625 Clinton Way WEST MARTINEZ 30907
65. Paula Wood — 808 Barrett Lane Augusta Ga. 30909
66. Ana Melecio — 249 High Chaparral Dr. Augusta, GA 30907
67. Larisa Washington — 1319A Wilson St Augusta GA 30904
68. Elizabeth Hobbert — 2205 Highland Ave Augusta GA 30904
69. Timothy McFalls Sr. — 111 Millege Rd Augusta GA 30904
70. Jeri Dunbar — 2232 Windsor Spring Rd 30906
71. ADAM CARTER — 458 CREEKWALK DR. 30907
72. TERRY SURRENCY — 604 CAVANAUGH WAY 30809
73. Betty Surrency — 604 Cavanaugh Way Evans GA 30809
74. Beth Carter — 458 Creekwalk Dr. 30907
75. PEGGY SCHAFFER — 2642 RAYMOND AVE 30904
76. Mark Ivey — 672 Industrial Park Dr. Ste. 200 Evans GA
77. Nesbit Dasher — 2349 William St #107 Augusta, GA 30904
78. Walt Abbott — 2637 Raymond Ave 30904
79. Katherine Ferrara — 1718 King Woods Dr 30904
80. Piney Hamilton — 1006 Bluebird Rd. Augusta, GA 30904

| Name | Address | Phone # | Email (Optional) |
|------|---------|---------|------------------|
| 1. Becki Hamilton | 1006 Bluebird Rd. Augusta, Ga. | ███ | ███ |
| 2. Med Grubbs | 176 Old Sudlow Lk Rd. N. Aug. SC. | ███ | ███ |
| 3. _illegible_ | 2801 _illegible_ | ███ | ███ |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |

80
15
95

## PLANNING COMMISSION
### MARCH 4, 2019

Name            Address            Phone

40. Mitzi McCay 230 Sherwood Drive Augusta GA78-█████
41. GAIL WARD  605 Allmond Rd.  Augusta, GA  ████████
42. Charles Hagler  2115 Sw. tzer Dr.  ████████
43. Freeda Paxton 4045 Rio Pinar Augusta ga 30906 ████
45. Richard D. Englot dr. 4045 Rio Pinar Dr. Augusta ga 30906 ███
46. Frederick L Young J. 2985 Shelby Dr Augusta, GA 30904 ███
47. Bernard Hender  2983 SHELBY DR Augusta GA 30906 ███
48. Marshal Burn  924 Littleton ST  Augusta GA  30904 ███
49. Pamela Cox Pope 3068 Westwood Rd. Augusta, Ga. 30909-███
50. Dm Bootman 3039 Leaning Oak Way Martinez 3490 ███
51. Cliff Richards 402 Walker St. Augusta Ga 30901 ███
52. Amanda Fulcher 111 Four Lakes Dr. Easley, SC 29642 ███
53. Martha Lilley 2609 Henry Street Bn7 30904 ███
54. Trudy Ortner 21 Weymouth Pl. Aiken SC 298██ ███
55. Joe Webb 259 Bobby Jones August ga 30907 -
56. Pat blue 52 Elling St N. Augusta
57. George Bush 415 4th St Aug 30901
58. Bill Bennett 2333 Kings Way 30904 ███
59. Patricia Sims 2623 Raymond Ave 30904 ███
60. Darlene Shortfall 932 A Furry Ferry Rd 30809 ███
61. Christy Pennington 241 Hinman Dr Martinez Ga 3090█
62. Jamey Dansby 3105 Ramsgate Rd Augusta Ga. 30909 ███

Exhibit A                                    00138

Howard S. Bush          3 Residential Homes ▮

Kalvin Hellone         3

Charles Utley          —

Bell Fenney       ▮            1027 Augusta St 30901

William Collins                3040 Egg g Dr

Teresa + Ray Williams          2410 Birdie Drive

GERDA HAAS                     3020 EAGLE DRIVE

Rosalyn Turner                 0421 Birdie Dr

Seeranzo Turner Jr                    "    "

Samecia Smith                  "    "

Seuon Turner                   "    "

Miennie Mitchell    ▮    → 3de Wiley Ave

# Order Confirmation

| | | | |
|---|---|---|---|
| **Ad Order Number**<br>0003163006 | **Customer**<br>RICHMOND COUNTY | **Payor Customer**<br>RICHMOND COUNTY | **PO Number** |
| **Sales Rep.**<br>jevans | **Customer Account**<br>22472 | **Payor Account**<br>22472 | **Ordered By**<br>Lois Schmidt |
| **Order Taker**<br>jevans | **Customer Address**<br>535 TELFAIR STREET, STE 800<br>AUGUSTA GA 30901 USA | **Payor Address**<br>535 TELFAIR STREET, STE 800<br>AUGUSTA GA 30901 USA | **Customer Fax**<br>17068212855 |
| **Order Source** | | | **Customer EMail** |
| | **Customer Phone**<br>7068212460 | **Payor Phone**<br>7068212460 | **Special Pricing** |

| Tear Sheets | Proofs | Affidavits | Blind Box | Promo Type | Materials |
|---|---|---|---|---|---|
| 0 | 0 | 1 | | | |

**Invoice Text**

**Ad Order Notes**

| Net Amount | Tax Amount | Total Amount | Payment Method | Payment Amount | Amount Due |
|---|---|---|---|---|---|
| $25.00 | $0.00 | $25.00 | Invoice | $0.00 | $25.00 |

| Ad Number | Ad Type | | Production Method | Production Notes |
|---|---|---|---|---|
| 0003163006-01 | AG Legal Liner | | AdBooker | |

| External Ad Number | Ad Attributes | Ad Released | Pick Up |
|---|---|---|---|
| | | No | 0003157897-01 |

**Ad Size**  2 X 18 li    **Color**

**WYSIWYG Content**

NOTICE OF PUBLIC HEARING

A public hearing will be held by the Augusta Georgia Commission on Tuesday, April 2019 several items from the Augusta Commission Chambers, at 11:00 A.M. Z-18-02 - A petition by The Haie Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 25-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately .20.65 acres and known as 3042 Eagle Drive.
Tax Map 109-0-001-00-0

All persons interested in these petitions are requested to be present at the hearing. Please take notice that any opponent to an application for a rezoning action who has made campaign contributions aggregating $250.00 or more to a local government official within two years of the rezoning application must file a disclosure report with the governing authority at least five (5) calendar days before the hearing date listed above.
Robert Sherman, Director
April 5, 2019
Ad #3163006

| Run Date | Product | Placement | Rate | Sched Cst | Disc/Prem | Color | Pickup | Tax | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| 04/05/2019 | AG Augusta Chronicle | AG Legals | $5.54 per Inch | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| 04/05/2019 | AG Chronicle Online | AG Legals | $0.00 per Inch | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit A

00140

# Order Confirmation

| | | | |
|---|---|---|---|
| **Ad Order Number**<br>0003163006 | **Customer**<br>RICHMOND COUNTY | **Payor Customer**<br>RICHMOND COUNTY | **PO Number** |
| **Sales Rep.**<br>jevans | **Customer Account**<br>22472 | **Payor Account**<br>22472 | **Ordered By**<br>Lois Schmidt |
| **Order Taker**<br>jevans | **Customer Address**<br>535 TELFAIR STREET, STE 800<br>AUGUSTA GA 30901  USA | **Payor Address**<br>535 TELFAIR STREET, STE 800<br>AUGUSTA GA 30901 USA | **Customer Fax**<br>17068212855<br>**Customer EMail** |
| **Order Source** | **Customer Phone**<br>7068212460 | **Payor Phone**<br>7068212460 | **Special Pricing** |

| Tear Sheets | Proofs | Affidavits | Blind Box | Promo Type | Materials |
|---|---|---|---|---|---|
| 0 | 0 | 1 | | | |

**Invoice Text**

**Ad Order Notes**

| | Net Amount | Tax Amount | Total Amount | Payment Method | Payment Amount | Amount Due |
|---|---|---|---|---|---|---|
| | $25.00 | $0.00 | $25.00 | Invoice | $0.00 | $25.00 |

| Ad Number<br>0003163006-01 | Ad Type<br>AG Legal Liner | | Production Method<br>AdBooker | Production Notes |
|---|---|---|---|---|
| **External Ad Number** | **Ad Attributes** | | **Ad Released**<br>No | **Pick Up**<br>0003157897-01 |

| Ad Size | Color |
|---|---|
| 2 X 18 li | |

**WYSIWYG Content**

> **NOTICE OF PUBLIC HEARING**
>
> A public hearing will be held by the Augusta Georgia Commission on Tuesday, April 30, 2019 in Room 260, the Augusta Commission Chambers, at 11:00 A.M. Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an in-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive.
> Tax Map 109-0-001-00-0
>
> All persons interested in these petitions are requested to be present at the hearing. Please take notice that any opponent to an application for a rezoning action who has made campaign contributions aggregating $250.00 or more to a local government official within two years of the rezoning application must file a disclosure report with the governing authority at least five (5) calendar days before the hearing date listed above.
> Robert Sherman, Director
> April 5, 2019
> Ad #3163006

| Run Date | Product | Placement | Rate | Sched Cst | Disc/Prem | Color | Pickup | Tax | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| 04/05/2019 | AG Augusta Chronicle | AG Legals | $5.54 per inch | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| 04/05/2019 | AG Chronicle Online | AG Legals | $0.00 per inch | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit A

| Ad Number | Ad Type | | Production Method | Production Notes |
|-----------|---------|--|-------------------|-----------------|
| 0003144424-01 | AG Legal Liner | | AdBooker | |

| External Ad Number | Ad Attributes | | Ad Released | Pick Up |
|--------------------|---------------|--|-------------|---------|
| | | | No | 0003139981-01 |

**Ad Size**     **Color**

2 X 47 li

**WYSIWYG Content**

### NOTICE OF PUBLIC HEARING

The Augusta Richmond County Planning Commission will hold a public hearing on MONDAY, MARCH 4, 2019 at 3:00 P.M. in the Augusta Commission Chambers, Room 260 on the 2nd floor of the Augusta, Georgia Municipal Building, 535 Telfair Street, Augusta, Georgia to consider rezoning requests, review subdivision development plans, final plats and zoning amendments. The rezoning requests to be considered will affect the following properties situate, lying and being in the State of Georgia, and in the County of Richmond:

1. Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

2. Z-19-09 – A petition by The Foundation for EDS Inc. requesting a Special Exception to add additional property to the campus for EDS that was approve for a Special Exception in 1917 (Z-17-27) per Section 26-1 (b) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 8.74 acres and known as part of 1345 Flowing Wells Road, formerly 3823 Maddox Road. Tax Map 029-0-031-04-0

3. Z-19-10 – A petition by Divine Vision Ministry Inc., on behalf of Valerie Wilkins, requesting a change of zoning from Zone R-1A (One-family Residential) to Zoned R-3A (Multiple-family Residential) affecting property containing 1.61 acres and known as part of 2737 Milledgeville Road. Tax Map 070-2-022-00-0

4. Z-19-11 - petition by Divine Vision Ministry Inc., on behalf of Valerie Wilkins, requesting a Special Exception to construct a boarding house per Section 26-1 (u) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing 1.61 acres and known as part of 2737 Milledgeville Road. Tax Map 070-2-022-00-0

5. Z-19-12 – A petition by Progressive Consultants, LLC requesting a change of zoning from Zone LI (Light Industry) to Zone R-3C (Multiple-family Residential) affecting property containing approximately 24 acres and known as 1812 Slaton Street. Tax Map 045-3-419-00-0

6. PV-19-03 – A petition by Ivey Development LLC, on behalf of 11 th . Street Canal Group LLC, requesting a variance from Section 4-2 (a) - Off-street Parking and Loading- to reduce the required number of parking spaces for a multiple-family residential development from 256 spaces to 229 spaces (1.67 spaces per unit) affecting property containing 4 acres and known as 636 Eleventh Street. Tax Map 046-2-094-00-0

All persons interested in these petitions are requested to be present at the hearing. Please take notice that any opponent to an application for a rezoning action who has made campaign contributions aggregating $250.00 or more to a local government official within two years of the rezoning application must file a disclosure report with the governing authority at least five (5) calendar days before the hearing date listed above.

Robert Sherman, Director
Feb 14, 2019
Ad# 3144424

| Run Date | Product | Placement | Rate | Sched Cst | Disc/Prem | Color | Pickup | Tax | Subtotal |
|----------|---------|-----------|------|-----------|-----------|-------|--------|-----|----------|
| 02/14/2019 | AG Augusta Chronicle | AG Legals | $5.29 per Inch | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| 02/14/2019 | AG Chronicle Online | AG Legals | $0.00 per Inch | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit A

00142

# ADVERTISING



NEW 2019 DODGE
CHARGER SXT
#21...

*Augusta*

GEORGIA

www.augustaga.gov

| | | | | |
|---|---|---|---|---|
| ROBERT H. SHERMAN, III | BUILDING PERMITS | (706)312-5050 | FAX | (706)312-4277 |
| DIRECTOR | BUSINESS LICENSE | (706)312-5053 | FAX | (706)312-5037 |
| 1803 Marvin Griffin Rd. | ALCOHOL LICENSE | (706)312-5038 | FAX | (706)821-4253 |
| P.O. Box 9270 | CODE | (706)312-5049 | FAX | (706)821-4253 |
| Augusta, GA 30906 | ENFORCEMENT | | | |

### RECEIPT OF PAYMENT

**Receipt Number:** 2019197125
**Receipt Date:** 02/01/2019
**Date Paid:** 02/01/2019
**Full Amount:** $800.00

**Payment Details:**

| Payment Method | Amount Tendered | Check Number |
|---|---|---|
| Check | $800.00 | 10049 |

**Amount Tendered:** $800.00
**Change / Overage:** $0.00
**Contact:** HALE FOUNDATION INC THE, Address:402 WALKER ST

## FEE DETAILS:

| Fee Description | Reference Number | Amount Owing | Amount Paid |
|---|---|---|---|
| PZ40-SE-1 SExc (Churches, FCH,FDC,Institutional) | MS20190000151 | $800.00 | $800.00 |

# Rezoning Application

### An application to amend the official Zoning Map of Augusta, GA.

*Augusta*
GEORGIA

**Application Date:** _____

| | |
|---|---|
| **Name:** The Hale Foundation, Inc. | **Name:** Same |
| **Address:** 402 Walker Street | **Address:** |
| **City:** Augusta | **City:** |
| **State:** Georgia  **Zip:** 30909 | **State:**  **Zip:** |
| **Phone:** (706) 722-3060 | **Phone:** |

**Contact Person:** James B. Trotter  **Phone:** (706) 737-3138

**Contact's e-mail:** Jim@TrotterJones.com

**I hereby request a Rezoning for the purpose of:** Inpatient Drug/Alcohol Treatment

**I hereby request a Variance for:** _____

**Applicant is the:** [X] Owner ☐ Petitioner ☐ Contractor ☐ Purchaser ☐ Other

**Property Address:** 3042 Eagle Drive

**Present zoning** Z-17-21-SP  **Requested Zoning** Special Exception 26-1

**Map/ Parcel #:** 109-0-001-8-0

**Proposed Development:** Inpatient Drug/Alcohol Treatment

**I certify that I am the legal owner of the property for which this application is being made and that I have identified all individuals and business entities having an ownership interest in the real property in question on the space below.**

**Owner's Signature:** _____  **Date:** 1/31/19

**Petitioner's Signature:** _____  **Date:** 1/31/19

Subscribed and affirmed before me in the county of Richmond , State of Georgia,

this 31 day of January , 20 19 .

_____
(Notary's official signature)

3/21/2021
(Commission Expiration)

Revised 12.05.2014

**MEETING MINUTES**

**AUGUSTA GEORGIA PLANNING COMMISSION**
**ROOM #260, AUGUSTA, GEORGIA MUNICIPAL BUILDING**
**535 TELFAIR ST., AUGUSTA, GEORGIA**
**MARCH 4, 2019 AT 3:00 P.M.**
**(Pre-Meeting will be in the Room #291 at 2:00 P.M.)**

**Those Attending:**

David Hogg, Chairman              James O'Neal, Vice-Chairman
Moses McCauley                    Bill Wright
Melvin Ivey                       Cleonard (Sonny) Pittman
Gary Trammell                     Robert Cooks
Mike Owens                        Debra Spencer
Patricia Jefferson

**Those Absent:**

**Others Attending:**

Robert Sherman, Director Planning & Development
Mary Elizabeth Burgess, Development Services Manager
Commissioner Marion Williams, (Ex-officio Commissioner)
Wayne Brown, City Attorney
Kevin Boyd, Zoning Administrator
Patsy Scott (Ex-officio RCBOE)
Lois Schmidt, Recording Secretary

Chairman Mr. Hogg called the meeting to order.

Lois Schmidt read the following: The Augusta, Georgia Planning Commission is a recommending Body. The Augusta Commission on Tuesday, March 19, 2019 at 2:00 P.M., in Room 281, of the Municipal Building, will make the final decision on all zoning matters coming before it. The Planning Commission makes the final decision on all variances including subdivision regulations. A handout describing the Zoning procedures from which these cases are decided is available upon request. These procedures also require that any opponent to an application for a rezoning action who has made contributions aggregating $250.00 or more to a local government official within two years of the rezoning application is required to file a

disclosure report with the governing authority within five (5) calendar days prior to today's hearing.

A minimum of ten (10) minutes shall be afforded for the presentation of data, evidence, and opinions on each side of a rezoning petition or a special exception. If more than ten minutes is afforded to one side, then an equal amount of time shall be afforded to the other side. The Commission encourages participation in this hearing and there is no restriction on who may address the Commission within the allotted time, but the Commission asks that public comments be brief, on subject and non-repetitive and directed to the Commission not to any individual or group.

Chairman Mr. Hogg stated there was no addendum to today's meeting.

1 Z-19-06 - A petition Joseph Edge, on behalf of Edge Property Management LLC, requesting a change of zoning from Zone A (Agriculture) to Zone B-1 (Neighborhood Business) affecting property containing 0.48 acres and known as 2665 Tobacco Road. Tax Map 140-0-008-00-0 CONTINUED from February 4, 2019

Director Sherman presented Z-19-06 and asked that the staff report be entered into the record. Mr. Sherman reported the petition was continued to allow the petitioner and concerned neighbors to meet and perhaps reach an agreement on the proposed development.

Mr. Boyd presented the following findings:

1. The subject property is approximately 0.48 ac in area and is currently zoned for agricultural use.
2. The submitted conceptual site plan demonstrates a proposed 3,000 sf building to be used for retail, office or other small-scale commercial or service uses.
3. The property is not served by public sewer, though a potential connection is within 200 feet.
4. A number of uses ordinarily permissible in the B-1 Zone which have a high water demand will not be feasible until proper infrastructure is available. These uses would include, but are not limited to: salons and nail spas, places of assembly (i.e. restaurants, churches, event venues), and multi-family residential uses.
5. The property was the subject of rezoning request Z-88-21, a 1988 request to rezone for B-2 (General Business) use. The request was denied by the Augusta Commission amidst community pressure to maintain agricultural zoning on the property.
6. The subject property adjoins property containing a single-family residence to the northeast.
7. Properties zoned P-1(Professional/Office) can be found directly across Tobacco Road south of the subject property.

Mr. Joe Edge, Sherman and Hemstreet Realty, 624 Ellis Street, Augusta was present on behalf of the petition.

Mr. Edge stated he has worked out the sewer issue and stormwater detention will be adapted underground. The site will meet the standards of the Tree Ordinance and all other codes and regulations. B-1 zoning will allow a larger range of uses and thereby make the site more leasable. There will be added tax revenue for the City, some new jobs and support Fort Gordon which is nearby. He met with the neighborhood delegation and they would like input on what uses will be allowed. Mr. Edge will not refuse any tenant that meets the B-1 uses. There is also the possibility of acquiring some land from the City but nothing has been done yet. The zoning needs to be in place.

There were 4 concerned citizens present.

Mr. Eugene Lowery, 3946 Owens Street, Augusta stated he represents the Neighborhood Alliance which is comprised of 30 area neighborhoods. He agreed a delegation did meet with Mr. Edge and it was a good meeting even if they did not reach an agreement on all points. Ingress/egress is a concern due to the size of the tract. The delegation feels the issue should be left in the hands of the Planning Commission but still feels development of this tract is not feasible.

Mr. Charles Utley, 3417 Sutton Place, Augusta stated he supports the comments made by Mr. Lower.

Commissioner Mr. McCauley stated he attended the meeting and about 12 neighbors were present.

Chairman Hogg asked for the staff recommendation.

Director Sherman stated staff is recommended denial. The location does not lend itself to B-1 zone. There is Professional zoning directly across Tobacco Road and staff feels this is a more compatible zoning for the area.

A MOTION was made by Commissioner Mr. Trammell that Z-19-06 be DENIED; seconded by Commissioner Mr. Owens. MOTION carried unanimously

2. Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

Director Sherman presented Z-19-08 and asked that the staff report be entered into the record.

Ms. Burgess presented the following findings:

1. The subject property is approximately 20.65 ac in area and is currently zoned for one family residential use.
2. The proposal is to create an approximate 30 bed inpatient drug and alcohol 30-45 day treatment facility within the existing convent/monastery.
3. It is not clear if the property utilizes the public water and sewer.
4. This use is allowed by right in the B-1, Neighborhood business and by special exception is P, R and A zones.
5. The property is adjacent to Augusta Technical College and bound by Route 520.
6. The subject property is located within an existing single family subdivision.
7. The applicant indicated that the Eagle Drive entrance will be permanently closed and fenced by does not offer an alternative access.
8. All state and local mandates have been met regarding publication and public hearings

There were 95 people in attendance for this issue.

Mr. James Trotter, 3527 Walton Way Ext., Augusta was present on behalf of the petition.

Chairman Mr. Hogg stated a public hearing in accordance with Georgia Law was held on August 8, 2016 with input from the petitioner and others. No position or decision was given at that time. Today's action will fulfill the petition.

Mr. Trotter stated The Hale Foundation came forward in August and was required to return in 6 to 9 months for a decision. The petition was duly filed and we are here today for a resolution to this petition. He will address a few key points:

- The existing facility is owned by The Hale Foundation, a local organization.
- The 20 + acre facility is perfect as is for their purposes.
- The Hale Foundation has made a $500,000 investment in the property.
- The Hale House has be in existence on Walker Street for 30 years with an excellent record of helping men with addiction problems.
- The Olde Town Neighborhood Association supports The Hale House and state they are good neighbors.
- The existing facility has rooms and grounds for their proposed use.
- The property also comes with two lots on Hummingbird Lane and we will donate those to the Green Meadows Subdivision and build a park for their use.
- This is not a halfway house and no one will be involved with the judicial system.
- This is a voluntary, paid for treatment, facility.

- We understand access is an issue with the neighbors and will agree to close off Eagle Drive with a wall and plantings but we need to secure access from Augusta Tech Drive. There is no commitment in place yet.
- We have spoken with the attorney for the Richmond County School Board of Education (RCBOE) and they want the zoning in place before they will considered allowing access. It is a "chicken or egg" issue but this is the order the RCBOE wants.

Mr. Trotter continued successful zoning often comes with considerations that are often related to access. The petitioner will accept conditional approval contingent upon obtaining a new access and closing off Eagle Drive. That puts the onus on the petitioner.

Mr. Trotter stated crime statistics and property values have been brought up as problem issues. A similar approval for a facility on Bennock Mill Road has not resulted in an increase in crime and there has been no loss in property values.

He stated the Hale House is a local organization with many local supporters.
(At this time Mr. Trotter presented a short video)

Commissioner Mr. Bill Fennoy, 1027 Dugas Street, Augusta stated that this issue takes him back 30 years when he went to University Hospital a broken man with no future. He had become a person he never wanted to be. The impact of alcohol and drugs has on people, including myself, is tremendous. Hale House helped us. I voted on the Federal Transition Center in the area. The need is there but people say "Not in my backyard". The State center has been in place for 20 years and the Federal for 5 with no incidents of trouble. If this is approved it will provide opportunities to people like me. Once people leave recovery they are returning to the area and our neighborhoods as productive people. Give us the opportunity to save lives.

Mr. Trotter read a letter from an addict supporting recovery programs.

Mr. Charles Lyons, 336 Telfair Street, and Ms. Catrelle Nash, 437 Walker Street, Augusta spoke against the petition.

Ms. Nash presented a letter and a video from State Senator Harold Jones. Senator Jones stated the impact on this long time, successful, South Augusta neighborhood would be devastating. This use will let in the homeless and probationary citizens and will not be useful or safe. The opposing side has said there will be no impact but he asks the Commission to use their eyes and common sense to understand the impact this use will have on the neighborhood and South Augusta. These facilities always say they are "great" but we can get proof of stories and studies of issues and problems associated with these facilities. Horror stories are still true stories. These are hardworking Augusta property owners who have lived in Green Meadows for years and want

their neighborhood to stay the same. The petitioner is asking for change and the residents are asking for it to stay the same. They should not be told they must change.

Ms. Tracey Roe, 2408 Parr Drive, Green Meadows Sub., Augusta and Ms. Deborah Bunch, 3033 Hummingbird Lane, Green Meadows Sub., Augusta spoke against the petition.

Ms. Roe corrected the presentation and explained Green Meadows has 114 homes and Shelby Subdivision has 232 homes.

Ms. Roe stated among other concerns is if land is disturbed on the subject property the runoff will be damaging to properties in Green Meadows. Recent construction on the Magnet School has caused damage to adjacent properties that are downhill.

Ms. Roe also stated these will be private patients who can come and go at will. They are not confined to this facility. She stated the Bennock Mill facility is located in the middle of 195 acres with 19 beds and professional doctors and staff to treat the clients.

Ms. Roe stated she is proud of Mr. Fennoy's success as she grew up with an alcoholic mother and sister. But after all that she doesn't want to live with it in my backyard. No neighborhood is happy if forced to accept such a use. Cliff Richards said they got this property and want to use it because it's convenient. That is not a valid reason. Where they are located now is a transitional area with professional zoning and police very near.

Ms. Roe concluded by stated they fought this in 2015 and will continue to fight it as the use just doesn't belong here.

Ms. Bunch presented a slide presentation.

Ms. Bunch stated they were told at the initial meeting with representatives of Hale House that they would not proceed unless the neighborhood agreed but here they are. They told us they were going to invest in improving the property but now they say it's "turn key". These people may not be criminals but putting drug addicted people near a school for 6 to 12 graders and move the access to enter through the school property is asking for trouble. The school property is 350 ft. from the existing building. 800 ft. from building to building.

Ms. Bunch stated property owners stand to lose $.15 million in property value. People have worked their whole lives for their homes and are begging to preserve the sanctity of their neighborhood.

Commissioner Mr. Pittman asked if the petitioner has obtained another access point to the property rather than through Green Meadows Subdivision.

Mr. Trotter stated Augusta Tech Drive is adjacent on the northwest side and they propose to cut in a new access to connect with an easement from the RCBOE.

Commissioner Mr. Pittman asked if RCBOE has granted that easement.

Mr. Trotter said RCBOE wants the zoning in place first and then will consider the easement. If the Commission conditions the zoning as such the responsibility will be ours to obtain another access point.

Commissioner Mr. Marion Williams stated he supports the neighborhood but is reminded of the story of the "Prodigal Son". Hale House is trying to help those who get messed up and it takes a strong person to return from the depths and you need help. If there is a way to go through Augusta Tech he will support the petition. But not is their access remains through Eagle Drive. Then he will vote to deny.

Commissioner Mr. Cooks asked staff what the Ordinance says about access being included in the submission of an application.

Director Sherman read the Ordinance section:

**26-1** **The following Special Exceptions may be permitted** in any Zone where such uses are deemed essential or desirable to the public convenience or welfare and are in harmony with the various elements or objectives of the Master Plan/Planning Document in effect. All applications for a Special Exception under this subsection shall be accompanied by a preliminary development plan that shows the location of all buildings associated with the proposed use and the number of stories contained in each building. The preliminary development plan must also show the location of all curb cuts, driving lanes, parking areas, and the location of all walls, fences and screen plantings that exist or are planned.

Director Sherman stated in this case a drawing showing where a new proposed driveway will be is required so staff feels this is not something that can be considered today.

Commissioner Mr. Marion Williams asked if the Commission conditions it so then they have time to provide the new plan.

Commissioner Mr. O'Neal stated the petitioner referenced the intention of the School Board but has any staff spoken with RCBOE officials to get their position.

Director Sherman said no, staff has not contacted them and they have not contacted the department.

Commissioner Mr. Ivey stated there is a great need for this facility but is this a good fit for this neighborhood. What kind of impact will it have? Safety issues, regardless of access, are an issue. Anytime you bring new people into an area it can be problematic. He cannot support this request at this time.

Commissioner Ms. Spencer asked if the 20 acres is self-contained by a wall or fence.

Mr. Trotter stated it will be part of the use if approved and will accept a condition for this requirement. Some chain link fencing exists but we will complete it around the property as a solid fence.

Chairman Hogg asked for the staff recommendation.

Director Sherman stated the staff recommends DENIAL as stated as the petition doesn't meet the requirements of a special exception, specifically a preliminary development plan showing the location of all proposed ingress/egress sites was not presented. And that this use is not in harmony with the surrounding land uses and this use would not benefit the existing residents as a whole.

A MOTION was made by Commissioner Mr. O'Neal that Z-19-08 be DENIED; seconded by Commissioner Ms. Spencer.

A SUBSTITUTE MOTION was made by Commissioner Mr. Trammell that Z-19-08 be APPROVED with the condition that access from Augusta Tech Drive, and approved by the Richmond County Board of Education, must be obtained and the Eagle Drive access must be closed and area fenced or walled; seconded by Commissioner Mr. Pittman.

Commissioners Trammell, Pittman and Wright vote for. Commissioners Owens, O'Neal, Ivey, McCauley, Cooks, Spencer and Jefferson voted against.

Chairman Hogg called for a vote on the original MOTION to deny.

Commissioners Owens, O'Neal, Ivey, McCauley, Cooks, Spencer, Pittman, Wright and Jefferson Commissioner Trammell voted against. MOTION to DENY carries.

3. Z-19-09 – A petition by The Foundation for EDS Inc. requesting a Special Exception to add additional property to the campus for EDS that was approve for a Special Exception in 2017 (Z-

17-27) per Section 26-1 (b) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 8.74 acres and known as part of 1345 Flowing Wells Road. Part of Tax Map 029-0-031-11-0

Director Sherman presented Z-19-09 and asked that the staff report be entered in to the record.

Mr. Boyd presented the following findings:

1. The subject property is located adjacent to the proposed satellite campus for EDS at 1337 Flowing Wells Road.
2. A nature based kindergarten that will serve approximately 12 children is proposed.
3. The concept plan indicates non-invasive structures are proposed.
4. Access to the subject property will be through the satellite campus off Flowing Wells Road. A service/maintenance access road is proposed to be constructed out of gravel extending from King Avenue which is located south off Maddox Road.
5. The site has substantial floodplain, floodway and wetlands. Disturbance of the floodplain and floodway should be avoided if possible and the wetlands will require Army Corp. of Engineers approval to disturb.
6. A no-rise certification will be required for all land disturbance activities.
7. A fully engineered development plan for all phases of the proposed development will be required.
8. The property has access to public water

Commissioner Mr. Cooks recused himself due to a conflict of interest.

Mr. Dennis Trotter, 3000 Park Avenue, Augusta was present on behalf of the petition.

Mr. Trotter stated the school recently began an expansion of the school by purchasing property on Flowing Wells Road. The expansion campus is currently under site plan review. Along with athletic activities the new campus will provide a natural education program to promote science and biology. Today's petition is to add an elevated Yurt for a kindergarten with an alternative curriculum. The staff and students will enter through the entrance to the campus off Flowing Wells Road. Maddox Road will only be improved as an emergency access. The natural features of the property will be preserved in keeping with the tenants of the curriculum.

There were no concerned citizens present.

Hearing no questions Chairman Mr. Hogg asked for the staff recommendation.

Director Sherman stated the staff recommends approval with the following conditions:

1. The site plan and design of the proposed kindergarten facility should be mindful of environmentally sensitive areas.
2. No fill in the floodplain, floodway or the wetlands is permitted.
3. Issuance of development permits shall be contingent upon the submission and approval of development plans meeting all applicable development regulations, including but not limited to the Flood Ordinance.
4. Any disturbance or encroachment on the floodplain or floodway should be avoided.
5. A no-rise certification will be required for all land disturbance and if required Army Corp. of Engineers approval to disturb the wetlands.

Mr. Trotter agreed.

A MOTION was made by Commissioner Mr. Trammell that-19-09 be APPROVED with the above stated conditions; seconded by Commissioner Mr. Owens. MOTION carried with Commissioner Mr. Cooks recused.

4. Z-19-10 – A petition by Divine Vision Ministry Inc., on behalf of Valerie Wilkins, requesting a change of zoning from Zone R-1A (One-family Residential) to Zoned R-3A (Multiple-family Residential) affecting property containing 1.61 acres and known as part of 2737 Milledgeville Road. Tax Map 070-2-022-00-0

Director Sherman presented Z-19-10 and asked that the staff report be entered in to the record. He explained this a companion petition to Z-19-11.

Mr. Boyd presented the following findings:

1. The property at 2737 Milledgeville Road was rezoned for use as a Family Personal Care Home by zoning cases Z-09-05 in 2009.
2. A Business License was never obtained and the Special Exception for the Family Personal Care Home expired.
3. Currently, the property contains and is zoned for a single-family residence.
4. According to Tax Records, the residence was built in 1936.
5. The existing residence contains sufficient space to operate a Boarding House for no more than 8 occupants, including the resident manager, per Augusta Code Enforcement.
6. The Fire Department will allow usage of the second floor if all of the components of Section 32 of the Life Safety Code are met.
7. Based on square footages provided by the applicant, an additional 3 occupants would be allowed in the upstairs bedrooms. According to the Fire Department, additional occupants on the second floor would only be allowed if all of the components of Section 32 of the Life Safety Code are met. An additional bathroom exists upstairs.

8. Per the Comprehensive Zoning Ordinance, Boarding Houses are allowed to provide temporary or longer-term accommodations, for compensation, at no less than thirty (30) days for 4 or more persons which, for the period of occupancy, may serve as a principal residence. These establishments also may provide complementary services, such as housekeeping, meals, and laundry services. No health related services may be provided, including but not limited to, dispensing of medications. The owner or an employee of the owner (resident manager) must reside on site and are counted toward the maximum occupancy. Such operations are allowed by Special Exception approval only in the R-3A, R-3B and R-3C zones under defined performance standards. They are also allowed by right in the B-1 and B-2 Zones under defined performance standards.

9. Parking spaces at the existing residence are not currently marked on the large concrete area in front of the residence. One parking space for each 2 individuals residing in the Boarding House must be provided, along with 1 space for the owner or resident manager.

There were no concerned citizens present.

Ms. Valerie Wilkins, 2737 Milledgeville Road, Augusta was present on behalf of the petition.

Ms. Wilkins stated Divine Ministries is a non-profit with the goal to find housing for individuals in need. The individuals will function independently and this will not be a personal care home. Rather she will help them to get back on their feet and eventually find their own housing.

Commissioner Mr. Marion Williams asked how long a person will stay.

Ms. Wilkins stated each person will be assessed on a case by case basis but they can stay as long as needed.

Commissioner Ms. Jefferson asked if she will serve men, women and children.

Ms. Wilkins said any and all are welcome.

Chairman Mr. Hogg asked for the staff recommendation.

Director Sherman stated the staff recommends approval with the following conditions:

1. The only permissible uses of the property shall be a Boarding House or a single-family residence.
2. A Site Plan must be provided for further structural additions on the subject property or enlargement of the existing residence for the purpose of additional residential use.

3. The Boarding House shall be limited to 8 residents, subject to minimum space requirements set forth by the Comprehensive Zoning Ordinance at the time of the application. An additional 3 residents will be allowed on the second floor if all of the components of Section 32 of the Life Safety Code are met.
4. One parking space for each 2 individuals residing in the Boarding House must be provided and clearly marked, along with 1 parking space for the owner or resident manager.

Ms. Wilkins agreed.

A MOTION was by Commissioner Mr. Wright that-19-10 be APPROVED with the above stated conditions; seconded by Commissioner Mr. Cooks. MOTION carried unanimously.

5. <u>Z-19-11</u> - petition by Divine Vision Ministry Inc., on behalf of Valerie Wilkins, requesting a Special Exception to construct a boarding house per Section 26-1 (u) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing affecting property containing 1.61 acres and known as part of 2737 Milledgeville Road. Tax Map 070-2-022-00-0

Director Sherman presented Z-19-11 and asked that the staff report be entered in to the record. He explained this a companion petition to Z-19-10.

Mr. Boyd presented the following findings:

1. The parcel at 2737 Milledgeville Road was rezoned for use as a Family Personal Care Home by zoning cases Z-09-05 in 2009.
2. A Business License was never obtained and the Special Exception for the Family Personal Care Home expired.
3. Currently, the parcel contains and is zoned for a single-family residence.
4. According to Tax Records, the residence was built in 1936.
5. According to the applicant the residence contains: 5 bedrooms, 3 full baths (2 existing and 1 proposed), the required office a Boarding House must include, plus common area to include: a living room, a kitchen, a dining room, a laundry area on the first floor and a loft and sitting area on the second floor.
6. According to a recent Code Enforcement inspection, the existing residence currently has 3 usable bedrooms on the first floor and is able to house 8 residents within the existing structure, including the resident manager.
   Bedroom 1 has 100 sq ft and may house 1 resident
   Bedroom 2 has 333 sq ft and may house 3 residents
   Bedroom 3 has 414 sq ft and may house 4 residents
7. According to a recent Code Enforcement inspection, the existing residence contains:

A living room that meets the spacing requirements of 150 sq ft for 6 or more residents and contains 575 sq ft;

A dining room meets the spacing requirements of 120 sq ft for 6 or more residents and contains 154 sq ft;

One existing full bathroom and 1 proposed full bathroom are to be a part of this facility - bathrooms are required to contain one functional toilet, a lavatory and a showering facility per 4 residents;

A dedicated office for the resident manager has been provided.

8. Based on square footages provided by the applicant, an additional 3 residents would be allowed in the upstairs bedrooms.

Bedroom 4 has 275 sq ft and may house 2 residents
Bedroom 5 has 166 sq ft and may house 1 resident

According to the Fire Department, additional residents on the second floor would only be allowed if all of the components of Section 32 of the Life Safety Code are met. An additional bathroom exists upstairs.

9. Per the Comprehensive Zoning Ordinance, Boarding Houses are allowed to provide temporary or longer-term accommodations, for compensation, at no less than thirty (30) days for 4 or more persons which, for the period of occupancy, may serve as a principal residence. These establishments also may provide complementary services, such as housekeeping, meals, and laundry services. No health related services may be provided, including but not limited to, dispensing of medications. The owner or an employee of the owner (resident manager) must reside on site and are counted toward the maximum occupancy. Such operations are allowed by Special Exception approval only in the R-3A, R-3B and R-3C zones under defined performance standards. They are also allowed by right in the B-1 and B-2 Zones under defined performance standards.

10. Parking spaces at the existing residence are not currently marked on the large concrete area in front of the residence. One parking space for each 2 individuals residing in the Boarding House must be provided, along with 1 space for the owner or resident manager.

11. The proposed Boarding House should have minimal traffic impact on Milledgeville Road or nearby Gordon Highway.

12. Public transportation is available within walking distance of the proposed Boarding House.

13. A bike rack is not proposed for the proposed Boarding House based on applicant drawings.

14. ADA accessibility will have to be provided for the Boarding House.

There were no concerned citizens present.

Ms. Valerie Wilkins, 2737 Milledgeville Road, Augusta was present on behalf of the petition.

Ms. Wilkins stated Divine Ministries is a non-profit with the goal to find housing for individuals in need. The home will function as a boarding house.

Chairman Mr. Hogg asked for the staff recommendation.

Director Sherman stated the staff recommends approval with the following conditions:

1. The existing structure must meet the performance standards as set forth in Section 26-2-u of the Comprehensive Zoning Ordinance.
2. No structural additions (alteration or enlargement) for the purpose of increasing occupancy shall be permitted on the subject parcel or to the residential structure without an approved Site Plan.
3. The Boarding House shall be limited to 8 residents, subject to minimum space requirements set forth by the Comprehensive Zoning Ordinance at the time of the application. An additional 3 residents will be allowed on the second floor if all of the components of Section 32 of the Life Safety Code are met.
4. The applicant shall provide 2 functional bathrooms (toilet, lavatory and showering facility) prior to applying for a business license or applying for a Certificate of Occupancy for the Boarding House. A functional bathroom must be provided on the second floor if it is to be utilized for boarding purposes.
5. The applicant shall provide 1 parking space for each 2 individuals residing in the Boarding House, along with 1 parking space for the owner or resident manager. The parking spaces must be clearly marked, and all parking spaces must be in place prior to applying for a business license or applying for a Certificate of Occupancy for the Boarding House.
6. The applicant shall provide a bike rack for use of the residents prior to applying for a business license or applying for a Certificate of Occupancy for the Boarding House.
7. The applicant shall provide ADA compliance for the residents prior to applying for a business license or applying for a Certificate of Occupancy for the Boarding House.
8. All conditions must be met within six (6) months of approval or the Special Exception shall be void as stated in Section 17-8 of the Comprehensive Zoning Ordinance.

Ms. Wilkins agreed.

A MOTION was by Commissioner Mr. Wright that Z-19-11 be APPROVED with the above stated conditions; seconded by Commissioner Mr. Cooks. MOTION carried unanimously.

6. <u>PV-19-03</u> – A petition by Ivey Development LLC, on behalf of 11th. Street Canal Group LLC, requesting a variance from Section 4-2 (a) - Off-street Parking and Loading- to reduce the required number of parking spaces for a multiple-family residential development from 256 spaces to 229 spaces (1.67 spaces per unit) affecting property containing 4 acres and known as 636 Eleventh Street. Tax Map 046-2-094-00-0

Director Sherman presented PV-19-03 and asked that the staff report be entered in to the record.

Mr. Boyd presented the following findings:

1. The applicant has proposed a multifamily apartment complex for residential use, which requires 1.5 off-street parking space for each one bedroom dwelling unit and 2 off-street parking spaces for each two bedroom or more dwelling unit, per *Section 4-2(a)(2);(2.1)* of the Zoning Ordinance.
2. Per documentation submitted by the applicant, the proposed apartments will require 256 off-street parking spaces.
3. The applicant has 229 spaces currently proposed on the concept plan, which is a 27 space reduction; or around an 11% reduction.
4. The proposed ratio reduction equates to 1.25 off-street parking spaces for each one bedroom dwelling unit only.
5. The lot will be located at 636 Eleventh Street and is around 4 acres in size.
6. The applicant requests a reduction from 256 to 229 parking spaces.

There were no concerned citizens present.

Mr. Mark Ivey, Ivey Development LLC, 672 Industrial Park Drive, Evans, Georgia was present on behalf of the petition.

Mr. Ivey stated they received zoning approval and a prior parking variance from this body but after receiving a density variance from the Board of Zoning Appeals to increase the number of units a more definitive parking variance is being presented today.
Chairman Mr. Hogg asked for the staff recommendation.

Director Sherman stated the staff recommends approval.

A MOTION is made by Commissioner Mr. Wright that PV-19-03 be APPROVED; seconded by Commissioner Mr. Cooks. MOTION carried unanimously.

7. Legal Session                 Attorney Brown stated there are no legal issues at this time.

    Real Estate
    Personnel
    Litigation

8. Minutes from February 4, 2019.

Director Sherman stated the staff recommends approval.

A MOTION was made by Commissioner Mr. Cooks to APPROVE the minutes from February 4, 2019; seconded by Commissioner Mr. Ivey. MOTION carried unanimously.

9. List of Development Plans for February 2019.

Director Sherman stated the staff recommends approval.

A MOTION was made by Commissioner Mr. Cooks to APPROVE the Development Plans from February 2019; seconded by Commissioner Mr. Owens. MOTION carried unanimously.

10. List of Site Plans for February 2019.

Director Sherman stated the staff recommends approval.

A MOTION was made by Commissioner Mr. Cooks to APPROVE the Site Plans from February 2019; seconded by Commissioner Mr. Ivey. MOTION carried unanimously.

MEETING ADJOURNED